**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

**Homemakers Real Estate, LLC**

    *Debtor,*

_____/

**CASE NUMBER: 6:25-bk-05570-GER**
**CHAPTER 11**

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY
*(RE: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505*
*Merritt Island, FL 32953)*

**COMES NOW,** Tamamoi LLC ("Secured Creditor"), by and through its undersigned counsel, and hereby moves this Court pursuant to 11 U.S.C. § 362 (d) for a modification of the automatic stay provisions for cause, and, in support thereof, states as follows:

1.      On or about September 2, 2025, in involuntary petition was filed pursuant to Chapter 11 of the United States Bankruptcy Code on behalf of Debtors, Homemakers Real Estate, LLC, ("Debtors").

2.      Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), and all other applicable rules and statues affecting the jurisdiction of the Bankruptcy Courts generally.

**PROPERTY I - PROPERTY RELIEF**
**(202 Ivory Coral Lane, Unit 206, Merritt Island, FL 32953)**

3.      Debtor is the record property owner of the real properties located in Brevard County and are legally described as follows:

**CONDOMINIUM UNIT 206, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 8418, PAGE 1832, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

This property is located at the street address of 202 Ivory Coral Lane, Units 206, Merritt Island, FL 32953.

4.    On May 1, 2019, an entity unrelated to this bankruptcy, Canaveral Crossroads, LLC, executed and delivered a Promissory Note ("Note") and the Mortgage ("Mortgage") securing payment of the Note in the amount of $509, 230.00 to Tamamoi LLC, a Delaware limited liability company. The Mortgage was recorded on May 16, 2019, in Book 8440, Page 1295, as instrument number 2019105168 of the Public Records of Brevard County, Florida. Copies of the Note, Mortgage, Assignment(s) of Mortgage, and any and all other documents that establish Secured Creditor's standing are attached hereto as Composite Exhibit "A." The mortgage provides Secured Creditor a lien on the Debtor's real property.

5.    Pursuant to the Brevard County Property Appraiser, attached hereto as Exhibit "B" and permissible as a property valuation under Fed. R. Evid. 803(8), the property is valued at $509,230.00.

6.    Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.

### PROPERTY II - PROPERTY RELIEF
*(202 Ivory Coral Lane, Units 303, Merritt Island, FL 32953)*

7.    Debtor is the record property owner of the real properties located in Brevard County and are legally described as follows:

> **CONDOMINIUM UNIT 303, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 8418, PAGE 1832, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

This property is located at the street address of 202 Ivory Coral Lane, Units 303, Merritt Island, FL 32953.

8.      On May 1, 2019, an entity unrelated to this bankruptcy, Canaveral Crossroads, LLC, executed and delivered a Promissory Note ("Note") and the Mortgage ("Mortgage") securing payment of the Note in the amount of $227,500.00 to Tamamoi LLC, a Delaware limited liability company. The Mortgage was recorded on May 31, 2019, in Book 8452, Page 177, as instrument number 2019117200 of the Public Records of Brevard County, Florida. Copies of the Note, Mortgage, Assignment(s) of Mortgage, and any and all other documents that establish Secured Creditor's standing are attached hereto as Composite Exhibit "A." The mortgage provides Secured Creditor a lien on the Debtor's real property.

9.      Pursuant to the Brevard County Property Appraiser, attached hereto as Exhibit "B" and permissible as a property valuation under Fed. R. Evid. 803(8), the property is valued at $481,000.00.

10.     Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.

## PROPERTY III - PROPERTY RELIEF
### *(202 Ivory Coral Lane, Units 305, Merritt Island, FL 32953)*

11.     Debtor is the record property owner of the real properties located in Brevard County and are legally described as follows:

**CONDOMINIUM UNIT 305, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 8418, PAGE 1832, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

This property is located at the street address of 202 Ivory Coral Lane, Units 305, Merritt Island, FL 32953.

