

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

## 05/20/2026 11:00 AM

## COURTROOM   6D, 6th Floor

## HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-05570-GER** | **11** | **09/02/2025** |

**Chapter 11**

**DEBTOR:**        Homemakers Real Estate, LLC

**DEBTOR ATTY:   Justin Luna**

**TRUSTEE:        NA**

**HEARING:**

Status Conference
1)  Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953 (Doc #81)
(granted in part)
2)  Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt Island, FL 32953 (Doc #82)
(granted in part Doc #135)
3)  Carton Family Trust/Tamamoi's Ore Tenus Motion to Allow Further Proceedings in State Court (Re: Doc #81, Doc #82) (Doc #223)
PENDING:
H. Johnson's Post Trial Brief (Doc #213)
  Homemaker's Omnibus Response to Post Trial Briefs (Doc #220)
Homemakers' Post Trial Brief (Doc #214)
    H. Johnson's Response to Homemakers' Brief (Doc #216)
    F. Amodeo's Response (Doc #218)
   CTO/IMQA's Response to Homemaker's Brief (Doc #221)
CTO/IMQA's Post Trial Brief (Doc #215)
Amodeo's Post Trial Brief (Doc #219)
Note: 12/17/25; 2/3/26; 4/15/26
Involuntary filed 9/2/25
Order Granting Ore Tenus Motion to Allow Further Proceedings in State Court (Doc #225)
Future Hearing:
Prior Case:
25-02685          Ch11 filed in Florida Middle on 05/05/2025, Dismissed for Other Reason on 06/27/2025

**APPEARANCES::**  Matthew Liebert (Johnson Atty); Frank Amodeo (Pro Se Creditor); Lindsey Savastano, Elizabeth Wulff (Tamamoi Atty); Larry Kosto (IMAQ and CTO Atty); James Timko (Homemakers Atty); Justin Luna (Mainstreet Atty);

**RULING:**

Status Conference -   cont. to June 9, 2026 at 1:00 pm (AOCNFNG);

 1)   Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953   (Doc #81) -   cont. to June 9, 2026 at 1:00 pm (AOCNFNG);

2)   Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt Island, FL 32953   (Doc #82) -   cont. to June 9, 2026 at 1:00 pm (AOCNFNG);

Note: Chambers will enter an order directing the Order of Relief to be entered, allowing parties 14 days to resolve authority issue, then appointing trustee if not resolved:Order by CHAMBERS;
(gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.