**ORDERED.**

**Dated: May 21, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC, | ) | Case No. 6:25-bk-05570-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### ORDER (1) DENYING MOTION TO DISMISS AND MOTION TO ABSTAIN, (2) ENTERING ORDER FOR RELIEF, AND (3) SETTING DEADLINES

THIS CASE came before the Court for entry of an appropriate order. The Court finds that an involuntary petition was filed against Homemakers Real Estate, LLC ("Homemakers") on September 2, 2025, and this case came on for hearing on May 20, 2026 at 11:00 a.m. (the "Hearing") to consider the Motion to Dismiss[1] (Doc. No. 7) and the Motion to Abstain[2] (Doc. No. 172) filed by Homemakers. For the reasons stated orally and recorded in open court,[3] it is

**ORDERED**:

1.      The Motion to Dismiss (Doc. No. 7) is **DENIED**.

---

[1] *Motion to Dismiss Involuntary Bankruptcy Petition* (the "Motion to Dismiss").

[2] *Motion to Abstain and Preliminary Response to Motion to Remove Ken Dixon and Crescent Sound, LTD from Further Representation of the Putative Debtor (Doc. No. 161) and Motion to Disqualify James Timko, Esq. and Dean Mead Egerton Bloodworth Capouano & Bozarth, P.A. as Counsel for Homemakers Real Estate and Order to Show Cause* (the "Motion to Abstain").

[3] The Court retains jurisdiction to issue supplemental written findings of fact and conclusions of law to further explain the oral ruling. *See Educ. Credit Mgmt. Corp. v. Mosley (In re Mosley)*, 494 F.3d 1320, 1328 (11th Cir. 2007).

2.     The Motion to Abstain (Doc. No. 172) is **DENIED**.

3.     Relief under 11 U.S.C. § 303(h) is ordered against Homemakers.

4.     Kenneth G. Dixon and Horton S. Johnson shall have until **June 3, 2026** to file a stipulation resolving the issue of ownership and control of Homemakers.

5.     In the event that said stipulation is not timely filed, the Court will enter an order directing the appointment of a Chapter 11 Trustee.

6.     Homemakers (or the Chapter 11 Trustee if one is appointed) shall file a list of creditors containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H by **June 18, 2026**.

7.     As required by Federal Rule of Bankruptcy Procedure 1007(c), Homemakers (or the Chapter 11 Trustee if one is appointed) shall file the schedules, statements, and other documents required by Federal Rule of Bankruptcy Procedure 1007(b)(1) by **June 18, 2026**.

8.     The Court will consider in due course any motions to extend deadlines referenced in paragraphs 6 and 7.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.