UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Homemakers Real Estate, LLC.,                          Case No.: 6:25-bk-05570-GER
                                                       Chapter 11

          Debtor.
_____/

**NOTICE OF APPEARANCE**

    Audrey M. Aleskovsky, Esq. files this Notice of Appearance on behalf of Guy A. Van Baalen, Acting United States Trustee for Region 21.

    The meeting of creditors will be held telephonically on June 29, 2026, at 11:00 a.m.

    The United States Bankruptcy Court will serve creditors and parties in interest with the Notice of Chapter 11 Bankruptcy Case, which serves as official notice of the meeting of creditors.

DATED:  May 26, 2026                    Respectfully submitted,

                                        Guy A. Van Baalen
                                        Acting United States Trustee, Region 21


                                        /s/  Audrey May Aleskovsky
                                        Audrey May Aleskovsky, Trial Attorney
                                        United States Department of Justice
                                        Office of the United States Trustee
                                        Florida Bar No.: 103236
                                        George C. Young Federal Building and
                                        Courthouse
                                        400 W. Washington Street, Suite 1100
                                        Orlando, FL 32801
                                        Telephone No.: (407) 648-6068
                                        Email: Audrey.M.Aleskovsky@usdoj.gov