**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

**Homemakers Real Estate, LLC,**

               **CASE NO.:**    **6:25-bk-05570-GER**

               **CHAPTER:**    **11**

               **JUDGE:**    **Judge Grace E. Robson**

          **Debtor(s).**             /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 2002 and 9010(b), the undersigned enters an appearance in this case on behalf of Tamamoi LLC. Request is made that all notices given or required to be given in this action and all related actions, be given and served upon the following:

Lindsey Savastano
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
lsavastano@mtglaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the above attorney's request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons, or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

Dated: June 3, 2026

                        Respectfully submitted,

                        By: /s/ Lindsey Savastano
                        Lindsey Savastano, 57079
                        MCMICHAEL TAYLOR GRAY, LLC
                        Attorney for Creditor
                        3550 Engineering Drive, Suite 260
                        Peachtree Corners, GA 30092
                        Telephone: 404-474-7149
                        Facsimile: 404-745-8121
                        E-mail: lsavastano@mtglaw.com
                        MTG File No.: 26-000170-01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806

**Via CM/ECF electronic service**
Justin M Luna
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801

Scott R Rost
Brennan, Manna & Diamond, P.L.
301 East Pine Street, Ste 500
Orlando, FL 32801

James Timko
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA
420 S Orange Avenue, Suite 700
Orlando, FL 32801

United States Trustee - ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Audrey M Aleskovsky
DOJ-Ust
Office of the United States Trustee
George C. Young Federal Building and Courthouse
400 West Washington Street, Suite 1100
Orlando, FL 32801

Dated: June 3, 2026

Respectfully submitted,

By: /s/ Lindsey Savastano
Lindsey Savastano, 57079
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: lsavastano@mtglaw.com
MTG File No.: 26-000170-01