**ORDERED.**

**Dated: June 08, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC | ) | Case No. 6:25-bk-05570-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

THIS CASE came before the Court for entry of an appropriate order. On May 21, 2026, the Court entered the *Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines* (the "Order") (Doc. No. 229), wherein the Court entered an order for relief against Debtor Homemakers Real Estate, LLC ("Debtor") pursuant to 11 U.S.C. § 303(h). In the Order, the Court set a deadline of June 3, 2026 for interested parties Kenneth G. Dixon and Horton S. Johnson to file a stipulation resolving the issue of ownership and control of Debtor and provided that if said stipulation was not timely filed the Court would enter an order directing the appointment of a Chapter 11 Trustee. The Court, having reviewed the record, notes that a stipulation was not filed by the deadline set forth in the Order.

Accordingly, it is **ORDERED** that the United States Trustee is directed to appoint a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104(d).

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.