

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 06/09/2026 01:00 PM

### COURTROOM   6D, 6th Floor

## HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-05570-GER** | **11** | **09/02/2025** |

**Chapter 11**

**DEBTOR:**     Homemakers Real Estate, LLC

**DEBTOR ATTY:**  **Justin Luna**

**TRUSTEE:**     **NA**

**HEARING:**

Status Conference
1)   Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953 (Doc #81)
(granted in part)
2)   Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt Island, FL 32953 (Doc #82)
(granted in part Doc #135)
Note: 12/17/25; 2/3/26; 4/15/26; 5/20/26
Involuntary filed 9/2/25
Order (1) Denying Motion to Dismiss Case and (2) Entering Order for Relief, and (3) Setting Deadlines. Deficiency Compliance by: 6/18/2026. List of Creditors Due 6/18/2026. Chapter 11 Plan due by 9/18/2026. Disclosure Statement due by 9/18/2026 (Doc #229)
Order Directing the Appointment of a Chapter 11 Trustee (Doc #240)
Future Hearing: 7/9/26 at 10:30 am (Initial)
Prior Case:
25-02685            Ch11 filed in Florida Middle on 05/05/2025, Dismissed for Other Reason on 06/27/2025

**APPEARANCES::**   James Timko (Debtor Atty); Audrey Aleskovsky (US Trustee Atty); Matthew Liebert (Johnson Atty); Lawrence Kosto (IMQA/CTO Atty); Frank Amodeo (Creditor); Lena Fucile (Mainstreet Atty); Lindsey Savastano (Tamamoi/Carton Atty);

**RULING:**
Status Conference

1)   Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953   (Doc #81) - cont. to July 14, 2026 at 2:00 pm (AOCNFNG);

2)   Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt Island, FL 32953   (Doc #82) -   cont. to July 14, 2026 at 2:00 pm (AOCNFNG);

NOTE: the Initial status original scheduled for   7/9/26 at 10:30 am will be rescheduled to July 14, 2026 at 2:00 pm; (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.

Case Number 6:25-bk-05570-GER                 Chapter 11