[Dntccnrh] [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                    Case No. 6:25–bk–05570–GER
                                                          Chapter 11

Homemakers Real Estate, LLC

_____Debtor*_____/

## NOTICE OF RESCHEDULED CONFERENCE
### Initial Status Conference

NOTICE IS GIVEN THAT the conference regarding the initial status conference , originally scheduled for July 9, 2026 at 10:30 am, has been rescheduled.

The conference has been rescheduled and will be held on July 14, 2026 at 02:00 PM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures available at https://www.flmb.uscourts.gov/judges/robson/. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407–237–8141 no later than 3:00 p.m. one business day before the date of the hearing.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073–1.

FOR THE COURT

Dated: June 10, 2026        Jose A Rodriguez , Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.