**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**HOMEMAKERS REAL ESTATE, LLC,**

Debtor.

_____/

Case No. 6:25-bk-02685-GER
Chapter 11 (Voluntary)

Case No. 6:25-bk-05570-GER
Chapter 11 (Involuntary)

**MOVANT'S NOTICE OF FILING THE COMPLETE SWORN NOTARY COMPLAINT AGAINST JANELLE MOREA IN SUPPORT OF THE MOTIONS TO VACATE (DOCS. 88 & 89)**

The Movant, Horton S. Johnson, by and through undersigned counsel, gives notice of filing, in support of the pending Motions to Vacate (Doc. 88 and Doc. 89), the complete, sworn *Complaint Against a Florida Notary Public* directed to Janelle Morea (the "Notary Complaint"), attached hereto as composite **Exhibit A**.

The Notary Complaint was referenced in, but not attached to, the Movant's Omnibus Reply (Doc. 94).[1] It is also referenced in two filings made by Frank L. Amodeo in connection with the June 9, 2026 hearing.[2] So that the complete document is before the Court on the Rule 60 record, the Movant files it herewith.

The Notary Complaint is a sworn complaint, verified by Martin C. Flynn, Jr. under penalty of perjury pursuant to Fla. Stat. § 92.525, and submitted to the Notary Section of the Executive Office of the Governor of Florida, with a copy to the Notary Public Section of the Florida Department of State. Composite **Exhibit A** comprises the sworn narrative complaint (designated Exhibit A in the packet) and supporting Exhibits B through N, totaling 166 pages.

---

[1]Doc. 94 (02685), Movant's Omnibus Reply in Support of the Motions to Vacate, § IV.

[2](1) Frank Amodeo's Argument in Support of Granting the Rule 60 Motions and His Motion Under Rule 1015(a) to Consolidate the Homemakers' Bankruptcy with the Involuntary Bankruptcy; and (2) Motion to Disqualify PEDixon and ZPD from Further Participation in These Bankruptcies for Want of Subject-Matter Jurisdiction Over the Claims.

Respectfully submitted this 10th day of June, 2026.

**/s/ Matthew A. Leibert**
Matthew A. Leibert, Esq.
Florida Bar No. 0752266
Urban Thier & Federer, P.A.
5782A S. Semoran Blvd.
Orlando, FL 32822
Telephone: (407) 579-8355
Email: leibert@urbanthier.com
Counsel for Movant, Horton S. Johnson

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 10, 2026, a true and correct copy of the foregoing, together with composite Exhibit A, was filed with the Clerk of Court using the CM/ECF system, which will serve electronic notice on all counsel of record, including James A. Timko, Esq., counsel for PEDIXON LLC and ZPD LLC.

/s/ Matthew A. Leibert
Matthew A. Leibert, Esq.