UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Homemakers Real Estate, LLC,                    Case No. 6:25-bk-05570-GER
                                                Chapter 11

       Debtor.

_____/

**NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE AND SETTING OF BOND**

Pursuant to the Order of this Court entered on June 8, 2026 (Doc. 240) directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the Acting United States Trustee for Region 21 appoints the following person as Chapter 11 Trustee:

LARA ROESKE FERNANDEZ
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Phone: (813) 227-7404
Email: LFernandez@trenam.com

The bond of the Chapter 11 Trustee will initially be set at $200,000.00.  The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

1

This appointment is made on June 11, 2026.

Respectfully submitted,

Guy A. Van Baalen
Acting United States Trustee, Region 21

  /s/  Audrey May Aleskovsky
Jill Ellen Kelso, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 0103236
George C. Young Federal Building and Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6068
Audrey.m.aleskovsky@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically through CM/ECF on June 11, 2026, to all parties having appeared electronically in the instant matter, and by U.S. Mail on the following and the attached matrix:

Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806

  /s/  Audrey May Aleskovsky
Audrey May Aleskovsky, Trial Attorney