**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**HOMEMAKERS REAL ESTATE LLC,**

Debtor.

Case No. 6:25-bk-05570-GER

Chapter 11

## NOTICE OF FILING SCHEDULES

Comes now, Horton S. Johnson, by through undersigned counsel and files on behalf of

Homemakers Real Estate, LLC the following: Schedule A/B, Schedule D, Schedule E/F,

Schedule G, Schedule H, Form 204 and Form 206Sum.

Respectfully submitted this 16th day of June 2026.

/s/ Matthew A. Leibert

**MATTHEW A. LEIBERT, Esquire**
Florida Bar No. 752266
Law Office Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822
Telephone: (407) 425-2005
Counsel for Horton Johnson

Fill in this information to identify the case and this filing:

Debtor Name ___Homemakers Real Estate, LLC___

United States Bankruptcy Court for the: ___Middle___ District of ___Florida___
(State)

Case number (if known) ___6:25-bk-05570-GER___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/15/2026___ ✗ _Horton S. Johnson_____
MM / DD / YYYY Signature of individual signing on behalf of debtor

_Horton S. Johnson_____
Printed name

_Trustee of Tiered Land Trust, "owner" of Homemakers_
Position or relationship to debtor

**Fill in this information to identify the case**

Debtor name _Homemakers Real Estate, LLC_

United States Bankruptcy Court for the: _Middle_ District of _Florida_
(State)

Case number (if known): _6:25-bk-05570-GER_

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. Cash on hand                                                                        $_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _Valley National Bank_ | _DIP Checking_ | _0 6 0 9_ | $ _1,223.57_ |
   | 3.2. _____ | _____ | __ __ __ __ | $ _____ |

4. Other cash equivalents *(Identify all)*

   4.1. _____     $_____

   4.2. _____     $_____

5. Total of Part 1                                                                    $ _1,223.57_
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

   7.1. _____     $_____

   7.2. _____     $_____

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 1

Debtor _Homemakers Real Estate, LLC_   Case number (if known) _6:25-bk-05570-GER_
        Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ − _____ = .......➔   $_____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:  _1,824,261.15_ − _1,824,261.15_ = .......➔   $ _—0—_
                        face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ _~0—_

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor ___Homemakers Real Estate, LLC___   Case number *(if known)* __6:25-bk-05570-GER__
Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
|  | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | | | |
|  | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
|  | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
|  | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
|  | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
|  | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
|  | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
|  | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
|  | $ | | $ |

Debtor   *Homemakers Real Estate, LLC*   Case number (if known) *6:25-bk-05570-GER*

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

_____   $_____   _____   $_____

40. **Office fixtures**

_____   $_____   _____   $_____

41. **Office equipment, including all computer equipment and communication systems equipment and software**

_____   $_____   _____   $_____

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1_____   $_____   _____   $_____
42.2_____   $_____   _____   $_____
42.3_____   $_____   _____   $_____

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor  _Homemaker Real Estate, LLC_   Case number (if known) _6:25-bk-05570-GER_
        Name

| **Part 8.** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _Kubota Tractor purchase $12,447._ | $ _2,000_ | _market comp_ | $ _3000.00_ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ _2,000.00_

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    *Homemakers Real Estate, LLC*    Case number *(if known)* 6:25-bk-05570-GER
_____Name_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 26 units at Cape Crossing | 100% | $ | market comps | $ 14,300,000 |
| 55.2 201 Ivory Coral Lane | | $ | | $ |
| 55.3 Merritt Island, FL 32953 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 One unit conveyed | | $ | market Comps | $ 550,000 |
| 55.6 Without Consideration | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 14,850,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

Debtor  *Homamakers Real Estate, LLC*  Case number (if known) *6:25-bk-05570-GER*
Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   _____  — _____ = → $_____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____      Tax year _____   $_____
   _____      Tax year _____   $_____
   _____      Tax year _____   $_____

73. **Interests in insurance policies or annuities**
   _____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   *Breach of Fiduciary, multiple tort Actions, RICO*                $_____
   Nature of claim   _____
   Amount requested   $ *8,750,000 plus treble damages*

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   *Associations*                                         $_____
   Nature of claim   *Breach of Duty*
   Amount requested   $ *Unknown*

76. **Trusts, equitable or future interests in property**
   _____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____                          $_____
   _____                          $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.          $ *Unknown*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

Debtor ___Homemakers  Real Estate, LLC___   Case number (if known)___6:25-bk-05570-GER___
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 1,223.57 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ N/A | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ –0– | |
| 83. **Investments.** Copy line 17, Part 4. | $ N/A | |
| 84. **Inventory.** Copy line 23, Part 5. | $ N/A | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ N/A | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ N/A | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 2,000.00 | |
| 88. **Real property.** Copy line 56, Part 9. ➔ | | $ 14,850,000 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ N/A | |
| 90. **All other assets.** Copy line 78, Part 11. Cause of action | + $ unknown | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 3,223.57 + unknown | + 91b. $ 14,850,000 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................   $ 14,853,223.57 + unknown

