**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No.: 6:25-bk-05570-GER
                                                Chapter 11

      Debtor.

_____/

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

The undersigned hereby files his Notice of Appearance as counsel for **Lara Roeske Fernandez, Chapter 11 Trustee**, pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, and respectfully requests that all notices given or required to be served in this case be served upon the undersigned attorney at the address below:

Anthony P. Marzocca, Esq.
Florida Bar No. 1068857
amarzocca@trenam.com
Trenam, Kemker, Scharf, Barkin,
Frye, O'Neill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, in the above-styled bankruptcy case, whether transmitted or conveyed by mail, telephone or otherwise (1) that affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to (a) the debtors, (b) property of the debtors' estate, or

proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) that require or seek to require any act, delivery of any property, or payment.

Dated: June 18, 2026.

/s/ Anthony P. Marzocca
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474

*Proposed Counsel for Lara Roeske Fernandez,
Chapter 11 Trustee*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients and/or U.S. Mail to: Homemakers Real Estate, LLC, 2875 S Orange Avenue, Suite 500 #6409, Orlando, FL 32806.

/s/ Anthony P. Marzocca
Anthony P. Marzocca