**ORDERED.**

**Dated: June 26, 2026**

_____
Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No. 6:25-bk-05570-GER
                                                Chapter 11

        Debtor.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLY**
**WITH DEADLINES SET IN THE ORDER (1) DENYING MOTION TO DISMISS**
**AND MOTION TO ABSTAIN, (2) ENTERING ORDER FOR RELIEF,**
**AND (3) SETING DEADLINES**
(Doc. No. 261)

THIS CASE came on for consideration, without hearing, upon the Motion for Extension of Time to Comply with Deadlines Set in the Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entered Order for Relief, and (3) Setting Deadlines (the "**Motion**") filed by Lara Roeske Fernandez, Chapter 11 Trustee ("**Trustee**") on June 17, 2026. The Court finds that the Trustee's Motion should be approved. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.      The Trustee's Motion is granted.

2.     In light of the Notice of Filing Schedules (Doc. 255) filed by Horton S. Johnson ("the **Horton Schedules**"), the Trustee is excused from the requirement in the Order[1] to file the Schedules.

3.     The Trustee is authorized to file amendments to the Horton Schedules if the Trustee deems appropriate.

****

Attorney Rhys P. Leonard is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Capitalized terms not otherwise defined herein have the same meaning as defined in the Motion.