**ORDERED.**

**Dated: June 30, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC, | ) | Case No. 6:25-bk-05570-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER (1) SETTING DEADLINE TO FILE
PROOFS OF CLAIM AND (2) DIRECTING CLERK TO ISSUE
AND SERVE AN AMENDED NOTICE OF CHAPTER 11 BANKRUPTCY CASE**

THIS CASE came before the Court for entry of an appropriate order. On May 21, 2026, the Court entered the *Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines* (the "Order") (Doc. No. 229), wherein the Court entered an order for relief against Debtor Homemakers Real Estate, LLC pursuant to 11 U.S.C. § 303(h). On June 22, 2026, the Court issued the *Notice of Chapter 11 Bankruptcy Case* (the "Notice") (Doc. No. 264), which was served on June 24, 2026.[1] The Notice provided that the deadline for filing proofs of claim was November 12, 2025, and for a governmental unit the deadline was "180 days from the date of filing." As the proof of claim deadlines referenced in the Notice passed prior to the entry of the order for relief, the Court finds it appropriate to provide

---

[1] *See Certificate of Notice* (Doc. No. 267).

parties in interest adequate notice of proof of claim deadlines and to direct the Clerk to issue an amended notice. Accordingly, it is

**ORDERED:**

1. The general deadline for filing proofs of claim in this case is **July 30, 2026**.

2. For a governmental unit, the deadline for filing proofs of claim is 180 days from the date of entry of the Order, i.e., **November 17, 2026**.

3. The Clerk is directed to issue and serve an Amended Notice of Chapter 11 Bankruptcy Case to reflect the deadlines established by this Order.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.