[Dntcdfpp] [District Notice of Deficient Filing Post Petition]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                Case No. 6:25–bk–05570–GER
                                                                                      Chapter 11

Homemakers Real Estate, LLC


_____Debtor*_____/


NOTICE OF DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On September 2, 2025, Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the date of this notice unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Orlando Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date–stamped and filed on the date the Clerk's Office receives them – not the date they are placed in the mail, postmarked, or given to another delivery service.

A link to updated forms is available on the Court's website at: https://www.flmb.uscourts.gov/forms/.

Creditors were added with the filing of the Debtor's Schedules and after the court issued the Notice of Chapter 11 Case. The Debtor is directed to serve a copy of the Notice of Chapter 11 Case that contains the full social security number of the Debtor upon all creditors added after the initial notice was issued and file proof of service of the notice within 14 days from the date of this notice. The social security number must be redacted on the proof of service or its attachments filed with the Court.

The attorney for the debtor failed to upload the additional creditors during the filing process. Creditors shall be uploaded within 3 days of receipt of this notice. Failure to upload the additional creditors will result in these creditors not appearing on the mailing list of creditors for this case and therefore could result in improper noticing. The debtor's attorney is also directed to serve a copy of

the Notice of Chapter 11 Case that contains the full social security number of the Debtor upon all additional creditors and file proof of service of the notice. Failure to serve the additional creditors as directed may cause their debts to not be dischargeable. The social security number must be redacted on the proof of service or its attachments filed with the Court.

FOR THE COURT

Dated: July 2, 2026        Jose A Rodriguez , Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.