**ORDERED.**

**Dated: July 07, 2026**

_____
Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No. 6:25-bk-05570-GER
                                                Chapter 11

      Debtor.

_____/

**ORDER APPROVING TRUSTEE'S APPLICATION FOR ORDER**
**AUTHORIZING EMPLOYMENT OF COUNSEL AS OF JUNE 11, 2026**
(Doc. No. 258)

THIS CASE came on for consideration, without hearing, upon the Chapter 11 Trustee's Application for Order Authorizing Employment of Counsel as of June 11, 2026 (the "**Application**") with the accompanying Declaration of Rhys P. Leonard attached as Exhibit A to the Application filed on June 17, 2026. It appears that Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. ("**Trenam**") does not hold any interest adverse to the bankruptcy estate with respect to the matters upon which it is to be retained, it is disinterested, and it further appearing that the employment of Trenam is in the best interest of the estate, the Court finds that the Trustee's Application should be approved. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.    The Trustee's Application for Employment of Counsel (Doc. No. 258) is approved.

2.    Lara Roeske Fernandez, Chapter 11 Trustee, is authorized to employ Trenam as Counsel for the Trustee and the estate to represent and assist the Trustee in carrying out her duties under the Bankruptcy Code.

3.    Compensation shall be paid to Trenam in such amounts as may be allowed by this Court upon proper application, in accordance with 11 U.S.C. § 330, with no payments to be made absent an application and order of this Court.

****

Attorney Rhys P. Leonard is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.