**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**HOMEMAKERS REAL ESTATE, LLC,**          Case No. 6:25-bk-05570-GER

Debtor.                                                        Chapter 11

_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2026, a true and correct copy of the *Amended Notice of Chapter 11 Bankruptcy Case* (Doc. 272), issued June 30, 2026, was served upon the following parties, who were added to the mailing matrix in this case, by United States First-Class Mail, postage prepaid, and/or by hand delivery, at the addresses set forth below:

650 85th LLC
14556 Saint Georges Hill Dr.
Orlando, FL 32828

A. Marine, Inc.
19589 NE 10th Ave.
Miami, FL 33179

Cape Crossing Vacation Rentals
4409 Hoffner Ave. #348
Orlando, FL 32812

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Holly Bluff, Inc.
2280 Hontoon Rd.
Deland, FL 32720

IPFS Corporation
1055 Broadway Blvd., 11th Floor
Kansas City, MO 64105

Jetton Investments, Inc.
116 South Magnolia Ave., Suite 3E
Ocala, FL 34471

Martin C. Flynn, Jr.
14556 Saint Georges Hill Dr.

Orlando, FL 32828

MTF Holdings, LLC
14556 Saint Georges Hill Dr.
Orlando, FL 32828

Old Republic National Title Insurance
3000 Bayport Dr., Suite 100
Tampa, FL 33607

Recycled Group of South Carolina, LLC
19589 NE 10th Ave.
Miami, FL 33179

Sherwood Construction
4409 Hoffner Ave. #348
Orlando, FL 32812

Tiered Capital, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812

WM Holdings Group, LLC
14556 Saint Georges Hill Dr.
Orlando, FL 32828

Yaniv Amar
19589 NE 10th Ave.
Miami, FL 33179


Respectfully submitted this 8th day of July, 2026,



/s/ Matthew A Leibert


**MATTHEW A. LEIBERT, Esquire**
Florida Bar No. 752266
Law Office Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822
Telephone: (407) 425-2005
Counsel for Horton Johnson, Creditor