**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No. 6:25-bk-05570-GER
                                                Chapter   11

    Debtor.
_____/

**CERTIFICATE OF SERVICE**
(Doc. No. 282)

I HEREBY CERTIFY that on July 8, 2026 a true and correct copy of the *Order Approving Trustee's Application for Order Authorizing Employment of Counsel as of June 11, 2026 (Doc. No. 282)* was served via First Class U.S. Mail, postage prepaid on interested parties who do not receive service by CM/ECF:  Homemakers Real Estate, LLC, 2875 S Orange Avenue, Suite 500 #6409, Orlando, FL 32806 and those parties on the Local Rule 1007-2 matrix attached.

> */s/ Rhys P. Leonard*
> RHYS P. LEONARD
> Florida Bar No.: 59176
> rleonard@trenam.com
> ANTHONY P. MARZOCCA
> Florida Bar No. 1068857
> amarzocca@trenam.com
> TRENAM, KEMKER, SCHARF, BARKIN,
> FRYE, O'NEILL & MULLIS, P.A.
> 101 East Kennedy Boulevard, Suite 2700
> Tampa, Florida 33602
> Tel: (813) 223-7474 | Fax: (813) 229-6553
> *Proposed Counsel to Chapter 11 Trustee*

Label Matrix for local noticing
113A-6
Case 6:25-bk-05570-GER
Middle District of Florida
Orlando
Wed Jul  8 15:48:09 EDT 2026

Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

Frank Amodeo
1311 Hoffner Ave.
Orlando, FL 32809-3515

Horton Johnson
c/o Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

IMQA Investments, Inc.
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

J. Christopher Crowder, Esq.
Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

Mainstreet Community Bank of Florida
c/o Justin M. Luna, Esq.
Latham Luna Eden & Beaudine LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801-3483

Matthew A. Leibert, Esq.
C/O Horton Johnson
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Phil A. DAniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

WM Holdings Group LLC
14556 Saint Georges Hill Drive LLC
Orlando, FL 32828-8035

End of Label Matrix
Mailable recipients    12
Bypassed recipients     0
Total                  12