**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No. 6:25-bk-05570-GER
                                                Chapter 11

     Debtor.

_____/

**CHAPTER 11 TRUSTEE'S MOTION FOR LEAVE TO ATTEND BY ZOOM**
**THE HEARING SCHEDULED FOR JULY 14, 2026 AT 2:00 P.M.**

Lara Roeske Fernandez, the duly appointed Chapter 11 Trustee ("Ms. Fernandez") in this case, by and through her undersigned counsel, hereby moves the Court for leave to attend the initial status conference scheduled for July 14, 2026 at 2:00 p.m. ("Hearing") remotely via Zoom (the "Motion") and in support states as follows:

1.      On June 10, 2026, the Court entered a Notice of Rescheduled Conference (Doc. 244) scheduling the Initial Status Conference for July 14, 2026, at 2:00 p.m.

2.      On June 11, 2026, the United States Trustee filed a Notice of Appointment of Chapter 11 Trustee and Setting of Bond (Doc. 248) to appoint Ms. Fernandez as the Chapter 11 Trustee for this matter.

3.      Pursuant to Section I.A.4 of this Court's Procedures Governing Court Appearances, a person may be excused from the in-person attendance requirement by the Court granting a motion (filed no later than two business days before the hearing) for leave to attend remotely for good cause shown.

4.      On the day of the Hearing, Ms. Fernandez will be out of the country on a previously scheduled trip prior to her appointment as the Chapter 11 Trustee.

5.      Ms. Fernandez moves for entry of an Order authorizing her to appear at the Hearing via Zoom.  Rhys P. Leonard and/or Anthony P. Marzocca, attorneys at Trenam,

Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., who represent Ms. Fernandez, will be present in the courtroom.

WHEREFORE, Ms. Fernandez respectfully requests entry of an order granting leave for her to attend the Hearing remotely via Zoom.

Dated: July 9, 2026                  Respectfully submitted,

*/s/ Rhys P. Leonard*
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients.

*/s/ Rhys P. Leonard*
Rhys P. Leonard

2