[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

**Dated: July 10, 2026**

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 6:25–bk–05570–GER
                                                                              Chapter 11

Homemakers Real Estate, LLC

_____Debtor*_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR LEAVE TO ATTEND BY ZOOM THE HEARING SCHEDULED FOR JULY 14, 2026 AT 2:00 P.M.**

THIS CASE came on for consideration without a hearing of the **Chapter 11 Trustee's Motion for Leave to Attend by Zoom the Hearing Scheduled for July 14, 2026 at 2:00 p.m.** (Doc. **285** ), filed by **Trustee Lara Fernandez** .

The Court having considered the record, the Chapter 11 Trustee's Motion for Leave to Attend by Zoom the Hearing Scheduled for July 14, 2026 at 2:00 p.m. is Granted .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Rhys Leonard is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.