**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

Homemakers Real Estate, LLC,                          Case No. 6:25-bk-05570-GER
                                                      Chapter 11

          Debtor.

_____/

**PROOF OF SERVICE OF ORDER GRANTING CHAPTER 11**
**TRUSTEE'S MOTION FOR LEAVE TO ATTEND BY ZOOM**
**THE HEARING SCHEDULED FOR JULY 14, 2026 AT 2:00 P.M.**
**(DE# 288)**

I HEREBY CERTIFY that the Order Granting Chapter 11 Trustee's Motion for Leave to

Attend by Zoom the Hearing Scheduled for July 14, 2026, at 2:00 p.m. (DE# 288) was served on

all parties receiving CM/ECF notification via the Court's CM/ECF system, and by First Class U.S.

Mail to:

Martin C. Flynn, Jr.
President of Tiered Capital, Inc.
14556 Saint Georges Hill Drive
Orlando, FL 32820

TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32817

Dated: July 10, 2026

                              */s/ Rhys P. Leonard*_____
                              RHYS P. LEONARD
                              Florida Bar No. 59176
                              rleonard@trenam.com
                              ANTHONY P. MARZOCCA
                              Florida Bar No. 1068857
                              amarzocca@trenam.com
                              TRENAM, KEMKER, SCHARF, BARKIN,
                              FRYE, O'NEILL & MULLIS, P.A.
                              101 E. Kennedy Boulevard, Suite 2700

Tampa, Florida 33602
Tel: (813) 223-7474
*Attorneys for Chapter 11 Trustee*