## UNITED STATES BANKRUPTCY COURT
### MIDDLE DIST OF FL BK CT-ORL

In Re:
HOMEMAKERS REAL ESTATE LLC
*Debtor(s)*                                                    Case No.        6:25-BK-05570
-----------------------------------------------------------/          Chapter 11

### BREVARD COUNTY TAX COLLECTOR'S NOTICE
### TO DEBTOR OF ADDITIONAL CREDITORS

LISA CULLEN, as Tax Collector of BREVARD COUNTY, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the BREVARD COUNTY Tax Collector, pursuant to Chapter 197, Florida Statutes.

| Certificate Holder | Tax Account Number | Tax Year | Cert. No. | Certificate Amount | Int. Bid |
|---|---|---|---|---|---|
| KEYS FUNDING LLC - 2024 PO BOX 67513, NEWARK, NJ 07101-8009 | 3021478 | 2023 | 11164 | $6,909.18 | 7.5% |

The certificate amount reflects the certificate amount due as of the date on this form.  The claim of the BREVARD COUNTY Tax Collector, if any, is specifically set forth on a separate Proof of Claim and <u>does not include</u> the amounts due the certificate holder(s) identified herein.  **\*\*The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).**  The Tax Collector does not represent the Certificate Holders in this matter, nor does the notice to the Tax Collector constitute notice to the Certificate Holders.  The addresses of the certificate holders are set forth above.

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2026, a true and correct copy of the foregoing was furnished by either U.S. Mail and/or CM/ECF to all relevant parties in this action, the Certificate Holder(s), and Debtor's Counsel.

Lisa Cullen, Tax Collector
Brevard County, FL

By:
/s/ *Alicia Foley*
Alicia Foley
Tax Specialist
Brevard County Tax Collector
P.O. Box 2500
Titusville, FL 32781-2500
Telephone:  321.264.7708
Facsimile:  (321)264-5247
Email:  alicia.foley@brevardtc.com