UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

HOMEMAKERS REAL ESTATE, LLC,

CASE No. 6:25-bk-05570-GER
Chapter 11

Debtor.

## AGREED MOTION TO WITHDRAW AS COUNSEL

**NOTICE AND OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, James A. Timko, Dean Mead Law Firm, 420 S. Orange Avenue, Suite 700, Orlando, FL 32801, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

James A. Timko, Esquire with Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., ("Counsel") requests to withdraw as counsel of record for Pedixon, LLC ("Pedixon") and ZPD, LLC ("ZPD") and states:

6548922.v1

1. Counsel represented Putative Debtor, Homemakers Real Estate, LLC as to the issue of whether an Order for relief should be entered. An order for relief was entered and that matter is resolved.

2. Counsel has also represented Pedixon and ZPD in this case and the related voluntary bankruptcy case.

3. Counsel seeks to withdraw as counsel of record for Pedixon and ZPD as Counsel is no longer able to provide effective representation due to irreconcilable differences.

4. Pedixon's and ZPD's last known address, telephone number and email addresses are as follows:

   a. Pedixon LLC
   1627 East Vine Street, Suite E
   Kissimmee, Florida 34744
   407-931-0400
   kendixon@lelandenterprisesinc.com

   b. ZPD LLC
   1627 East Vine Street, Suite E
   Kissimmee, Florida 34744
   407-931-0400
   kendixon@lelandenterprisesinc.com

5. Pedixon and ZPD have agreed to the requested relief.

WHEREFORE, Counsel requests that the Court enter an order authorizing Counsel to withdraw as counsel of record for Pedixon, LLC and ZPD, LLC for such further relief as the Court deems appropriate.

Dated:  July 15, 2026 .

6548922.v1

/s/ James A. Timko
James A. Timko, Esq.
Florida Bar No. 0088858
**DEAN, MEAD, EGERTON, BLOODWORTH,**
**CAPOUANO & BOZARTH, P.A.**
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Telephone:    407-841-1200
Facsimile:    407-423-1831
Emails:        jtimko@deanmead.com
                  mgodek@deanmead.com

## PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on July 15, 2026 to:

*Debtor*
Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806

*Client*
Ken Dixon
1627 East Vine Street, Ste. E
Kissimmee, FL 34744

*Trustee*
Lara Roeske Fernandez
101 E. Kennedy Boulevard
Bank of America Plaza
Ste 2700
Tampa, FL 33702

*Counsel for Trustee:*
Rhys P. Leonard
Anthony P. Marzocca
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5150
rleonard@trenam.com
amarzocca@trenam.com

6548922.v1

*U.S. Trustee*
United States Trustee - ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

*Attorney for U.S. Trustee*
Audrey M. Aleskovsky
DOJ-Ust
Office of the United States Trustee
George C. Young Federal Building and Courthouse
400 West Washington Street, Suite 1100
Orlando, FL 32801
Audrey.M.Aleskovsky@usdoj.gov

And to the parties in interest listed on the attached mailing matrix.

/s/ James A. Timko
James A. Timko, Esq.
Florida Bar No. 0088858
**DEAN, MEAD, EGERTON, BLOODWORTH,**
**CAPOUANO & BOZARTH, P.A.**
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
Telephone:    407-841-1200
Facsimile:    407-423-1831
Emails:        jtimko@deanmead.com
              mgodek@deanmead.com

6548922.v1

Label Matrix for local noticing
113A-6
Case 6:25-bk-05570-GER
Middle District of Florida
Orlando
Tue Jul 14 10:28:12 EDT 2026

Frank Amodeo
1311 Hoffner Avenue
Orlando, FL 32809-3515

Brevard County Tax Collector
Attn:  Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville, FL 32781-2500

Lawrence CTO HOLDINGS, INC.
c/o Lawrence M. Kosto, Esquire
1517 E Robinson Street
Orlando, FL 32801-2121

Cape Crossing Condominium Ass'n
c/o Faro & Crowder, P.A.
700 N Wickham Rd
Unit 205
Melbourne, FL 32935-8840

Martin C. Flynn, Jr.
President of Tiered Capital, Inc.
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806-5455

Lawrence IMQA INVESTMENTS INCORPORATED
c/o Lawrence M. Kosto, Esquire
1517 E. Robinson Street
Orlando, FL 32801-2121

Horton Johnson
2523 Kissam Ct
Orlando, FL 32809-3587

Mainstreet Community Bank of Florida, NA
204 South Woodland Blvd.
DeLand, FL 32720-5414

Grace E. Robson
Orlando
, FL

TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Trenam, Kemker, Scharf, Barkin, Frye, O'
101 E. Kennedy Blvd.
Suite 2700
Tampa, FL 33602-5150

