

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/14/2026 02:00 PM

COURTROOM   6D, 6th Floor

HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-05570-GER** | **11** | **09/02/2025** |

**Chapter 11**

**DEBTOR:**       Homemakers Real Estate, LLC

**DEBTOR ATTY:**   **Justin Luna**

**TRUSTEE:**      **Lara Fernandez**

**HEARING:**

INITIAL STATUS CONFERENCE
cont. Status Conference
1)   Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL
                32953 (Doc #81)
(granted in part)
2)   Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt
                Island, FL 32953 (Doc #82)
(granted in part Doc #135)
PENDING:
Trustee's Application to Employ Rhys Phillips Leonard and the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,
                P.A. as Counsel to the Chapter 11 Trustee (Doc #258) filed 6/17/26 w/NN
Amodeo's Motion For Sanctions Under Federal Rule of Bankruptcy Procedure 9011 (Doc #290)
Amodeo's Motion to Approve the Disclosure Statement and to Establish Solicitation, Voting and Confirmation Hearing Procedures
                (Doc #302)
Chapter 11 Plan (Doc #303)
Disclosure Statement (Doc #304)
Trustee's Initial Report (Doc #305)
Amodeo's Motion For an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims (Doc
                #306)
Note: 12/17/25; 2/3/26; 4/15/26; 5/20/26; 6/9/26
Involuntary filed 9/2/25
341 scheduled: 7/16/26
Claims Deadline: 11/12/26
Plan / DS due: 9/18/26
Schedules (Doc #273)
Future Hearing:
Notice of Chapter 11 Trustee Election (Doc #266)
IMQA's Motion /Request for Election (Doc #254)
Prior Case:

**APPEARANCES::**   James Timko (Homemakers/Pedixon Atty); Anthony Marzocca, Rhys Leondard (Chapter 11 Trustee Atty); Catherine Choe (Mainstreet Bank Atty); Matthew Leibert (Johnson Atty); Christopher Crowder (Cape Crossing Atty); Larry Kosto (IMQA/CTO Atty); Frank Amodeo (Creditor); Lindsey Savastano (Tamamoi/Carton Atty); Jeffrey Ainsworth (Pedixon Atty);

**RULING:**
INITIAL STATUS CONFERENCE

cont. Status Conference -   cont. to August 19, 2026 at 9:30 am (AOCNFNG);

1)   Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953   (Doc #81)   -    cont. to August 19, 2026 at 9:30 am (AOCNFNG);


2)   Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt Island, FL 32953   (Doc #82) -    cont. to August 19, 2026 at 9:30 am (AOCNFNG);
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.

Case Number 6:25-bk-05570-GER                Chapter 11