# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

HOMEMAKERS REAL ESTATE, LLC,       Case No. 6:25-bk-05570-GER

    Debtor.          Chapter 11

_____/

## NOTICE OF WITHDRAWAL OF
## REQUESTS FOR ELECTION (DOC#254)

COMES NOW, IMQA Investments Incorporated ("IMQA"), by and through its undersigned counsel, and gives notice to the Court of its withdrawal of it Requests for Election (DOC #254) filed on June 15, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Request for Election has been provided to all parties receiving notice via ECF including James A. Timko, Esq., Dean, Mead, jtimko@deanmead.com; mgodek@deanmead.com; and Lara Roeske Fernandez, 101 Kennedy Blvd., Suite 2700, Tampa, FL 33602, lfernandez@trenam.com, any by US Mail all parties in interest on the attached Matrix not receiving notice via ECF this 15th day of July, 2026.

/s/ Lawrence M. Kosto
Lawrence M. Kosto, Esquire
KOSTO & ROTELLA, P.A.
Fla. Bar No.: 0765325
1517 East Robinson Street
Post Office Box 113
Orlando, Florida 32802
Telephone: (407) 425-3456
Facsimile: (407) 423-9002
Attorneys for Petitioning Creditors, IMQA
Investments Incorporated

1

Label Matrix for local noticing
113A-6
Case 6:25-bk-05570-GER
Middle District of Florida
Orlando
Wed Jul 15 16:19:28 EDT 2026

Brevard County Tax Collector
Attn:  Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville, FL 32781-2500

Cape Crossing Condominium Ass'n
c/o Faro & Crowder, P.A.
700 N Wickham Rd
Unit 205
Melbourne, FL 32935-8840

Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806-5455

Mainstreet Community Bank of Florida, NA
204 South Woodland Blvd. ·
DeLand, FL 32720-5414

Pedixon LLC
c/o James A. Timko, Esq.
Dean Mead Law Firm
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Trenam, Kemker, Scharf, Barkin, Frye, O'
101 E. Kennedy Blvd.
Suite 2700
Tampa, FL 33602-5150

ZPD LLC
c/o James A. Timko
Dean Mead Law Firm
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

650 85th LLC
14556 Saint Georges Hill Dr.
Orlando, FL 32828-8035

A. Marine, Inc.
19589 NE 10th Ave.
Miami, FL 33179-3501

ATCF II Florida-A LLC
PO Box 69239
Baltimore, MD 21264-9239

Anthony P. Marzocca, Esq.
Trenam, Kemker, Scharf, Barkin,
Frye, ONeill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602-5150

Audrey May Aleskovsky, Trial Attorney
George C. Young Federal Building and
Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801-2210

Brevard County Tax Collector
1605 N. Courtenay Pkwy.
Merritt Island, FL 32953-4338

Brevard County Tax Collector
PO Box 2500
Titusville, FL 32781-2500

Brian Horowitz, Esquire
5019 Saint Dennis Court
Belle Isle, FL 32812-1080

CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.
c/o Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

COMMUNITY RED CO
8724 SW 72 ST NO 382
MIAMI, FL 33173-3512

CTO Holdings
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

CTO Holdings Inc.
4409 Hoffner Avenue
Orlando, FL 32812-2331

Cape Crossing Condominium Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Cape Crossing Townhomes Homeowners Associati
c/o Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

Cape Crossing Townhomes Owners Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Cape Crossing Vacation Rentals
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

Carton Family Trust
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092-2871

Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

FIG 20, LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

Frank Amodeo
1311 Hoffner Ave.
Orlando, FL 32809-3515

Frank L. Amodeo
1311 Hoffner Ave
Orlando, FL 32809-3515

Holly Bluff, Inc.
2280 Hontoon Rd.
Deland, FL 32720-4309

Homemakers Real Estate, LLC
10226 Curry Ford Road
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton Johnson
10226 Curry Ford Rd.
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton Johnson
c/o Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Horton S. Johnson Revocable Trust
10226 Curry Ford Rd.
Suite 107, PMB 1036
Orlando, FL 32825-8735

IMQA Investments Incorporated
4409 Hoffner Avenue, #348
Orlando, FL 32812-2331

J. Christopher Crowder, Esq.
Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

KEYS FUNDING LLC - 2024
PO Box 67513
Newark, NJ 07101-8009

Mainstreet Community Bank of Florida
c/o Justin M. Luna, Esq.
Latham Luna Eden & Beaudine LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801-3483

Matthew A. Leibert, Esq.
C/O Horton Johnson
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Michael McPhillips - Interested Party
c/o Phil A. D'Aniello
1325 West Colonial Dr
Orlando, FL 32804-7133

Petitioning Creditor
TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Phil A. DAniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

Tamamoi LLC
Lindsey Savastano
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

Tamamoi, LLC
Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

United States Trustee - ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

WM Holdings Group LLC
14556 Saint Georges Hill Drive LLC
Orlando, FL 32828-8035

Horton Johnson
2523 Kissam Ct
Orlando, FL 32809-3587

James Timko
Dean, Mead, Egerton, Bloodworth, Capouan
420 S Orange Avenue
Suite 700
Orlando, FL 32801-4911

Justin M Luna
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801-3483

Lara Roeske Fernandez
101 E. Kennedy Boulevard
Bank of America Plaza
Ste 2700
Tampa, FL 33602-5150

Lawrence CTO HOLDINGS, INC.
c/o Lawrence M. Kosto, Esquire
1517 E Robinson Street
Orlando, FL 32801-2121

Lawrence IMQA INVESTMENTS INCORPORATED
c/o Lawrence M. Kosto, Esquire
1517 E. Robinson Street
Orlando, FL 32801-2121

Martin C. Flynn, Jr.
President of Tiered Capital, Inc.
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Scott R Rost
Brennan, Manna & Diamond, P.L.
301 East Pine Street
Ste 500
Orlando, FL 32801-2774

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TAMAMOI, LLC

(u)The Carton Family Trust

(d)CTO Holdings, Inc.
4409 Hoffner Avenue
Orlando, FL 32812-2331


(d)Horton Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando, FL 32825-8735

(d)IMQA Investments, Inc.
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

(d)TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331


(u)Deborah Milotte

(d)Frank Amodeo
1311 Hoffner Avenue
Orlando, FL 32809-3515

(u)Michael McPhillips


End of Label Matrix
Mailable recipients    55
Bypassed recipients     9
Total                  64