[Dntchrg] [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


In re:                                                        Case Number:
                                                              6:25–bk–05570–GER
                                                              Chapter 11


Homemakers Real Estate, LLC



_____Debtor*_____/


## NOTICE OF HEARING


**PLEASE TAKE NOTICE:**

1.  The Honorable Grace E. Robson will conduct a non–evidentiary hearing on **August 19, 2026 at 09:30 AM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801** to consider the following:

**Motion For Sanctions Under Federal Rule of Bankruptcy Procedure 9011 filed by Creditor Frank Amodeo (Document No. 290)**


2.  All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures available at https://www.flmb.uscourts.gov/judges/robson/. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407–237–8141 no later than 3:00 p.m. one business day before the date of the hearing.

3.  A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4.  The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073–1.

Dated  July 16, 2026

                                                              FOR THE COURT
                                                              Jose A Rodriguez,
                                                              Clerk of Court
                                                              George C. Young Federal Courthouse
                                                              400 West Washington Street
                                                              Suite 5100
                                                              Orlando, FL 32801

[*]All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this Notice on interested parties.