UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Homemakers Real Estate, LLC,                     Case No. 6:25-bk-05570-GER
            Debtor.                              Chapter 11

                                            /

### UNITED STATES TRUSTEE'S NOTICE OF
### CANCELLATION OF CHAPTER 11 TRUSTEE ELECTION

Notice is given that the United States Trustee is cancelling the trustee election under 11 U.S.C. §§ 702 and 1104(b) in light of the requesting creditor, IMQA Investments Incorporated, filing the Notice of Withdrawal of Requests for Election (Doc. 310). The meeting of creditors will take place as scheduled on July 16, 2026, at 11:00 a.m. on the telephonic conference line:1-888-330-1716; participant passcode:5814238#.

Date: July 16, 2026.                  Respectfully submitted,

                                      Guy A. Van Baalen
                                      Acting United States Trustee, Region 21

                                      /s/  Audrey May Aleskovsky
                                      Audrey May Aleskovsky, Trial Attorney
                                      United States Department of Justice
                                      Office of the United States Trustee
                                      Florida Bar No.: 103236
                                      George C. Young Federal Building and Courthouse
                                      400 W. Washington Street, Suite 1100
                                      Orlando, FL 32801
                                      Telephone No.: (407) 648-6068
                                      audrey.m.aleskovsky@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically through CM/ECF on July 16, 2026, to all parties having appeared electronically in the instant matter.

                                      /s/  Audrey May Aleskovsky
                                      Audrey May Aleskovsky, Trial Attorney