**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No. 6:25-bk-05570-GER
                                                Chapter 11

      Debtor.

_____/

**CHAPTER 11 TRUSTEE'S MOTION TO (I) REQUIRE CERTAIN CREDITORS WITH SCHEDULED CLAIMS TO FILE PROOFS OF CLAIM AND (II) EXTEND TIME FOR CERTAIN CREDITORS TO FILE PROOFS OF CLAIM**

Lara Roeske Fernandez, the Chapter 11 Trustee (the "**Trustee**"), hereby moves the Court to require creditors with claims not scheduled as contingent, unliquidated or disputed to file a proof of claim and to extend the proof of claim deadline for certain other creditors as set forth herein (the "**Motion**") and in support states as follows:

1.      This case was filed on September 2, 2025, as an involuntary petition against Homemakers Real Estate, LLC ("**Debtor**").

2.      On May 21, 2026, this Court entered its Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines (Doc. No. 229) (the "**Order for Relief**"), which provided, in part, a limited period of time for Kenneth G. Dixon and Horton S. Johnson to resolve the issue of ownership and control of the Debtor before the appointment of a Chapter 11 Trustee.

3.      That resolution did not timely occur, and the Trustee was appointed on June 12, 2026, by Order Approving Appointment of Chapter 11 Trustee (Doc. No. 252).

4.      On June 16, 2026, Horton S. Johnson filed bankruptcy schedules on behalf of the

Debtor (Doc. 255) (the "**Schedules**").[1]  Of the twenty (20) listed creditors, the Schedules has seven (7) creditors with claims that are **<u>NOT</u>** listed as contingent, unliquidated or disputed.[2] (Emphasis added).

5.      On June 30, 2026, this Court entered its Order (1) Setting Deadline to File Proofs of Claim and (2) Directing Clerk to Issue and Serve An Amended Notice of Chapter 11 Bankruptcy Case (Doc. 271) ("**Order Setting Proof of Claim Deadline**"), which set July 30, 2026, as the general deadline for filing proofs of claim in this case (the "**General Proof of Claim Deadline**") and November 17, 2026, as the deadline for governmental units to file proofs of claim in this case.

6.      On July 13, 2026, the Brevard County Tax Collector filed nine (9) Notices to Debtors of Additional Creditors (Docs. 291-300) listing tax lien certificate holder creditors not included on the Schedules.

7.      On July 14, 2026, this Court held its Initial Status Conference where the Trustee raised her concern (given the history of this case) that all purported creditors be required to file proofs of claim under penalty of perjury to participate.  The Trustee further raised her concern (based on her comparison of the Schedules and the mailing matrices for this case) that certain creditors (including the recently added tax lien certificate holders) either may not have notice of the Order for Relief and General Proof of Claim Deadline or may not have received sufficient timely notice to file a proof of claim by the General Proof of Claim Deadline.

8.      To date, a total of forty-seven (47) claims have been filed by twelve (12) creditors.

---

[1] Mr. Johnson refiled the Schedules (without changes) on July 1, 2026 (Doc. 273) and July 7, 2026 (Doc. 281).
[2] See Doc. 255, Sch. E/F, 3.1-3.5, 3.7-3.8.  Bankruptcy Rule 3003(b)(1) makes filing a proof of claim unnecessary where a scheduled claim is not listed as contingent, unliquidated or disputed.

9.     Based on her review of the Schedules, mailing matrices, and filed proofs of claim to date, the Trustee requests the General Proof of Claim Deadline be extended an additional thirty (30) days from the date an order granting this Motion is entered, for the following purported non-governmental creditors to file proofs of claim:

