**ORDERED.**

**Dated: July 21, 2026**

_____
Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No. 6:25-bk-05570-GER
                                                Chapter 11

      Debtor.

_____/

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO (I) REQUIRE**
**CERTAIN CREDITORS WITH SCHEDULED CLAIMS TO FILE PROOFS OF CLAIM**
**AND (II) EXTEND TIME FOR CERTAIN CREDITORS TO FILE PROOFS OF CLAIM**
(Doc. No. 318)

THIS CASE came on for consideration, without hearing, upon the _Chapter 11 Trustee's_

_Motion to (I) Require Certain Creditors with Scheduled Claims to File Proofs of Claim and (II)_

_Extend Time for Certain Creditors to File Proofs of Claim_ (Doc. No. 318) (the "**Motion**") filed by

Lara Fernandez, Chapter 11 Trustee (the "**Trustee**"), on July 20, 2026. Having reviewed the

Motion and the record in this case, the Court finds that the Motion has merit and should be granted.

Accordingly, it is **ORDERED** as follows:

1.      The Motion (Doc. No. 318) is **GRANTED**.

2.      Notwithstanding Bankruptcy Rule 3003(b)(1), to participate in the Debtor's[1] bankruptcy case and/or receive distributions from the Debtor's bankruptcy estate, all creditors listed on the Schedules must file a proof of claim.

3.      The General Proof of Claim Deadline is extended through **August 21, 2026**, for the following non-governmental creditors listed on the Schedules to file a proof of claim:

      a.  Tiered Capital, Inc.;

      b.  IPFS Corporation;

      c.  Old Republic National Title Insurance Company;

      d.  Jetton Investments, Inc. / Paul Rene, Jr.;

      e.  Conache LLC and Ocean Bank; and

      f.  Day Start One LLC.

4.      All other creditors listed on the Schedules must file a proof of claim by the General Proof of Claim Deadline.

# # #

Attorney Rhys P. Leonard is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.

---

[1] Capitalized terms not otherwise defined herein have the same meaning ascribed to them in the Motion.