**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No. 6:25-bk-05570-GER
                                                 Chapter   11

        Debtor.

_____/

**CERTIFICATE OF SERVICE**
(Doc. No. 320)

I HEREBY CERTIFY that on July 22, 2026 a true and correct copy of the *Order Granting Chapter 11 Trustee's Motion to (I) Require Certain Creditors with Scheduled Claims to File Proofs of Claim and (II) Extend Time for Certain Creditors to File Proofs of Claim (Doc. No. 320)* was served via First Class U.S. Mail, postage prepaid on interested parties who do not receive service by CM/ECF:  Homemakers Real Estate, LLC, 10226 Curry Ford Road, Suite 107, PMB 1036, Orlando, FL 32809; those parties on the mailing matrix attached; Jetton Investments, Inc., c/o Neil J. Buchalter, 2395 North Courtenay Pkwy., Suite 203, Merritt Island, FL 32953; Paul Rene, Jr., PO Box 5324, Ocala, FL 34478; Paul Rene, Jr., c/o Michael J. Stites Jr., Esq., P.O. Box 1601, Winter Park, FL 32790; IPFS Corporation, 1055 Broadway Blvd., 11th Floor, Kansas City, MO 64105; Old Republic National Title Insurance Company, 3000 Bayport Dr., Suite 100, Tampa, FL 33607; Conache LLC and Ocean Bank, 780 NW 42 Avenue, Attn: Asset Based Lending, Miami, FL 33126; and Day Start One LLC, 623 SW 53rd Ter, Cape Coral, FL 33914.

                                   */s/ Rhys P. Leonard*
                                   RHYS P. LEONARD
                                   Florida Bar No.: 59176
                                   rleonard@trenam.com
                                   ANTHONY P. MARZOCCA
                                   Florida Bar No. 1068857
                                   amarzocca@trenam.com
                                   TRENAM, KEMKER, SCHARF, BARKIN,
                                   FRYE, O'NEILL & MULLIS, P.A.
                                   101 East Kennedy Boulevard, Suite 2700
                                   Tampa, Florida 33602
                                   Tel: (813) 223-7474 | Fax: (813) 229-6553
                                   *Counsel to Chapter 11 Trustee*

Label Matrix for local noticing
113A-6
Case 6:25-bk-05570-GER
Middle District of Florida
Orlando
Wed Jul 22 13:56:17 EDT 2026

650 85th LLC
14556 Saint Georges Hill Dr.
Orlando, FL 32828-8035

A. Marine, Inc.
19589 NE 10th Ave.
Miami, FL 33179-3501

ATCF II Florida-A LLC
PO Box 69239
Baltimore, MD 21264-9239

Audrey May Aleskovsky, Trial Attorney
George C. Young Federal Building and
Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801-2210

Brevard County Tax Collector
PO Box 2500
Titusville, FL 32781-2500

COMMUNITY RED CO
8724 SW 72 ST NO 382
MIAMI, FL 33173-3512

CTO Holdings
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

Cape Crossing Vacation Rentals
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

FIG 20, LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

Frank L. Amodeo
1311 Hoffner Ave
Orlando, FL 32809-3515

Holly Bluff, Inc.
2280 Hontoon Rd.
Deland, FL 32720-4309

Horton Johnson
c/o Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Horton S. Johnson Revocable Trust
10226 Curry Ford Rd.
Suite 107, PMB 1036
Orlando, FL 32825-8735

IMQA Investments Incorporated
4409 Hoffner Avenue, #348
Orlando, FL 32812-2331

KEYS FUNDING LLC - 2024
PO Box 67513
Newark, NJ 07101-8009

TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

WM Holdings Group LLC
14556 Saint Georges Hill Drive LLC
Orlando, FL 32828-8035

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CTO Holdings, Inc.
4409 Hoffner Avenue
Orlando, FL 32812-2331

(d)Horton Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando, FL 32825-8735

(d)IMQA Investments, Inc.
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42