**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

HOMEMAKERS REAL ESTATE, LLC,

Debtor.

_____/

Case №. 6:25-bk-05570-GER

Chapter 11

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that MICHAEL A. PAASCH of the firm of Dinsmore & Shohl LLP, 225 East Robinson Street, Suite 600, Orlando, Florida 32801, files this Notice of Appearance as counsel of record in this proceeding on behalf of HORTON JOHNSON.

Pursuant to Rules 2002 (a), (b), (c), and (i) and 3017 (a) of the Bankruptcy Rules, the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices or other communications filed in or pertaining to this proceeding, to the undersigned, whether such motion, application, order, pleading, notice, plan, disclosure statement, notice or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

I HEREBY CERTIFY that a true and correct copy hereof was furnished by CM/ECF Notice or first class mail to Homemakers Real Estate, LLC, Debtor, 2875 S.

Orange Ave., Suite 500, #6409, Orlando, FL 32806; Justin M. Luna, Esq., Latham, Luna, et al., Attorneys for Debtor, 201 S. Orange Ave., Suite 1400, Orlando, FL 32801; Matthew E. Leibert, Esq., Urban Thier & Federer, P.A., 5782A S. Semoran Blvd., Orlando, Florida 32822 Lara Roeske Fernandez, Chapter 11 Trustee, 101 E. Kennedy Blvd., Suite 2700, Tampa, FL 33602; U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801; and all parties registered to receive CM/ECF Notice in this case; this 30TH day of July, 2026.

/s/  Michael A. Paasch]
MICHAEL A. PAASCH
Florida Bar №. 852805
DINSMORE & SHOHL LLP
225 East Robinson Street, Suite 600
Orlando, Florida 32801
Telephone:  407-425-9044
Facsimile:   407-423-2016
michael.paasch@dinsmore.com

Attorneys for Creditor, Horton Johnson