**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,                    Case No. 6:25-bk-05570-GER
                                                Chapter 11

      Debtor.

_____/

**CHAPTER 11 TRUSTEE'S RESPONSE TO MOTION TO APPROVE DISCLOSURE**
**STATEMENT AND TO ESTABLISH SOLICITATION, VOTING, AND**
**CONFIRMATION-HEARING PROCEDURES**
(Doc. No. 302)

Lara Roeske Fernandez, the Chapter 11 Trustee (the "**Trustee**"), by and through

undersigned counsel, hereby files her response to the *Motion to Approve the Disclosure*

*Statement and to Establish Solicitation, Voting, and Confirmation-Hearing Procedures* filed by

Frank L. Amodeo ("**Mr. Amodeo**") on July 13, 2026 (Doc. No. 302) (the "**Motion**") and in

support thereof states as follows:

1.     While this case was filed on September 2, 2025, as an involuntary petition against

Homemakers Real Estate, LLC (the "**Debtor**"), the order for relief was not entered until May 21,

2026 (Doc. No. 229) (the "**Order for Relief**").

2.     On June 12, 2026, the Trustee was appointed by the *Order Approving*

*Appointment of Chapter 11 Trustee* (Doc. No. 252), and the Trustee filed her *Initial Status*

*Report of Chapter 11 Trustee* on July 13, 2026 (Doc. No. 305) (the "**Trustee's Initial Report**").

3.     Between the date when the Trustee was appointed and the date when the Trustee's

Initial Report was filed, the Trustee diligently worked to (i) familiarize herself with the extensive

case history, (ii) communicate with creditors and other stakeholders, and (iii) begin to formulate

a plan of action to provide the best return for creditors of the Debtor's estate in the exercise of

the Trustee's fiduciary duty.  *See* Doc. No. 305.

4.      The same day when the Trustee's Initial Report was filed, and ahead of the status conference held to discuss, among other things, the Trustee's Initial Report, Mr. Amodeo filed the Motion, along with both a chapter 11 plan of reorganization and an accompanying disclosure statement.  *See* Doc. Nos. 302, 303, and 304.

5.      The Motion requests that the Court approve Mr. Amodeo's disclosure statement at a hearing on August 19, 2026, at 9:30 am (the "**Proposed DS Approval Hearing**").

6.      The Trustee respectfully requests that the Court decline to take up the Motion at the Proposed DS Approval Hearing and instead continue the Proposed DS Approval Hearing for the reasons set forth below.

7.      Section 1106(a)(5) of the Bankruptcy Code sets out the duties of the Trustee with respect to filing a plan of reorganization or recommending an alternate course of action (i.e., dismissal or conversion) as soon as practicable.  The Trustee and her counsel are presently engaged in numerous discussions, including with a number of professional brokers, in order to make her determination under section 1106(a)(5) about how to proceed, and anticipates that within the next several weeks the Trustee will be in a position to file her own proposed plan of reorganization or advise the Court of an alternate course of action.  In the last week alone, the Trustee and her counsel attended initial meetings with four reputable professional brokers with the expectation that informal proposals will be provided and shared with the relevant stakeholders to facilitate development of a plan for the estate.

8.      Additionally, the Trustee is reviewing Mr. Amodeo's plan and disclosure statement and continuing conversations with creditors so that any plan of reorganization that the Trustee does ultimately determine to file will reflect the substance of the creditors' positions

along with the Trustee's best business judgment.  The Trustee is sensitive to the seasonal nature of the Debtor's business and operations and is moving with all due speed to complete her duties.

9. Therefore, in the interest of judicial economy and to permit the Trustee sufficient time to carry-out her statutory duties under the Bankruptcy Code, the Trustee requests that the Proposed DS Approval Hearing be continued to be held concurrently with any hearing set to consider any plan and disclosure statement that the Trustee files.

WHEREFORE, the Trustee respectfully requests entry of an order continuing the hearing on the Motion as discussed herein and for such additional relief as this Court may deem appropriate.

Dated: August 11, 2026

Respectfully submitted,

/s/ *Anthony P. Marzocca*
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients and by U.S. Mail, postage paid to: Homemakers Real Estate, LLC, 10226 Curry Ford Road, Suite 107 PMB 1036, Orlando, FL 32809; those parties on the mailing matrix attached; Jetton Investments, Inc., c/o Neil J. Buchalter, 2395 North Courtenay Pkwy., Suite 203, Merritt Island, FL 32953; Paul Rene, Jr., PO Box 5324, Ocala, FL 34478; Paul Rene, Jr., c/o Michael J. Stites Jr., Esq., P.O. Box 1601, Winter Park, FL 32790; IPFS Corporation, 1055 Broadway Blvd., 11th Floor, Kansas City, MO

3

64105; Old Republic National Title Insurance Company, 3000 Bayport Dr., Suite 100, Tampa, FL 33607; Conache LLC and Ocean Bank, 780 NW 42 Avenue, Attn: Asset Based Lending, Miami, FL 33126; and Day Start One LLC, 623 SW 53rd Ter, Cape Coral, FL 33914.

