# Dixon's Repaid

Between January 2022 and September 2023, three Dixon-owned lenders[1] made 11 extensions of credit to six persons[2] affiliated with the owners of Tiered Capital, Inc. (borrowers): As of December 31, 2023, there is no outstanding principal due, and the interest had been paid in full.

## Dixon Loans:

| Date | Description | Amount |
|---|---|---|
| Jan. 2022 | Sherwood Note (Amelia CD) | 500,000 |
| July 2022 | IMQA Loan 506 | 300,000 |
| Aug. 2022 | Allonge to Sherwood Note | 250,000 |
| Aug. 2022 | Hampton | 1,300,000 |
| Oct. 2022 | Sherwood Option Loan | 500,000 |
| Dec. 2022 | Million Dollar Loan (Cherry CD) | 1,000,000 |
| Feb. 2023 | Resorts Common Area Loan | 500,000 |
| June 2023 | River Fly In | 3,000,000 |
| July 2023 | Holly Bluff | 3,000,000 |
| July 2023 | Flynn | 125,000 |
| Sept. 2023 | Tiered | 750,000 |
| | **Total** | **11,225,000** |

## Payments to Dixon:

| Date | Description | Amount |
|---|---|---|
| Jan. 2022 | ROGOs | 150,000 |
| July 2023 | 7.24 Acres of River Front Property | 4,210,000 |
| July 2023 | 57.36 Acres of Industrial Property | 4,300,000 |
| Oct. 2023 | Cash | 2,603,595 |
| | **Total** | **11,363,595** |
| | | |

## Subsequent Payments Taken and received by Dixon:

At the end of 2023, the borrowers had repaid the entire consolidated loans including any interest due on that loan. Yet since then, Dixon has received or taken more than $5,000,000.

---

[1] PEDixon, LLC, Parke Financial Limited Partnership, and ZPD, LLC
[2] Sherwood Construction, Inc., IMQA Investments Incorporated, Recycled Group of SC, LLC, Florida Space Coast Resorts, Inc., Tiered Capital, Inc., and Martin Flynn