UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED ORL INTAKE- USBC
12 AUG 2026 PM2:52

In re:

·HOMEMAKERS REAL ESTATE, LLC,
Debtor.

Case No. 6:25-bk-05570-GER
Chapter 11

_____/

## FRANK AMODEO'S REQUEST FOR JUDICIAL NOTICE OF THE RECORDED QUIT CLAIM DEED FROM HOLLY BLUFF MARINA, INC. TO PEDIXON, LLC

On July 20, 2023, Holly Bluff Marina, Inc. conveyed two parcels of Volusia County land to PEDixon, LLC by quit claim deed. On February 23, 2024, the Clerk of the Circuit Court of Volusia County recorded that deed as Instrument No. 2024035593, in Official Records Book 8521, at Pages 2618 and 2619. The recording is a public record of the State of Florida. The date of the recording, the instrument number, the book and page, and the identity of the grantor and the grantee can be determined from the Clerk's Official Records, and the accuracy of the Clerk's Official Records cannot reasonably be questioned. Rule 201 leaves this court no discretion once a party supplies the necessary information. I supply it here. (Ex. A).

**The facts I ask this court to notice are the recording itself and what the recorded instrument says on its face.**

Seven facts appear on the face of the recorded instrument and in the public records that report it.

1

1. On February 23, 2024, the Clerk of the Circuit Court of Volusia County, Florida, recorded a quit claim deed as Instrument No. 2024035593, in Official Records Book 8521, at Pages 2618 and 2619. The recording legend on the instrument identifies Laura E. Roth, Volusia County Clerk of Court.

2. The grantor named in the deed is Holly Bluff Marina, Inc., a Florida corporation, whose address is stated as 2280 Hontoon Road, DeLand, Florida 32720.

3. The grantee named in the deed is PEDixon, LLC, a Florida limited liability company, whose address is stated as 1627 East Vine Street, Suite E, Kissimmee, Florida 34744.

4. The deed states that it was made the twentieth day of July 2023, and it recites consideration of Ten Dollars and 00/100 ($10.00) and other valuable considerations.

5. The deed remises, releases, and quit claims to PEDixon, LLC all right, title, interest, claim, and demand of Holly Bluff Marina, Inc. in the two parcels of land in Volusia County, Florida, described in the Exhibit "A" attached to the deed, being land on the Beresford Peninsula in Section 35 and Section 36, Township 17 South, Range 29 East, fronting the St. Johns River.

6. The recording legend on the instrument shows documentary stamp tax of $0.70 on a stated transfer amount of $10.00.

7. The Volusia County Property Appraiser's parcel record for Alternate Key 2076887, Parcel Identification 793600000030, 2280 Hontoon Road, DeLand, Florida 32720, lists PEDixon, LLC as the fee simple owner and reports the conveyance as Instrument No. 2024035593, Book and Page 8521/2618, deed type "QC-Quit Claim Deed," with a sale date of July 20, 2023. (Ex. B).

Each of the seven is a fact about a document, not a fact about a dispute. Each can be checked against the Clerk's Official Records index and against the Property Appraiser's parcel record for the same land, and the two sources agree on every point.



**A deed recorded in the Official Records of Volusia County is a public record, and a public record is a proper subject of judicial notice.**

The Federal Rules of Evidence apply in this case. Fed. R. Bankr. P. 9017. A court may judicially notice a fact that is not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Eleventh Circuit holds that "[p]ublic records are among the permissible facts that a district court may consider." *Universal Express, Inc. v. U.S. Securities & Exchange Commission*, 177 F. App'x 52, 53 (11th Cir. 2006) (per curiam). A court may take that notice "without converting a motion to dismiss into a motion for summary judgment." *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1278 (11th Cir. 1999).

Florida law supplies the source whose accuracy cannot reasonably be questioned. The clerk of the circuit court "shall be the recorder of all instruments" the clerk is required or authorized by law to record in the clerk's county, must record deeds, must keep a register entering "the filing number of each instrument filed for record, the date and hour of filing, the kind of instrument, and the names of the parties to the instrument," must maintain a direct and inverse alphabetical index of every instrument filed for record, and must keep the Official Records open to the public. *Fla. Stat. § 28.222(1)–(3)(a), (7)(a)*. The register and the index are exactly the kind of source Rule 201(b)(2) contemplates. The Volusia County recording of Instrument No. 2024035593 sits in both.

**Rule 201 makes notice mandatory once the court is supplied with the necessary information.**

The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Exhibit A is a copy of the recorded instrument bearing the Clerk's recording legend, with the instrument number and the book and page by which any party or this court can retrieve the original from the Volusia County Official Records. Exhibit B is the Property Appraiser's parcel record for the same land, which reports the same instrument number, the same book and page, and the same July 20, 2023 conveyance date. The necessary information is supplied.

