**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re: Case No. 6:25-bk-05570-GER
Chapter 11

HOMEMAKERS REAL ESTATE, LLC,

Debtor.
_______________________________________/

# NOTICE OF HEARING

**NOTICE IS GIVEN THAT:**

1. The Honorable Grace E. Robson will conduct a preliminary hearing in this case on **August 19, 2026, at 9:30 a.m.** in Courtroom 6D, Sixth Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, Florida 32801, on the following matter:

**Creditor Horton S. Johnson's Motion to Disqualify PEDixon, LLC and ZPD, LLC from Participation for Want of Subject Matter Jurisdiction Due to Usury (Doc. No. 330)**

2. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson/. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at (407) 237-8141 not later than 3:00 p.m. one business day before the date of the hearing to arrange to participate.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

5. **Avoid Delays.** You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073-1.

Respectfully submitted this 14th day of August, 2026,

/s/ Matthew A. Leibert
MATTHEW A. LEIBERT, Esquire
Florida Bar No. 752266
Law Office Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822
Telephone: (407) 425-2005
Fax (407) 245-8361
Counsel for Horton S. Johnson, Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2026, a true and correct copy of the foregoing Notice of Hearing was filed with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, including Jeffrey Ainsworth, Esquire, counsel for PEDixon, LLC and ZPD, LLC.

/s/ Matthew A. Leibert
MATTHEW A. LEIBERT, Esquire