UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

HOMEMAKERS REAL ESTATE, LLC
Debtor,

Case No.: 6:25-bk-05570-GER
Chapter 11

**REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

Brennan Manna Diamond, P.L. ("BMD"), pursuant to 11 U.S.C. §503 requests payment of administrative expenses by the Court, and states as follows:

BMD previously initiated the Involuntary Petition Against a Non-Individual (Doc. 1) against the debtor, Homemakers Real Estate, LLC, on behalf of Tiered Capital, Inc., on September 2, 2025. The Involuntary Chapter 11 proceeding thus commenced has continued through the present, throughout intensive litigation, for the benefit of the Estate.

BMD was granted leave to withdraw by the Court on January 23, 2026 (Doc. 92). Subsequently, other creditors joined in the Involuntary Petition initiated by Tiered Capital, Inc., motions to dismiss the Petition were denied and the Court has appointed a Trustee to oversee the Estate. Accordingly, the services performed by BMD from September 2025 through January 2026 have benefited the estate. BMD remains unpaid in the amount of $78,927.50.

BMD should be entitled to reasonable compensation for such services pursuant to 11 U.S.C. § 503 (b)(3)(B), (4); up to the total amount owed it remaining unpaid.

WHEREFORE, Brennan Manna Diamond, P.L., respectfully requests the Court pay its administrative expense of this action.

Respectfully submitted on this 18th day of August 2026.

**BRENNAN, MANNA & DIAMOND, P.L.**

*_/s/ Scott R. Rost_*
**Scott R. Rost**
Florida Bar No. 779385
**D. Kim Radcliffe**
Florida Bar No. 83135

301 East Pine Street, Suite 500
Orlando, Florida 32801
Telephone: (407) 392-0318
Primary: srrost@bmdpl.com
Primary: dkradcliffe@bmdpl.com
Secondary: dakallas@bmdpl.com

*Attorneys for Brennan Manna & Diamond, P.L.*