UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/19/2026 09:30 AM

COURTROOM 6D, 6th Floor

HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
| --- | --- | --- |
| **6:25-bk-05570-GER** | **11** | **09/02/2025** |

**Chapter 11**

**DEBTOR:** Homemakers Real Estate, LLC

**DEBTOR ATTY:** **Justin Luna**

**TRUSTEE:** **Lara Fernandez**

**HEARING:**

cont. Status Conference
1) Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953 (Doc #81)
(granted in part)
2) Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt Island, FL 32953 (Doc #82)
(granted in part Doc #135)
3) Amodeo's Motion For Sanctions Under Federal Rule of Bankruptcy Procedure 9011 (Doc #290)
Pedixon's Response (Doc #331)
Amodeo's Reply (Doc #337)
4) Amodeo's Motion to Approve the Disclosure Statement and to Establish Solicitation, Voting and Confirmation Hearing Procedures (Doc #302)
Trustee's Response (Doc #329)
5) Amodeo's Motion For an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims (Doc #306)
6) Amodeo's Motion for Disqualification of Pedixon and ZPD from Further Participation in these Bankruptcies for Want of Subject-Matter Jurisdiction over the Claims (Doc #242)
Amodeo's Supplement to Motion to Disqualify (Doc #338)
7) H. Johnson's Motion for Disqualification [Pedixon] (Doc #330)
PENDING:
Chapter 11 Plan (Doc #303)
McPhillips Limited Objection (Doc #328)
Disclosure Statement (Doc #304)
Trustee's Amended Application to Employ Larry S. Hyman, C.P.A., P.A. as Accountant to the Chapter 11 Trustee (Doc #325) filed 7/30/26 w/NN
H. Johnson's Notice of Filing Expert Report of Gary A. Moll, MBA, CPA, ASA (Doc #339) filed 8/18/26
Rost's Request for Payment of Administrative Expenses Amount Requested: $78,927.50 (Doc #340) filed 8/18/26
Note: 12/17/25; 2/3/26; 4/15/26; 5/20/26; 6/9/26; 7/14/26
Involuntary filed 9/2/25

341 scheduled: 7/16/26 - concluded
Claims Deadline: 11/12/26
Plan / DS due: 9/18/26
Schedules (Doc #273)
MOR June 2026 (Doc #319)
Future Hearing:
Prior Case:
25-02685 Ch11 filed in Florida Middle on 05/05/2025, Dismissed for Other Reason on 06/27/2025

**APPEARANCES:**: Audrey Aleskovsy (US Trustee Atty); Lara Fernandez (Trustee); Matthew Liebert, Michael Paasch (H. Johnson Atty); Frank Amodeo (Creditor); Jeffrey Ainsworth, Jennifer Morando (Pedixon Atty); Justin Luna, Keith Brown (Mainstreet Atty); Larry Kosto (CTO/IMQA Atty); James Timko (Dean Mead Atty); Anthony Marzocca (Trustee Atty); Christopher Crowder (Cape Atty);

**RULING:**
cont. Status Conference

1) Cr. The Carton Family Trust's Motion for Relief from Stay Re: 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953 (Doc #81) - cont. to October 14, 2026 at 1:30 pm (AOCNFNG);

2) Cr. Tamamoi's Motion for Relief from Stay Re: 202 Ivory Coral Lane, Units 206, 303, 305, 402, 404, 503, 504, 505, Merritt Island, FL 32953 (Doc #82) - cont. to October 14, 2026 at 1:30 pm (AOCNFNG);

3) Amodeo's Motion For Sanctions Under Federal Rule of Bankruptcy Procedure 9011 (Doc #290) - Under Advisement;

4) Amodeo's Motion to Approve the Disclosure Statement and to Establish Solicitation, Voting and Confirmation Hearing Procedures (Doc #302) - Trustee may have until 9/20/26 to file a plan:Order by CHAMBERS;

5) Amodeo's Motion For an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims ( Doc #306) - Under Advisement;

6) Amodeo's Motion for Disqualification of Pedixon and ZPD from Further Participation in these Bankruptcies for Want of Subject-Matter Jurisdiction over the Claims (Doc #242) - Denied:Order by CHAMBERS;

7) H. Johnson's Motion for Disqualification [Pedixon] (Doc #330) - Denied:Order by CHAMBERS;
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.