**ORDERED.**

**Dated: August 19, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,

Case No. 6:25-bk-05570-GER
Chapter 11

Debtor.
_______________________________________/

**ORDER APPROVING APPLICATION TO EMPLOY LARRY S. HYMAN, C.P.A., P.A. AS ACCOUNTANT TO THE CHAPTER 11 TRUSTEE**
(Doc. No. 325)

**THIS CAUSE** came before the Court without hearing to consider the Amended Application to Employ Larry S. Hyman, C.P.A., P.A. as Accountant to the Chapter 11 Trustee (the "Application") (Doc. No. 325), filed by Lara Roeske Fernandez, as Chapter 11 Trustee, (the "Trustee"). The Application was filed in accordance with Rules 2002-4 and 2016-1 of the Local Rules of the Bankruptcy Court for the Middle District of Florida. The Court, having reviewed the Application, together with the record, finds that it is in the best interests of the Debtor's estate to allow the Trustee to employ Larry S. Hyman, C.P.A., P.A. as accountant. The Court is satisfied

that neither Larry S. Hyman, C.P.A., P.A. nor any of his employees represent an interest adverse to the estate in connection with the matters for which they are to be employed. It is therefore,

**ORDERED** that:

1. The Application is approved.

2. The Trustee is authorized to employ Larry S. Hyman, C.P.A., P.A. as accountant.

3. The amount of compensation to be allowed Larry S. Hyman, C.P.A., P.A. shall be determined by Order of this Court upon the submission of an application for allowance of compensation for services and reimbursement of expenses, pursuant to Fed. R. Bankr. P. 2016, and allowance pursuant to 11 U.S.C. Section 330.

###

Attorney Rhys P. Leonard is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.