**ORDERED.**

**Dated: August 20, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC, | ) | Case No. 6:25-bk-05570-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER DENYING MOTION TO CONSOLIDATE**

THIS CASE came before the Court upon the Motion[1] (Doc. Nos. 241 and 247) filed by Frank Amodeo, wherein he requests consolidation of this case with the previously dismissed case, *In re Homemakers Real Estate, LLC*, Case No. 6:25-bk-02685-GER (the "First Case"). Given that the Court has denied the requests to vacate the First Case[2] and the First Case remains dismissed and closed, the Motion is due to be denied. Accordingly, it is

**ORDERED** that the Motion (Doc. Nos. 241 and 247) is **DENIED**.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.

[1] *Frank Amodeo's Argument in Support of Granting the Rule 60 Motions and His Motino Under Rule 1015(a), to Consolidate the Homemakers' Bankruptcy With the Involuntary Bankruptcy* (Doc. No. 241); *Frank Amodeo's Post-Hearing Brief on Bankruptcy Rule 1015(a), Jurisprudence* (Doc. No. 247) (collectively, the "Motion").
[2] *See Order Denying Motions*, *In re Homemakers Real Estate, LLC*, Case No. 6:25-bk-02685-GER (Bankr. M.D. Fla. July 21, 2026), Doc. No. 107.