**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

Case No: 6:25-bk-05570-GER
Chapter 11

HOMEMAKERS REAL ESTATE, LLC,

Debtor.
_______________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel, Jeffrey S. Ainsworth, of the law firm of Branson Ainsworth PLLC, appears as counsel of record for Pedixon, LLC and ZPD, LLC, in the above-styled cause of action and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following address:

Jeffrey S. Ainsworth
**Branson Ainsworth PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
*Jeff@bransonlaw.com*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, which affect Pedixon, LLC and ZPD, LLC.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 26, 2026, a true and correct copy of the foregoing was filed and served via CM/ECF to all parties registered to receive notice.

*/s/ Jeffrey S. Ainsworth*

JEFFREY S. AINSWORTH
Florida Bar No. 60769
**Branson Ainsworth PLLC**
1501 E. Concord Street
Orlando, FL 32803
Phone: 407-894-6834
Fax: 407-894-8559
E-mail: jeff@bransonlaw.com
Attorney for Pedixon, LLC and ZPD, LLC