**ORDERED.**

**Dated: August 27, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC, | ) | Case No. 6:25-bk-05570-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER SETTING DEADLINE FOR CHAPTER 11**
**TRUSTEE TO FILE PLAN AND DISCLOSURE STATEMENT**
**(Re: Doc. No. 302)**

THIS CASE came before the Court for a status conference on August 19, 2026 at 9:30 a.m. (the "Hearing") to consider the Motion to Approve Disclosure Statement[1] in connection with a proposed plan[2] and disclosure statement[3] filed by Frank L. Amodeo ("Mr. Amodeo"). At the Hearing, Lara Roeske Fernandez, the Chapter 11 Trustee ("Trustee"), agreed to file a plan and disclosure statement by September 20, 2026. For the reasons stated at the Hearing, the Court finds it appropriate to set a deadline for Trustee to file a plan and disclosure statement and to schedule a combined hearing after such deadline. Accordingly, it is

---

[1] *Frank L. Amodeo's Motion to Approve the Disclosure Statement and to Establish Solicitation, Voting, and Confirmation-Hearing Procedures* (Doc. No. 302) (the "Motion to Approve Disclosure Statement").
[2] *Plan of Reorganization Proposed by Frank L. Amodeo, a Creditor and Party in Interest* (Doc. No. 303).
[3] *Disclosure Statement in Support of the Plan of Reorganization Proposed by Frank L. Amodeo, a Creditor and Party in Interest* (Doc. No. 304).

**ORDERED**:

1. The deadline for Trustee to file a plan and disclosure statement is **September 20, 2026**.

2. After the referenced deadline, the Court shall enter a separate order scheduling a combined hearing to consider approval of the disclosure statement filed by Mr. Amodeo (Doc. No. 304) and the disclosure statement filed by Trustee.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.