**ORDERED.**

**Dated: August 27, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Homemakers Real Estate, LLC, | ) | Case No. 6:25-bk-05570-GER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ORDER ABATING MOTIONS FOR RELIEF FROM STAY**
**(re: Doc. Nos. 81 and 82)**

THIS CASE came before the Court on July 14, 2026 at 2:00 p.m. (the "Hearing") upon the Motions for Relief from Stay[1] (Doc. Nos. 81 and 82) filed by The Carton Family Trust and Tamamoi LLC (collectively, "Creditors"). At the Hearing, Creditors agreed to defer the foreclosure sale(s) to allow the Chapter 11 Trustee time to work out a plan of reorganization. Given the agreement of Creditors, the Court finds it appropriate to abate Creditors' requests to proceed with foreclosure sale(s) at this time. Accordingly, it is

**ORDERED**:

1. The Motions for Relief from Stay (Doc. Nos. 81 and 82) are **ABATED** as to Creditors' request to conduct foreclosure sales pending further order of the Court.

2. Creditors may file a motion to un-abate when further action on the Motions for Relief from Stay is merited.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.

[1] *Motion for Relief from the Automatic Stay* (Doc. No. 81); *Motion for Relief from the Automatic Stay* (Doc. No. 82) (collectively, the "Motions for Relief from Stay").