FILED ORL INTAKE-USBC
28 AUG 2026 AM11:45

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

*In re:*

Homemakers Real Estate, LLC, Case No. 6:25-bk-05570-GER
Chapter 11
Debtor.
_______________________________/

# APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Frank L. Amodeo, appellant, designates the following items to be included in the record on appeal under Fed. R. Bankr. P. 8009(a)(1)(A). The appeal is taken from the Order Denying Motions to Disqualify PEDIXON LLC and ZPD LLC from Participation, entered August 21, 2026 (Doc. 344), by notice of appeal filed August 26, 2026 (Doc. 352). Each item is designated by docket number and includes every attachment, exhibit, and appendix filed with it.

## The order appealed from

| | | |
|---|---|---|
| **344** | 08/21/2026 | Order Denying Motion for Disqualification of PEDixon LLC and ZPD LLC from Participation (Related Docs. 242, 306, 330) |

## The motions the order denied

| | | |
|---|---|---|
| **242** | 06/09/2026 | Motion for Disqualification of Pedixon and ZPD from Further Participation in these Bankruptcies for Want of Subject-Matter Jurisdiction over the Claims (Amodeo) |
| **306** | 07/06/2026 | Motion for an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims (Amodeo) |
| **330** | 08/12/2026 | Motion for Disqualification (Horton Johnson), with Exhibit A — Loan Agreement and Exhibit B — Loans and related exhibits |

## Filings in support of the jurisdictional motions

| | | |
|---|---|---|
| **307** | 07/14/2026 | Bench Memorandum on Deciding Subject-Matter Jurisdiction First and Disqualifying Pedixon, ZPD, and Crescent Sound From Participating (Amodeo) |
| **332** | 08/12/2026 | Request for Judicial Notice of the Recorded Quit Claim Deed from Holly Bluff Marina to Pedixon (Amodeo) |
| **333** | 08/12/2026 | Notice of Supplemental Authority: Bay United Holdings, LLC v. INXS 7, LLC (11th Cir. July 24, 2026) (Amodeo) |
| **338** | 08/17/2026 | Supplement to the Motion to Disqualify Pedixon and ZPD for Want of Subject-Matter Jurisdiction, Addressing the Holly Bluff Closing (Amodeo) |
| **339** | 08/18/2026 | Notice of Filing Expert Report of Gary A. Moll, MBA, CPA, ASA (Horton Johnson) |
| **341** | 08/19/2026 | Notice of Filing Supplemental Exhibit in Support of the Motion for an Evidentiary Hearing on Subject-Matter Jurisdiction (Amodeo) |

## Notices of hearing on the designated motions

| | | |
|---|---|---|
| **313** | 07/16/2026 | Notice of Hearing on Motion for an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims |
| **322** | 07/28/2026 | Notice of Hearing on Motion for Disqualification of Pedixon and ZPD for Want of Subject-Matter Jurisdiction over the Claims |
| **334** | 08/14/2026 | Notice of Hearing on Creditor Horton S. Johnson's Motion to Disqualify PEDixon, LLC and ZPD, LLC from Participation for Want of Subject Matter Jurisdiction Due to Usury |

## The record of the August 19, 2026 hearing

| | | |
|---|---|---|
| **342** | 08/19/2026 | Hearing Proceeding Memorandum, hearing held August 19, 2026 |
| **351** | 08/25/2026 | Transcript Regarding Hearing Held August 19, 2026 |

## Earlier proceedings raising the court's authority over these parties and claims

| | | |
|---|---|---|
| **160** | 03/02/2026 | Motion for Disqualification and Order to Show Cause, with appendices (Horton Johnson) |
| **161** | 03/02/2026 | Motion to Remove Ken Dixon and Crescent Sound, Ltd. from Further Representation of the Putative Debtor (Horton Johnson) |
| **172** | 03/06/2026 | Motion to Abstain and Preliminary Response to Motion to Remove Ken Dixon and Crescent Sound, Ltd. and Motion to Disqualify |
| **178** | 03/16/2026 | Order Denying on an Interim Basis Horton Johnson's Motion to Disqualify |
| **229** | 05/21/2026 | Order (1) Denying Motion to Dismiss Case, (2) Entering Order for Relief, and (3) Setting Deadlines |
| **241** | 06/08/2026 | Motion to Consolidate Cases and Argument in Support of Granting the Rule 60 Motions (Amodeo) |
| **247** | 06/10/2026 | Frank Amodeo's Post-Hearing Brief on Bankruptcy Rule 1015(a) Jurisprudence |
| **309** | 07/14/2026 | Hearing Proceeding Memorandum, hearing held July 14, 2026 |

| | | |
|---|---|---|
| **345** | 08/21/2026 | Order Denying Motion to Consolidate |

## Transcripts of related proceedings

| | | |
|---|---|---|
| **157** | 03/02/2026 | Transcript, hearing held February 3, 2026, Trial (Volume I) |
| **158** | 03/02/2026 | Transcript, hearing held February 3, 2026, Trial (Volume II) |
| **211** | 04/01/2026 | Transcript, hearing held February 3, 2026 |
| **226** | 07/27/2026 | Transcript, hearing held March 27, 2026, Continued Trial |
| **256** | 06/16/2026 | Transcript, hearing held May 20, 2026 |
| **265** | 06/23/2026 | Transcript, hearing held June 9, 2026 |

## The claims to which the order relates

| | | |
|---|---|---|
| **Claim 67-1** | | Proof of Claim filed by PEDixon, LLC, with all attachments |
| **Claim 68-1** | | Proof of Claim filed by ZPD, LLC, with all attachments |

## Appeal papers

| | | |
|---|---|---|
| **352** | 08/26/2026 | Notice of Appeal (Amodeo), with the order appealed from attached |
| **355** | 08/27/2026 | Notice of Requirement to File Designation of Record and Statement of Issues |
| **358** | 08/27/2026 | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent to Request Redaction of Transcript |
| — | | The docket entries of this case |

Respectfully submitted this 28th day of August, 2026.

Frank L. Amodeo
Pro se
1311 Hoffner Avenue
Orlando, Florida 32809
(407) 406-1315
flahome32809@gmail.com

## CERTIFICATE OF SERVICE

I certify that on the 28th day of August, 2026, I filed this designation with the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Orlando Division, and served a copy on Jeffrey S. Ainsworth, Branson Ainsworth PLLC, 1501 E. Concord Street, Orlando, Florida 32803, Jeff@bransonlaw.com, counsel for PEDixon, LLC and ZPD, LLC. The clerk's CM/ECF entry serves every registered participant in this case.

Frank L. Amodeo