12.     On May 1, 2019, an entity unrelated to this bankruptcy, Canaveral Crossroads, LLC, executed and delivered a Promissory Note ("Note") and the Mortgage ("Mortgage") securing payment of the Note in the amount of $227,500.00 to Tamamoi LLC, a Delaware limited liability company. The Mortgage was recorded on May 30, 2019, in Book 8451, Page 659, as instrument number 2019116513 of the Public Records of Brevard County, Florida. Copies of the Note, Mortgage, Assignment(s) of Mortgage, and any and all other documents that establish Secured Creditor's standing are attached hereto as Composite Exhibit "A." The mortgage provides Secured Creditor a lien on the Debtor's real property.

13.     Pursuant to the Brevard County Property Appraiser, attached hereto as Exhibit "B" and permissible as a property valuation under Fed. R. Evid. 803(8), the property is valued at $481,000.00.

14.     Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.

**PROPERTY IV - PROPERTY RELIEF**
*(202 Ivory Coral Lane, Units 402, Merritt Island, FL 32953)*

15.     Debtor is the record property owner of the real properties located in Brevard County and are legally described as follows:

> **CONDOMINIUM UNIT 402, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 8418, PAGE 1832, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

This property is located at the street address of 202 Ivory Coral Lane, Units 402, Merritt Island, FL 32953.

16.    On May 1, 2019, an entity unrelated to this bankruptcy, Canaveral Crossroads, LLC, executed and delivered a Promissory Note ("Note") and the Mortgage ("Mortgage") securing payment of the Note in the amount of $227,500.00 to Tamamoi LLC, a Delaware limited liability company. The Mortgage was recorded on June 4, 2019, in Book 8455, Page 2039, as instrument number 2019120525 of the Public Records of Brevard County, Florida. Copies of the Note, Mortgage, Assignment(s) of Mortgage, and any and all other documents that establish Secured Creditor's standing are attached hereto as Composite Exhibit "A." The mortgage provides Secured Creditor a lien on the Debtor's real property.

17.    Pursuant to the Brevard County Property Appraiser, attached hereto as Exhibit "B" and permissible as a property valuation under Fed. R. Evid. 803(8), the property is valued at $481,000.00.

18.    Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.

### PROPERTY V - PROPERTY RELIEF
*(202 Ivory Coral Lane, Units 404, Merritt Island, FL 32953)*

19.    Debtor is the record property owner of the real properties located in Brevard County and are legally described as follows:

**CONDOMINIUM UNIT 404, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 8418, PAGE 1832, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

This property is located at the street address of 202 Ivory Coral Lane, Units 404, Merritt Island, FL 32953.

20.    On May 1, 2019, an entity unrelated to this bankruptcy, Canaveral Crossroads, LLC, executed and delivered a Promissory Note ("Note") and the Mortgage ("Mortgage") securing payment of the Note in the amount of $227,500.00 to Tamamoi LLC, a Delaware limited liability company. The Mortgage was recorded on June 4, 2019, in Book 8455, Page 976, as instrument number 2019120186 of the Public Records of Brevard County, Florida. Copies of the Note, Mortgage, Assignment(s) of Mortgage, and any and all other documents that establish Secured Creditor's standing are attached hereto as Composite Exhibit "A." The mortgage provides Secured Creditor a lien on the Debtor's real property.

21.    Pursuant to the Brevard County Property Appraiser, attached hereto as Exhibit "B" and permissible as a property valuation under Fed. R. Evid. 803(8), the property is valued at $481,000.00.

22.    Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.

### PROPERTYVI - PROPERTY RELIEF
*(202 Ivory Coral Lane, Units 503, Merritt Island, FL 32953)*

23.    Debtor is the record property owner of the real properties located in Brevard County and are legally described as follows:

**CONDOMINIUM UNIT 503, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 8418, PAGE 1832, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

This property is located at the street address of 202 Ivory Coral Lane, Units 503, Merritt Island, FL 32953.