**Fill in this information to identify the case:**

Debtor name  Homemakers Real Estate, LLC

United States Bankruptcy Court for the:  middle  District of Florida
(State)

Case number (if known):  6:25-bk-05570-GER

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Creditor's name**
Brevard County Tax Collector

**Describe debtor's property that is subject to a lien**
Real Estate Taxes on 26 units       $303,421.77    $14,300,000

**Creditor's mailing address**
1605 N Courtenay Pkwy.
Merritt Island, FL 32953

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 2024-2026

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
Brevard County, Associations, mortgage
(mainstreet or Tamamoi or Carton

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed  But liquidated

**2.2  Creditor's name**
Cape Crossing Condominium Assoc.

**Describe debtor's property that is subject to a lien**
_____    $551,011.86    $9,900,000

**Creditor's mailing address**
c/o Beacon Management + Consulting
333 17th street, Suite F
Vero Beach, FL 32960

18 Condo Units

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     ☒ Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated and disputed
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $7,851,701.80

Debtor _Homemakers Real Estate, LLC_   Case number (if known) _6:25-bk-05570-GER_
　　　Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** **Additional Page** | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3 Creditor's name**

_Cape Crossing Townhomes Owners Assoc._

**Describe debtor's property that is subject to a lien**

_8 Townhome Units_

$ _133,999.27_   $ _4,400,000_

**Creditor's mailing address**

_c/o Beacon Management & Consulting_
_333 17th St., Suite F_
_Vero Beach, FL 32960_

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____

☒ Yes. The relative priority of creditors is specified on lines _2.1_

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated  _and disputed_
☐ Disputed

**2.4 Creditor's name**

_Carton Family Trust_

**Describe debtor's property that is subject to a lien**

_One Condominium_

$ _310,000_   $ _550,000_

**Creditor's mailing address**

_c/o McMichael Taylor Gray, LLC_
_3550 Engineering Dr., S. 260_
_Peachtree Corners, GA 30092_

**Describe the lien**
_mortgage - non recourse_

**Creditor's email address, if known**
_ServiceFL@mtglaw.com_

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____

☒ Yes. The relative priority of creditors is specified on lines _2.1_

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Debtor **Homemakers Real Estate, LLC**
Name

Case number (if known) **6:25-bk-05570-GER**

| | Column A | Column B |
|---|---|---|
| **Part 1: Additional Page** | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5 Creditor's name**

**Jetton Investments, Inc.**

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** **2015**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☒ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

**Cape Crossing real property within meets and bounds**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ **1,600,000** | **Estimated** $ **25,000,000**

**2.6 Creditor's name**

**Mainstreet Community Bank**

**Creditor's mailing address**

**c/o South Milhausen, P.A.**
**1000 Legion Place, Suite 1200**
**Orlando, FL 32801**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☒ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

**15 units at Cape Crossing**

_____

**Describe the lien** **mortgage**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ **3,750,000** | $ **8,250,000**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **3** of **25**

Debtor _Homemakers Real Estate, LLC_
Name

Case number (if known) _6:25-bk-05570-GER_

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**27** **Creditor's name**

_Mainstreet Community Bank_

**Creditor's mailing address**

_C/o South Milhausen, P.A_
_1000 Legion Place, Suite 1200_
_Orlando, FL 32801_

**Creditor's email address, if known**

_____

**Date debt was incurred** _2023_

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

_Two units at Cape Crossing_  $373,000  $1,100,000
_____
_____

**Describe the lien** _Mortgage_

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.8** **Creditor's name**

_PEDixon, LLC_

**Creditor's mailing address**

_1627 E. Vine St. Ste E_
_Kissimmee, FL 34744_

**Creditor's email address, if known**

_____

**Date debt was incurred** _2023_

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

_____  $ -0-  $14,300,000
_____
_____

**Describe the lien** _Guarantee of no-debtor loan. See Attached_
_Paid in Full Since December 2023_

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

---

Debtor __Homemakers Real Estate, LLC__     Case number (if known) __6:25-bk-05570-GER__
    Name

| Part 1: | Additional Page | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9 Creditor's name**

__Tamamoi, LLC__

**Describe debtor's property that is subject to a lien**

__nine units at cape crossing__     $ 830,268.90     $ 4,950,000

**Creditor's mailing address**

c/o mcmichael taylor gray, LLC
3550 Engineering Dr. S. 260
Peachtree Corners, GA 30092