650 85th LLC
14556 Saint Georges Hill Dr.
Orlando, FL 32828-8035

A. Marine, Inc.
19589 NE 10th Ave.
Miami, FL 33179-3501

ATCF II Florida-A LLC -
PO Box 69239
Baltimore, MD 21264-9239

Anthony P. Marzocca, Esq.
Trenam, Kemker, Scharf, Barkin,
Frye, ONeill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602-5150

Audrey May Aleskovsky, Trial Attorney
George C. Young Federal Building and
Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801-2210

Brevard County Tax Collector
1605 N. Courtenay Pkwy.
Merritt Island, FL 32953-4338

Brevard County Tax Collector -
PO Box 2500
Titusville, FL 32781-2500

Brian Horowitz, Esquire
5019 Saint Dennis Court
Belle Isle, FL 32812-1080

CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.
c/o Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

CTO Holdings
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

CTO Holdings Inc. -
4409 Hoffner Avenue
Orlando, FL 32812-2331

Cape Crossing Condominium Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Cape Crossing Townhomes Homeowners Associati
c/o Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

Cape Crossing Townhomes Owners Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Cape Crossing Vacation Rentals
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

Carton Family Trust
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092-2871

Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

FIG 20, LLC FBO SEC PTY -
PO Box 12225
Newark, NJ 07101-3411

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

Frank L. Amodeo -
1311 Hoffner Ave
Orlando, FL 32809-3515

Holly Bluff, Inc.
2280 Hontoon Rd.
Deland, FL 32720-4309

Homemakers Real Estate, LLC
10226 Curry Ford Road
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton Johnson
10226 Curry Ford Rd.
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton Johnson
c/o Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Horton S. Johnson Revocable Trust
10226 Curry Ford Rd.
Suite 107, PMB 1036
Orlando, FL 32825-8735

IMQA Investments Incorporated -
4409 Hoffner Avenue, #348
Orlando, FL 32812-2331

J. Christopher Crowder, Esq.
Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

KEYS FUNDING LLC - 2024 -
PO Box 67513
Newark, NJ 07101-8009

Mainstreet Community Bank of Florida
c/o Justin M. Luna, Esq.
Latham Luna Eden & Beaudine LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801-3483

Matthew A. Leibert, Esq.
C/O Horton Johnson
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Michael McPhillips - Interested Party
c/o Phil A. D'Aniello
1325 West Colonial Dr
Orlando, FL 32804-7133

Petitioning Creditor
TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Phil A. DAniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

Tamamoi LLC
Lindsey Savastano
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

Tamamoi, LLC
Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

WM Holdings Group LLC -
14556 Saint Georges Hill Drive LLC
Orlando, FL 32828-8035

Lawrence M Kosto +
Kosto & Rotella, P.A.
1517 E. Robinson Street
Orlando, FL 32801-2969

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Phil A D'Aniello +
Fassett Anthony & Taylor PA
1325 West Colonial Drive
Orlando, FL 32804-7133

Elizabeth A Wulff +
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092-2871

Justin M Luna +
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801-3483

Lindsey A Savastano +
McMichael Taylor Gray, LLC
3550 Engineering Drive
Ste 260
Peachtree Corners, GA 30092-2871

J Christopher Crowder +
Faro & Crowder PA
700 N Wickham Road, Suite 205
Melbourne, FL 32935-8840

Rhys P Leonard +
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5170

James Timko +
Dean, Mead, Egerton, Bloodworth, Capouan
420 S Orange Avenue
Suite 700
Orlando, FL 32801-4911

Brian D Horwitz +
Vatic Law
5019 Saint Denis Court
Belle Isle, FL 32812-1080

Audrey M Aleskovsky +
DOJ-Ust
Office of the United States Trustee
George C. Young Federal Building and Cou
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Scott R Rost +
Brennan, Manna & Diamond, P.L.
301 East Pine Street
Ste 500
Orlando, FL 32801-2774

Anthony P. Marzocca +
Trenam Law
101 E Kennedy Blvd
Suite 2700
Tampa, FL 33602-5150

Matthew Leibert +
Urban Thier & Federer, P.A.
5782A S. Semoran Blvd.
Orlando, FL 32822-4819

Lara Roeske Fernandez +
101 E. Kennedy Boulevard
Bank of America Plaza
Ste 2700
Tampa, FL 33602-5150

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Michael McPhillips

(u)Deborah Milotte

(u)TAMAMOI, LLC

(u)The Carton Family Trust

(d)CTO Holdings, Inc.
4409 Hoffner Avenue
Orlando, FL 32812-2331

(d)Frank Amodeo
1311 Hoffner Ave.
Orlando, FL 32809-3515

(d)Horton Johnson -
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando, FL 32825-8735

(d)IMQA Investments, Inc.
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

(d)TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    63
Bypassed recipients    10
Total                  73