| Creditor | Scheduled Claim Amount | Reason(s) |
|---|---|---|
| Tiered Capital, Inc. | $125,000.00 (Doc. 255, Sch. E/F, 3.7) | Claim not listed as contingent, unliquidated or disputed |
| IPFS Corporation | $6,617.00 (Doc. 255, Sch. E/F, 3.5) | Claim not listed as contingent, unliquidated or disputed[3] <br><br> Not on Mailing Matrices |
| Old Republic National Title Insurance Company | $85.00 (Doc. 255, Sch. E/F, 3.6) | Not on Mailing Matrices |
| Jetton Investments, Inc.[4] | $1,600,000 (Doc. 255, Sch. D, 2.5) | Not on Mailing Matrices |
| Conache LLC and Ocean Bank | Not Scheduled | Brevard County Tax Collector's Notice to Debtor of Additional Creditors (Doc. 292) <br><br> Not on Mailing Matrices |
| Day Start One LLC | Not Scheduled | Brevard County Tax Collector's Notice to Debtor of Additional Creditors (Doc. 291)[5] <br><br> Not on Mailing Matrices |

---

[3] The other five (5) creditors whose claims are listed on the Schedules as not contingent, unliquidated or disputed have already filed proofs of claim.  See Proof of Claims Nos. 1-5.

[4] It appears – based on the Trustee's review of the Official Records of Brevard County, Florida – that Jetton Investments, Inc. assigned a mortgage related to the Cape Crossing Resort & Marina to Paul Rene, Jr. (who is also not listed on the mailing matrices).  The Trustee does not know at this time whether that mortgage is the same Jetton Investment mortgage debt listed on the Schedules.

[5] The other tax lien certificate holders listed by the Brevard County Tax Collector (Docs. 293-300) have filed proofs of claim.

10. The Trustee requests this Court enter an order granting the relief in the Motion without the necessity of a hearing since the relief requested is not controversial, should not be objected to by any party, and was raised by the Trustee at the Initial Status Conference hearing.

WHEREFORE, the Trustee respectfully requests entry of an order granting this motion as set forth in the proposed order attached as **Exhibit A** and for such additional relief as this Court may deem appropriate.

Dated: July 20, 2026

Respectfully submitted,

*/s/ Rhys P. Leonard*
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients and by U.S. Mail, postage paid to: Homemakers Real Estate, LLC, 2875 S Orange Avenue, Suite 500 #6409, Orlando, FL 32806; those parties on the mailing matrix attached; Jetton Investments, Inc., c/o Neil J. Buchalter, 2395 North Courtenay Pkwy., Suite 203, Merritt Island, FL 32953; Paul Rene, Jr., PO Box 5324, Ocala, FL 34478; Paul Rene, Jr., c/o Michael J. Stites Jr., Esq., P.O. Box 1601, Winter Park, FL 32790; IPFS Corporation, 1055 Broadway Blvd., 11th Floor, Kansas City, MO 64105; Old Republic National Title Insurance Company, 3000 Bayport Dr., Suite 100, Tampa, FL 33607; Conache LLC and Ocean Bank, 780 NW 42 Avenue, Attn: Asset Based Lending, Miami, FL 33126; and Day Start One LLC, 623 SW 53rd Ter, Cape Coral, FL 33914.

*/s/ Rhys P. Leonard*
Rhys P. Leonard

Label Matrix for local noticing
113A-6
Case 6:25-bk-05570-GER
Middle District of Florida
Orlando
Mon Jul 20 14:09:35 EDT 2026

650 85th LLC
14556 Saint Georges Hill Dr.
Orlando, FL 32828-8035

A. Marine, Inc.
19589 NE 10th Ave.
Miami, FL 33179-3501

ATCF II Florida-A LLC
PO Box 69239
Baltimore, MD 21264-9239

Anthony P. Marzocca, Esq.
Trenam, Kemker, Scharf, Barkin,
Frye, ONeill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602-5150

Audrey May Aleskovsky, Trial Attorney
George C. Young Federal Building and
Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801-2210

Brevard County Tax Collector
1605 N. Courtenay Pkwy.
Merritt Island, FL 32953-4338

Brevard County Tax Collector
PO Box 2500
Titusville, FL 32781-2500

Brian Horowitz, Esquire
5019 Saint Dennis Court
Belle Isle, FL 32812-1080

CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.
c/o Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