/s/ *Anthony P. Marzocca*
Anthony P. Marzocca

4

Label Matrix for local noticing
113A-6
Case  6:25-bk-05570-GER
Middle District of Florida
Orlando
Tue Aug 11 15:15:24 EDT 2026

650 85th LLC
14556 Saint Georges Hill Dr.
Orlando, FL 32828-8035

A. Marine, Inc.
19589 NE 10th Ave.
Miami, FL 33179-3501

ATCF II Florida-A LLC
PO Box 69239
Baltimore, MD 21264-9239

Anthony P. Marzocca, Esq.
Trenam, Kemker, Scharf, Barkin,
Frye, ONeill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602-5150

Audrey May Aleskovsky, Trial Attorney
George C. Young Federal Building and
Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801-2210

Brevard County Tax Collector
PO Box 2500
Titusville, FL 32781-2500

Brevard County Tax Collector
1605 N. Courtenay Pkwy.
Merritt Island, FL 32953-4338

Brian Horowitz, Esquire
5019 Saint Dennis Court
Belle Isle, FL 32812-1080

CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.
c/o Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

COMMUNITY RED CO
8724 SW 72 ST NO 382
MIAMI, FL 33173-3512

CTO Holdings
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

CTO Holdings Inc.
4409 Hoffner Avenue
Orlando, FL 32812-2331

Cape Crossing Condominium Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Cape Crossing Townhomes Homeowners Associati
c/o Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

Cape Crossing Townhomes Owners Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Cape Crossing Vacation Rentals
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

Carton Family Trust
c/o McMichael Taylor Gray, LLC
3550 Engineering Dr., Suite 260
Peachtree Corners, GA 30092-2871

Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

FIG 20, LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100

Frank Amodeo
1311 Hoffner Ave.
Orlando, FL 32809-3515

Frank L. Amodeo
1311 Hoffner Ave
Orlando, FL 32809-3515

Holly Bluff, Inc.
2280 Hontoon Rd.
Deland, FL 32720-4309

Homemakers Real Estate, LLC
10226 Curry Ford Road
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton Johnson
10226 Curry Ford Rd.
Suite 107, PMB 1036
Orlando, FL 32825-8735

Horton Johnson
c/o Michael A. Paasch, Esq.
Dinsmore & Shohl LLP
225 E. Robinson St., Suite 600
Orlando FL 32801-4334

Horton Johnson
c/o Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Horton S. Johnson Revocable Trust
10226 Curry Ford Rd.
Suite 107, PMB 1036
Orlando, FL 32825-8735

IMQA Investments Incorporated
4409 Hoffner Avenue, #348
Orlando, FL 32812-2331

J. Christopher Crowder, Esq.
Faro & Crowder, P.A.
700 N. Wickham Road
Suite 205
Melbourne, FL 32935-8840

KEYS FUNDING LLC - 2024
PO Box 67513
Newark, NJ 07101-8009

MICHAEL A. PAASCH
DINSMORE & SHOHL LLP
225 East Robinson Street, Suite 600
Orlando, Florida 32801-4334

Mainstreet Community Bank of Florida
c/o Justin M. Luna, Esq.
Latham Luna Eden & Beaudine LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801-3483

Mainstreet Community Bank of Florida, N.A.
c/o Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave.
Suite 1400
Orlando, Florida 32801-3483

Matthew A. Leibert, Esq.
C/O Horton Johnson
5782A S. Semoran Blvd.
Orlando, Florida 32822-4819

Michael McPhillips - Interested Party
c/o Phil A. D'Aniello
1325 West Colonial Dr
Orlando, FL 32804-7133

Paul Rene Jr.
116 Magnolia Avenue, Suite 3E
Ocala, FL 34471-1178

Pedixon LLC
c/o Jeffrey S Ainsworth
Branson Ainsworth PLLC
1501 E Concord Street
Orlando FL 32803-5411

Petitioning Creditor
TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Phil A. DAniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804-7133

TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Tamamoi LLC
5060 SW Philomath BLVD #516
Corvallis, OR 97333-1044

Tamamoi LLC
Lindsey Savastano
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

Tamamoi, LLC
Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

The Carton Family Trust
c/o Peter M. Carton Trustee/ Carton Fami
12910 Lomas Verdes Dr.
Poway, CA 92064-1250

WM Holdings Group LLC
14556 Saint Georges Hill Drive LLC
Orlando, FL 32828-8035

ZPD LLC
c/o Jeffrey S Ainsworth
Branson Ainsworth PLLC
1501 E Concord Street
Orlando FL 32803-5411

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CTO Holdings, Inc.
4409 Hoffner Avenue
Orlando, FL 32812-2331

(d)Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

(d)Elizabeth Wulff
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871

(d)Horton Johnson
10226 Curry Ford Road
Suite 107 PMB 1036
Orlando, FL 32825-8735

(d)IMQA Investments, Inc.
4409 Hoffner Ave. #348
Orlando, FL 32812-2331

End of Label Matrix
Mailable recipients    47
Bypassed recipients     5
Total                  52