Timing raises no obstacle. The court "may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d). Any party is entitled to be heard on the propriety of taking notice and on the nature of the fact noticed, Fed. R. Evid. 201(e), and I ask this court to shorten no part of that right.

**This court's own record already contains the same instrument.**

The recorded deed appears in the record of this case at Doc. 48-3, at 16 through 19. "A court may take judicial notice of its own records and the records of inferior courts." *United States v. Rey*, 811 F.2d 1453, 1457 n.5 (11th Cir. 1987). See *Horne v. Potter*, 392 F. App'x 800, 802 (11th Cir. 2010) (a court may consider "the contents of documents filed in the case" without converting the motion). That

4

is a second and independent basis for the notice I request, and it answers any question about authenticity: the instrument I ask this court to notice is the instrument already in this court's file.

### I ask for notice of the recording and of the face of the instrument, not for notice of any disputed fact.

Judicial notice of a recorded deed reaches the fact that the instrument was recorded, the date it was recorded, the place it was recorded, and what the instrument says. Notice does not reach a fact asserted inside the instrument that a party may reasonably dispute. I do not ask this court to notice the state of title, the authority of any signer, the adequacy of the consideration, or the relationship between this conveyance and any obligation asserted against Homemakers Real Estate, LLC. What the recording means is argument, and argument belongs in the papers where the parties join it. What the recording is belongs here.

### RELIEF REQUESTED

The law requires notice of these facts. I ask this court to take judicial notice of the seven facts stated above, and to enter an order stating that it has done so.

Respectfully submitted this 12th day of August, 2026.

Frank L. Amodeo
*Pro se*
1311 Hoffner Avenue
Orlando, Florida 32809
(407) 406-1315
flahome32809@gmail.com

## EXHIBIT LIST

Exhibit A.   Quit Claim Deed from Holly Bluff Marina, Inc. to PEDixon, LLC, made July 20, 2023, and recorded February 23, 2024, in the Official Records of Volusia County, Florida, as Instrument No. 2024035593, Official Records Book 8521, Pages 2618–2619.

Exhibit B.   Volusia County Property Appraiser parcel record for Alternate Key 2076887, Parcel Identification 793600000030, 2280 Hontoon Road, DeLand, Florida 32720.

6

## CERTIFICATE OF SERVICE

I certify that I filed the original of this request with the Clerk of Court on the date set forth below. The clerk's entry of this paper on the court's CM/ECF system serves every party registered to receive electronic notice in this case.


Dated: August 12, 2026

Frank L. Amodeo
*Pro se*

7

2/23/2024 12:14:55 PM Instrument #2024035593 #1 Book:8521 Page:2618
Doc Stamps $0.70 Transfer Amt $10.00

·DocuSign Envelope ID: CDE80C█████████635-4A019F108BEC

PREPARED BY AND RETURN TO:
Allson Pilkanen, Esq.
1980 N. Atlantic Ave, Suite 328
Cocoa Beach, FL 32931
407-449-0037

# Quit Claim Deed

Made this 20th day of July 2023 A.D., by and between **Holly Bluff Marina, Inc.**, a Florida corporation, whose address is 2280 Hontoon Road, Deland, Florida 32720 hereinafter called the Grantor, and **PEDIXON LLC**, a Florida limited liability company, whose address is 1627 East Vine Street, Suite E, Kissimmee, FL 34744, hereinafter called the Grantee.

(Whenever used herein the term "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth:** that the Grantor, for and in consideration of the sum of Ten Dollars and 00/100 ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby remise, release, and quit claim unto the Grantee forever, all the right, title, interest, claim and demand which the said Grantor has in and to, all that certain land situate in Volusia County, Florida viz:

See Exhibit A attached hereto

This Property is not the homestead of the Grantor.

**Together** with all the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining.

**To Have And To Hold** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said Grantor, either in law or equity, to the only proper use, benefit, and behoof of the said Grantee forever.

**In Witness Whereof,** the said Grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed, and delivered in our presence:*

Holly Bluff Marina, Inc.

Yaniv Amar
Yaniv Amar, President of A Marine, Inc.
on behalf of Holly Bluff Marina, Inc.