24.    On May 1, 2019, an entity unrelated to this bankruptcy, Canaveral Crossroads, LLC, executed and delivered a Promissory Note ("Note") and the Mortgage ("Mortgage") securing payment of the Note in the amount of $227,500.00 to Tamamoi LLC, a Delaware limited liability company. The Mortgage was recorded on June 6, 2019, in Book 8457, Page 936, as instrument number 2019122318 of the Public Records of Brevard County, Florida. Copies of the Note, Mortgage, Assignment(s) of Mortgage, and any and all other documents that establish Secured Creditor's standing are attached hereto as Composite Exhibit "A." The mortgage provides Secured Creditor a lien on the Debtor's real property.

25.    Pursuant to the Brevard County Property Appraiser, attached hereto as Exhibit "B" and permissible as a property valuation under Fed. R. Evid. 803(8), the property is valued at $486,000.00.

26.    Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.

### PROPERTYVII - PROPERTY RELIEF
*(202 Ivory Coral Lane, Units 504, Merritt Island, FL 32953)*

27.    Debtor is the record property owner of the real properties located in Brevard County and are legally described as follows:

**CONDOMINIUM UNIT 504, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFI-CIAL RECORD BOOK 8418, PAGE 1832, OF THE PUBLIC RECORDS OF BRE-VARD COUNTY, FLORIDA.**

This property is located at the street address of 202 Ivory Coral Lane, Units 504, Merritt Island, FL 32953.

28. On May 1, 2019, an entity unrelated to this bankruptcy, Canaveral Crossroads, LLC, executed and delivered a Promissory Note ("Note") and the Mortgage ("Mortgage") securing payment of the Note in the amount of $227,500.00 to Tamamoi LLC, a Delaware limited liability company. The Mortgage was recorded on June 6, 2019, in Book 8457, Page 1025, as instrument number 2019122350 of the Public Records of Brevard County, Florida. Copies of the Note, Mortgage, Assignment(s) of Mortgage, and any and all other documents that establish Secured Creditor's standing are attached hereto as Composite Exhibit "A." The mortgage provides Secured Creditor a lien on the Debtor's real property.

29. Pursuant to the Brevard County Property Appraiser, attached hereto as Exhibit "B" and permissible as a property valuation under Fed. R. Evid. 803(8), the property is valued at $486,000.00.

30. Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.

**PROPERTY VIII - PROPERTY RELIEF**
*(202 Ivory Coral Lane, Units 505, Merritt Island, FL 32953)*

31. Debtor is the record property owner of the real properties located in Brevard County and are legally described as follows:

> **CONDOMINIUM UNIT 505, CAPE CROSSING, A CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 8418, PAGE 1832, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

This property is located at the street address of 202 Ivory Coral Lane, Units 505, Merritt Island, FL 32953.

32.     On May 1, 2019, an entity unrelated to this bankruptcy, Canaveral Crossroads, LLC, executed and delivered a Promissory Note ("Note") and the Mortgage ("Mortgage") securing payment of the Note in the amount of $227,500.00 to Tamamoi LLC, a Delaware limited liability company. The Mortgage was recorded on June 6, 2019, in Book 8457, Page 1313, as instrument number 2019122442 of the Public Records of Brevard County, Florida. Copies of the Note, Mortgage, Assignment(s) of Mortgage, and any and all other documents that establish Secured Creditor's standing are attached hereto as Composite Exhibit "A." The mortgage provides Secured Creditor a lien on the Debtor's real property.

33.     Pursuant to the Brevard County Property Appraiser, attached hereto as Exhibit "B" and permissible as a property valuation under Fed. R. Evid. 803(8), the property is valued at $486,000.00.

34.     Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.