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** __6/06/2019__

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

   ☒ Yes. The relative priority of creditors is specified on lines __2.1__

**2.10 Creditor's name**

__ZPD, LLC__

**Describe debtor's property that is subject to a lien**

$ __-0-__     $ 14,300,000

**Creditor's mailing address**

1627 E. Vine St. Ste E
Kissimmee, FL 34744

**Describe the lien** Guarantee of non-debtor loan. See Attached
Paid in Full since December 2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** __Sept. 2023__

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

   ☒ Yes. The relative priority of creditors is specified on lines __2.1__

Fill in this information to identify the case:

Debtor    _Homemakers Real Estate LLC_

United States Bankruptcy Court for the: ____Middle____ District of __Florida__
                                                                    (State)

Case number  _6:25- bK-05570-GER_
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | _Florida Department of Revenue_ _5050 W. Tennessee St._ _Tallahassee, FL 32399_ | ☐ Contingent ☐ Unliquidated ☒ Disputed | $ ~0~ | $ ~0~ |

Date or dates debt was incurred  _____

Basis for the claim:
_No relationship with Florida Dept of Revenue_

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

|  | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | _Internal Revenue Service_ _P.O. Box 7346_ _Philadelphia, PA 19101_ | ☐ Contingent ☐ Unliquidated ☒ Disputed | $ _7,000_ | $ ~0~ |

Date or dates debt was incurred  _____

Basis for the claim:
_Resolved by accounting firm_
_in original bankruptcy chap 11 case_

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

|  | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| 2.3 |  | ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |

Date or dates debt was incurred  _____

Basis for the claim:  _____

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Debtor    _Homemakers Real Estate, LLC_    Case number (if known) _6:25-bk-05570-GER_
      Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
CTO Holdings
4409 Hoffner Ave. #348
Orlando, FL 32812

As of the petition filing date, the claim is: $ 303,000
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loans

Date or dates debt was incurred    2025-2026
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Frank Amodeo
1311 Hoffner Ave
Orlando, FL 32809

As of the petition filing date, the claim is: $ 394.60
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Date or dates debt was incurred    2025
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Horton Johnson
10226 Curry Ford Rd. S. 107 PMB 1036
Orlando, FL 32825

As of the petition filing date, the claim is: $ 2,570,387.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
IMQA Investments, Inc.
4409 Hoffner # 348
Orlando, FL 32812

As of the petition filing date, the claim is: $ 350,000
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
IPFS Corporation
1055 Broadway Blvd. 11th Floor
Kansas City, FL/MO 64105

As of the petition filing date, the claim is: $ 6,617.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance Financing

Date or dates debt was incurred    2026
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Old Republic National Title Insurance
3000 Bayport Dr. Suite 100
Tampa, FL 33607

As of the petition filing date, the claim is: $ 85.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   _Homemakers Real Estate, LLC._   Case number (if known) _6:25-bk-05570-GER_

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address

_Tiered Capital, Inc_

_4409 Hoffner Ave., #348_

_Orlando, FL 32812_

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

$ _125,000_

Basis for the claim: _____

Date or dates debt was incurred   _Oct. 2023_

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.__** Nonpriority creditor's name and mailing address

_Wm Holdings Group, LLC._

_14556 Saint Georges Hill Dr._

_Orlando, FL 32828_

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _18,000_

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.__** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.__** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.__** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

Debtor     Homemakers Real Estate, LLC     Case number *(if known)* 6:25-bk-05570-GER
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 7,000.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 3,373,484.53 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $ 3,380,484.53 |

Fill in this information to identify the case:

Debtor name _Homemakers Real Estate, LLC_

United States Bankruptcy Court for the: _Middle_ District of _Florida_
(State)

Case number (if known): _6:25-bk-05570-GER_   Chapter _11_

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Cape Crossing Condiminium Assoc / Condo Association | |
| | State the term remaining | Indefinite | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Cape Crossing Townhome Owners Assoc. / Homeowners Association | |
| | State the term remaining | Indefinate | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | IPFS Corporation / Insurance Financing | |
| | State the term remaining | Four months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Beachside VR, LLC / Rental management | Crescent Sound, LLC 1627 E. Vine St. Suite E Kissimmee, FL 34744 |
| | State the term remaining | unknown | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _Homemakers Real Estate, LLC_

United States Bankruptcy Court for the: _middle_    District of _Florida_
(State)