COMMUNITY RED CO
8724 SW 72 ST NO 382
MIAMI, FL 33173-3512

CTO Holdings
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

CTO Holdings Inc.
4409 Hoffner Avenue
Orlando, FL 32812-2331

Cape Crossing Condominium Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Cape Crossing Townhomes Homeowners Associati
c/o Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

Cape Crossing Townhomes Owners Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Cape Crossing Vacation Rentals
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

Carton Family Trust
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092-2871

Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

FIG 20, LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

Frank Amodeo
1311 Hoffner Ave.
Orlando, FL 32809-3515

Frank L. Amodeo
1311 Hoffner Ave
Orlando, FL 32809-3515

Holly Bluff, Inc.
2280 Hontoon Rd.
Deland, FL 32720-4309

Homemakers Real Estate, LLC
10226 Curry Ford Road
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton Johnson
10226 Curry Ford Rd.
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton Johnson
c/o Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Horton S. Johnson Revocable Trust
10226 Curry Ford Rd.
Suite 107, PMB 1036
Orlando, FL 32825-8735

IMQA Investments Incorporated
4409 Hoffner Avenue, #348
Orlando, FL 32812-2331

J. Christopher Crowder, Esq.
Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

KEYS FUNDING LLC - 2024
PO Box 67513
Newark, NJ 07101-8009

Mainstreet Community Bank of Florida
c/o Justin M. Luna, Esq.
Latham Luna Eden & Beaudine LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801-3483

Matthew A. Leibert, Esq.
C/O Horton Johnson
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Michael McPhillips - Interested Party
c/o Phil A. D'Aniello
1325 West Colonial Dr
Orlando, FL 32804-7133

Petitioning Creditor
TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Phil A. DAniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Tamamoi LLC
Lindsey Savastano
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

Tamamoi, LLC
Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

WM Holdings Group LLC
14556 Saint Georges Hill Drive LLC
Orlando, FL 32828-8035

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CTO Holdings, Inc.
4409 Hoffner Avenue
Orlando, FL 32812-2331

(d)Horton Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando, FL 32825-8735

(d)IMQA Investments, Inc.
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42

# **<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No. 6:25-bk-05570-GER
                                                Chapter 11

         Debtor.
                                             /

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO (I) REQUIRE CERTAIN
CREDITORS WITH SCHEDULED CLAIMS TO FILE PROOFS OF CLAIM AND (II)
EXTEND TIME FOR CERTAIN CREDITORS TO FILE PROOFS OF CLAIM**
(Doc. No. ☐)

THIS CASE came on for consideration, without hearing, upon the Chapter 11 Trustee's

Motion to (I) Require Certain Creditors With Scheduled Claims To File Proofs of Claim And (II)

Extend Time For Certain Creditors To File Proofs Of Claim (Doc. No. ☐) (the "**Motion**") filed

by Lara Fernandez, Chapter 11 Trustee (the "**Trustee**") on June 20, 2026.  The Court finds that

the Trustee's Motion should be approved.  Accordingly, it is

**ORDERED AND ADJUDGED** that:

1.      The Trustee's Motion is granted.

1

2.      Notwithstanding Bankruptcy Rule 3003(b)(1), to participate in the Debtor's[1] bankruptcy case and/or receive distributions from the Debtor's bankruptcy estate, all creditors listed on the Schedules must file a proof of claim.

3.      The General Proof of Claim Deadline is extended through August ▮▮, 2026, for the following non-governmental creditors listed on the Schedules to file a proof of claim:

- Tiered Capital, Inc.

- IPFS Corporation

- Old Republic National Title Insurance Company

- Jetton Investments, Inc. / Paul Rene, Jr.

- Conache LLC and Ocean Bank

- Day Start One LLC

All other creditors listed on the Schedules must file a proof of claim by the General Proof of Claim Deadline.

**\*\*\*\***

Attorney Rhys P. Leonard is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Capitalized terms not otherwise defined herein have the same meaning ascribed to them in the Motion.

2