Witness #1 Signature _____

Witness #1 Printed Name David Ruiz
Address - 3319 Forton DR, Orlando, FL 30804

Witness #2 Signature _____

Witness #2 Printed Name Anthony Amaro
Address - 4998 Dockside DR, Orlando, FL 32822

State of Florida
County of Florida

**EXHIBIT A**

The foregoing instrument was acknowledged before me by means of [ ] physical presence or [ ] online notarization, on this 20th day of July 2023 by Yaniv Amar, President of A Marine, Inc., on behalf of Holly Bluff Marina, Inc., who [ ] is personally known or [✓] has produced a driver's license as identification.

[Seal]

Notary Public _____
Print Name: Janelle Morea
My Commission Expires: 11/5/25

Instrument #2024035593 #2 Book:8521 Page:2619 Laura E. Roth, Volusia County Clerk of Court

DocuSign Envelope ID: CDEB0C█████████019F108BEC

EXHIBIT "A"
PROPERTY


PARCEL 1:


That part of Government Lot 1 in Section 35, Township 17 South, Range 29 East, and that part of Lot 2 in Section 36, Township 17 South, Range 29 East, lying on the Westerly and Northerly side of a county road,

running down the Beresford Peninsula, described as follows: Commencing at the Southwest corner of Lot 4 of Assessor's Subdivision of Government Lots 5 and 6, Section 25, Township 17 South, Range 29 East, run thence East along the North line of Government Lots 1 and 2, Section 36, Township 17 South, Range 29 East, a distance of 894.60 feet to the center line of the graded county road as now laid out; run thence South 8°15'45" West along or near the center line of said county road a distance of 396.00 feet; thence South 22°11'00" West along county road a distance of 528.53 feet; thence South 34°22'20" West along county road a distance of 760.00 feet; thence South 47°29'20" West along a county road a distance of 539.00 feet to the point of beginning; run thence along county road South 54°33'00" West a distance of 627.50 feet; thence South 76°01'30" West, a distance of 277.70 feet; thence North 78°44'10" West, a distance of 283.40 feet to the Easterly bank of the St. Johns River; thence along the Easterly bank of St. Johns River, North 48°12'00" East a distance of 165.57 feet; thence North 37°22'35" East, a distance of 381.42 feet; thence North 42°01'30" East, a distance of 271.95 feet; thence South 65°17'55" East, a distance of 574.45 feet to the point of beginning, all lying and situate in Volusia County, Florida.

Subject to an easement of access for vehicles and utility services to the property abutting the premises on the Northerly boundary, over that portion of the premises described as follows:

From the point of beginning of the parcel above described, continued thence South 54°33'00" West along county road 60 feet; run thence North 58°39'28" West 450 feet; run thence South 65°17'55" East 476.84 feet to the point of beginning.

Less and except that portion conveyed by Warranty Deed recorded in Official Records Book 3759, page 563, of the Public Records of Volusia County, Florida.


PARCEL 2:


That part of Gov't Lot 1 in Sec. 35, TWP. 17S, RGE. 29E, Volusia County, Florida, Lying on the Westerly and Northerly side of a County Road Running Down the Beresford Peninsular, Described as follows: Commencing at the S.W. corner of Lot 4 of Assessors Subdivision of Gov't Lots 5 and 6, Sec. 25, Twp. 17S, RGE. 29E, run thence East along the N. line of Gov't Lots 1 and 2, Sec. 36, TWP. 17S, RGE. 29E, 894.60 ft. to the center line of the graded county road as now laid out; thence run S 08° 15'45 N along or near said center line 396.00 ft.; thence S. 22° 11 '00"W, 528.53 ft.; thence S 34° 22'20" W., 760.00 ft.; thence S 47°29'20"W, 539.00 ft.; thence S. 54°33'00" W, 627.50 ft. to a Point of Beginning; thence run S. 21°35'40"E, 6.00 ft.; thence S. 68°24'20" W, along the Platted line of Peninsular Drive according to a map in Map Book 23, Page 58 and 59, 132.40 ft.; thence S. 78° 20'10"W along said platted line, 160.52 FT; Thence N 83°09'50"W, along said platted line, 390.72 ft. to the St. Johns River; thence N 32°29'21"E, 111.09 ft. along the St. Johns River; Thence S. 41° 48'00"E, 86.00 ft. to a point mentioned in a deed recorded in deed book 355, page 270; thence S 78°44'10"E, 283.40 ft.; thence N 76°10'30"E 277.70 ft. In accordance with said deed to the Point of Beginning. Less and except Road Right of Way.