**ALLEGATIONS COMMON TO ALL PROPERTIES**

35.     On December 2, 2024, the Secured Creditor filed its Affidavit of Indebtedness for the following listed units: 206, 303, 305, 402, 404, 503, 504, 505 at address 202 Ivory Coral Lane, Merritt Island, FL 32953, in the total amount of $3,069,220.83.  The foreclosure matter has been set for a Final Judgment hearing twice since the initiation of the case, and has been cancelled first due to the filing of the voluntary bankruptcy by this debtor, and again upon the filing of this involuntary bankruptcy. A copy of the Affidavit of Indebtedness is attached hereto as Exhibit "C".

36.     Secured Creditor's security interest in the subject properties is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents

while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest.

37.     Additionally, Secured Creditor is receiving no payments from the Debtors to protect it against the erosion of its collateral position and is not otherwise adequately protected.

38.     If Secured Creditor is not permitted to enforce its security interest in the collateral or be provided with adequate protection it will suffer irreparable, injury, loss and damage.

39.     Secured Creditor respectfully requests the Court grant it relief from the Automatic Stay in this case pursuant to §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to Secured Creditor for its interest in the above stated collateral.

40.     Motion to be heard at the January 20, 2026 Status Conference hearing at 2:30 p.m. located at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street.

41.     Once the stay is terminated, the Debtors will have minimal motivation to insure, preserve, or protect the collateral; therefore, Secured Creditor requests that the Court waive the 14-day stay period imposed by Fed. R. Bankr. P. 4001(a)(4).

42.     Secured Creditor has incurred court costs and attorney's fees in this proceeding and will incur additional fees, costs and expenses in foreclosing the Mortgage and in preserving and protecting the properties, all of which additional sums are secured by the lien of the mortgage. Secured Creditor seeks an award of its reasonable attorneys' fees and costs, or alternatively, leave to seek recovery of its reasonable attorneys' fees and costs in any pending or subsequent foreclosing proceedings.

**WHEREFORE**, Secured Creditor, prays this court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit Secured Creditor to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, to waive the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(4), to seek recovery of its reasonable attorneys' fees and costs incurred in this proceeding, and to have such further relief as this Court deems just and appropriate.

Dated: January 16, 2026

Respectfully submitted,

*/s/ Elizabeth Wulff*
Elizabeth Wulff, Esq.
Florida Bar No. 12219
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: ewulff@mtglaw.com

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief and the attached exhibits have been filed with the Clerk of Court using the CM/ECF system. I also certify that the foregoing was served on this day by either United States Mail or Electronic mail through the CM/ECF system to the parties listed below:

**<u>Via U.S. Mail</u>**
Homemakers Real Estate, LLC
2875 S. Orange Ave
Suite 500
#6409
Orlando, FL 32806

Homemakers Real Estate, LLC
202 Ivory Coral Lane
Unit 206
Merritt Island, FL 32953

Homemakers Real Estate, LLC
202 Ivory Coral Lane
Unit 303
Merritt Island, FL 32953

Homemakers Real Estate, LLC
202 Ivory Coral Lane
Unit 205
Merritt Island, FL 32953

Homemakers Real Estate, LLC
202 Ivory Coral Lane
Unit 402
Merritt Island, FL 32953

Homemakers Real Estate, LLC
202 Ivory Coral Lane
Unit 404
Merritt Island, FL 32953

Homemakers Real Estate, LLC
202 Ivory Coral Lane
Unit 503
Merritt Island, FL 32953

Homemakers Real Estate, LLC
202 Ivory Coral Lane
Unit 504
Merritt Island, FL 32953

Homemakers Real Estate, LLC
202 Ivory Coral Lane
Unit 505
Merritt Island, FL 32953

**Via CM/ECF electronic service**
Scott R Rost
Brennan, Manna & Diamond, P.L.
255 South Orange Avenue
Orlando, FL 32801

Dated: January 16, 2026

Respectfully submitted,

*/s/ Elizabeth Wulff*
Elizabeth Wulff, Esq.
Florida Bar No. 12219
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: ewulff@mtglaw.com