Case number (if known): _6:25-bk-05570-GER_

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor**

**Column 2: Creditor**

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | martin C. Flynn, Jr | 14556 Saint Georges Hill Dr. / Orlando FL 32828 | Tamamoi Carton PE Dixon ZPD | ☒ D ☒ E/F ☐ G |
| 2.2 | MTF Holdings, LLC | 14556 Saint Georges Hill Dr. / Orlando FL 32828 | PE Dixon ZPD | ☒ D ☒ E/F ☐ G |
| 2.3 | 650 85th LLC | 14556 Saint Georges Hill Dr / Orlando FL 32828 | PE Dixon ZPD | ☒ D ☒ E/F ☐ G |
| 2.4 | Sherwood Construction | | PE Dixon ZPD | ☒ D ☒ E/F ☐ G |
| 2.5 | Cape Crossing Vacation Rentals | | PE Dixon ZPD | ☒ D ☒ E/F ☐ G |
| 2.6 | Horton Johnson | 10226 Curry Ford Rd S. 107 PMB 1036 / Orlando FL 32825 | mainstreet PE Dixon ZPD Tamamoi carton | ☒ D ☐ E/F ☐ G |

Debtor  **Homemakers Real Estate, LLC**
Name

Case number (if known) **6:25-bk-05570-GER**

## Additional Page If Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.— Horton S. Johnson Revocable Trust | 10226 Curry Ford Rd. Street Suite 107 PMB 1036 orlando, FL 32825 City / State / ZIP Code | Mainstreet PE Dixon ZPD Tamamoi Carton | ☑ D ☑ E/F ☐ G |
| 2.— Yaniv Amar | 19589 NE 10th Ave Street miami FL 33179 City / State / ZIP Code | PE Dixon ZPD | ☑ D ☑ E/F ☐ G |
| 2.— A. Marine, Inc. | 19589 NE 10th Ave Street miami FL 33179 City / State / ZIP Code | PE Dixon ZPD | ☐ D ☐ E/F ☐ G |
| 2.— Recycled Group of South Carolina, LLC | 19589 NE 10th Ave Street miami FL 33179 City / State / ZIP Code | PE Dixon ZPD | ☐ D ☐ E/F ☐ G |
| 2.— Holly Bluff, Inc. | 2280 Hontoon Rd Street Deland FL 32720 City / State / ZIP Code | PE Dixon ZPD | ☐ D ☐ E/F ☐ G |
| 2.— IMBA Investment Incorporated | 4409 Hoffner Ave. #348 Street orlando FL 32812 City / State / ZIP Code | PE Dixon ZPD | ☐ D ☐ E/F ☐ G |
| 2.— michael McPhillips | 1575 Worley Ave Street merritt Island FL 32952 City / State / ZIP Code | Tamamoi Carton | ☐ D ☐ E/F ☐ G |
| 2.— | Street City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |

Official Form 206H          Schedule H: Codebtors          page 2 of 2

Fill in this information to identify the case:

Debtor name **Homemakers Real Estate, LLC**

United States Bankruptcy Court for the: **Middle**  District of **Florida**
(State)

Case number (if known): **6:25-bk-05570-GER**

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 JMQA Investments, Inc. 4409 Hoffner Ave. #348 Orlando, FL 32812 | | unsecured option Payment | | 350,000 | —0— | 350,000 |
| 2 Tiered Capital, Inc. 4409 Hoffner Ave. #348 Orlando, FL 32812 | | Loan | | 125,000 | —0— | 125,000 |
| 3 WM Holdings Group, LLC 14556 Saint Georges Hill Dr Orlando, FL 32828 | Martin C. Flynn, Jr 407-257-1418 mcflynnjr@gmail.com | Loan | | 18,000 | —0— | 18,000 |
| 4 Frank Amodeo 1311 Hoffner Ave. Orlando, FL 32809 | Frank Amodeo 321-477-9516 flahome32801@gmail.com | Utilities | | 394.60 | —0— | 394.60 |
| 5 IPFS Corporation 1055 Broadway Blvd. 11th Floor Kansas City, MO 64105 | 877-674-3076 | Insurance Financing | | 6,617.00 | —0— | 6,617.00 Partially Paid |
| 6 Old Republic National title 3000 Bayport Dr. S. 1000 Tampa, FL 33607 | | Disputed | | 85.00 | —0— | 85.00 |
| 7 | | | | | | |
| 8 | | | | | | |

Fill in this information to identify the case:

Debtor name  Homemaker Real Estate, LLC

United States Bankruptcy Court for the: ___middle___ District of Florida
(State)

Case number (if known): 6:25-bk-05570-GER

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................   $ 14,850,000

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................   $ 3,223,57

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B................................................................   $ 14,853,223.57

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..........   $ 7,851,701.80

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F..........   $ 7,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..........   + $ 3,380,484.53

4. **Total liabilities**..........................................................................................   $ 11,239,186.33
   Lines 2 + 3a + 3b