# Stay on top of sales! Recent sales data now available for viewing on our website.





Home / Parcel Summary for 2076887

Summary    TRIM Notice    Permits    Map    Pictometry    Print

| | |
|---|---|
| **Alternate Key:** | 2076887 |
| **Parcel ID:** | 793600000030 |
| **Township-Range-Section:** | 17 - 29 - 36 |
| **Subdivision-Block-Lot:** | 00 - 00 - 0030 |
| **Physical Address:** | 2280 HONTOON RD, DELAND 32720 |
| **Owner(s):** | PEDIXON LLC - FS - Fee Simple - 100% |
| **Mailing Address On File:** | 1627 E VINE ST STE E KISSIMMEE FL 34744 3719 *Update Mailing Address* |
| **Building Count:** | 1 |
| **Neighborhood:** | 7121 - DISTICT 1 *Neighborhood Sales* |
| **Subdivision Name:** | |
| **Property Use:** | 2000 - AIRPORT/MARINA |
| **Tax District:** | 100-UNINCORPORATED - WESTSIDE |
| **2025 Final Millage Rate:** | 17.364 |
| **Homestead Property:** | No - *Apply for Homestead Online* |
| **Agriculture Classification:** | No - *Additional Information* |
| **Short Description:** | 36-17-29 LOT 2 N & W OF COUNTY RD PER DB 355 PG 270 & LOT 1 N OF COUNTY RD OF 35 17 29 EXC IRREG PARCEL PER OR 2015 PG 1 125 BEING 111.09 FT ON RIVER N OF & MEAS ON N/L PENINSULAR D |

Values & Exemptions

Land & Buildings    Sales    Legal



Property Tax Bill



12/05/2024    1 of 195    Select Date

N

© 2024 Eagleview

**EXHIBIT**

B

## Sales History

NOTE: This section is not intended to be a complete chain of title. Additional official book/page numbers may be listed in the property description and/or recorded and indexed with the Clerk of the Court. Follow this link to search all documents by owner's name.

| Book/Page | Instrument No. | Sale Date | Deed Type | Qualified/Unqualified | Vacant/Improved | Sale Price |
|---|---|---|---|---|---|---|
| 8521 / 2618 | 2024035593 | 07/20/2023 | QC-QUIT CLAIM DEED | MULTI-PARCEL | IMPROVED | $100 |

| 3759 / 0561 | 1992096119 | 07/15/1992 | WD-WARRANTY DEED | UNQUALIFIED | IMPROVED | $600,000 |
| 3531 / 0111 | 1990123607 | 10/15/1990 | CT-CERTIFICATE OF TITLE | UNQUALIFIED | IMPROVED | $100 |
| 3399 / 1486 | 1989162258 | 11/15/1989 | SD-SHERIFF'S DEED | UNQUALIFIED | IMPROVED | $100 |
| 3012 / 1317 | | 07/15/1987 | WD-WARRANTY DEED | UNQUALIFIED | IMPROVED | $1,000,000 |
| 2893 / 1509 | | 10/15/1986 | QC-QUIT CLAIM DEED | UNQUALIFIED | IMPROVED | $100 |

Home / Parcel Summary for 2076887

**Larry Bartlett, JD, CFA**
123 W. Indiana Ave.
Room 102
DeLand, FL 32720
(386) 736-5901

from 7:30 a.m. to
5:00 p.m
Monday through
Friday

**About**
Larry Bartlett
ADA Notice
Contact Us
Privacy Policy
Careers

**Search**
Real Property Search
Real Property (Classic)
Real Property (Advanced)
Personal Property Search
Sales Search
Search By Map
Tutorials

**Tools**
File Homestead Online
Estimate Your Taxes
TRIM Notice Info
Online Address Change
Mortgage Letter
Report Exemption Fraud
Secure HR File Upload

**Follow Us**
Facebook
YouTube

# Document Information 2024035593

| | |
|---|---|
| Status: | VERIFIED |
| Date: | 02/23/2024 |
| Time | 12:14 PM |
| Book: | 8521 |
| Page: | 2618 |
| Document Type: | DEED |
| Page Count | 2 |
| Parcel #: | |
| Case Number: | |
| Legal Description: | PARCEL 1: THAT PART OF GOVERNMENT LOT 1 IN SECTION 35, TOWNSHIP 17 SOUTH, RANGE 29 EAST |
| Transfer: | $10.00 |
| Finance: | $0.00 |
| Doc Stamps: | $0.70 |
| Intangible Tax: | $0.00 |
| Recording Fee: | $18.50 |

## Related Instruments

| | |
|---|---|
| Instrument: | **1992096120 (view_details.aspx?id=32333135372d2e34332a)** |
| Date: | 7/16/1992 3:51:00 PM |
| Document Type: | DE - DEED |
| Legal: | PT GOVT LT 1 SEC 35 17 29 150.00 |

## Name Information

**Direct Names**
HOLLY BLUFF MARINA INC

**Reverse Names**
PEDIXON LLC