**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC, Case No. 6:25-bk-05570-GER
Chapter 11

Debtor.
_______________________________________/

**CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING**

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information, and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**CHAPTER 11 TRUSTEE'S EMERGENCY MOTION TO APPROVE COMPROMISE OF CONTROVERSY RESOLVING (I) UNAUTHORIZED POSTPETITION TRANSFER CLAIM AGAINST PEDIXON LLC AND ZPD LLC, (II) SPECIAL ASSESSMENT DEMAND BY CAPE CROSSING CONDOMINIUM ASSOCIATION, INC. AND (III) PROOF OF CLAIM 7-1 FILED BY CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because the moving party, Lara R. Fernandez, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of Homemakers Real Estate, LLC (the "Debtor"), seeks to compromise and settle an unauthorized, postpetition transfer claim against Pedixon LLC and ZPD LLC (for an approximately 97% recovery) and use a portion of the settlement proceeds to satisfy a special assessment issued by the Cape Crossing Condominium Association, Inc. for a full roof replacement

of the condominium building TPO (thermoplastic polyolefin) roofing where eighteen (18) of the Debtor's Condominium Units are located, and requires a hearing prior to September 2, 2026, for the following reason:

Without immediate approval of the Motion, the Debtor's estate will not have the funds necessary to timely pay the special assessment for the roofing contractor to commence its work. Absent the timely payment of the special assessment and replacement of the roof, the insurance coverage on the condominium building will lapse on September 15, 2026, and this will diminish the value of the Debtor's Estate to the detriment of its creditors.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of Fed. R. Bankr. P. 9011 and the consequences of noncompliance with same.

DATED this 31st day of August, 2026.

*<u>/s/ Rhys P. Leonard</u>*
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*

**CERTIFICATE OF SERVICE[1]**

I HEREBY CERTIFY that on August 31, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients, and by email to Office of the United States Trustee, Audrey.M.Aleskovsky@usdoj.gov and those parties having filed claims in this case that included email addresses:

Frank L. Amodeo (Claim 1)
Flahome32801@gmail.com

WM Holdings Group LLC (Claim 2)
mcflynnjr@gmail.com

CTO Holdings Inc. (Claim 3)
ctohinc@outlook.com

IMQA Investments Incorporated (Claim 4)
contact@investments.com

Horton Johnson (Claim 5)
wjohnsonbbf@gmail.com

Cape Crossing Townhomes Homeowners Association Inc. (Claim 6)
jcrowder@farolaw.com

Cape Crossing Condominium Association, Inc. (Claim 7)
jcrowder@farolaw.com

Keys Funding LLC – 2024 (Claims 8-9)
tburke@tcmfund.com

Brevard County Tax Collector
(Claims 10-17, 20-27, 32-62)
Alicia.foley@brevardtc.com

ATCF II Florida-A LLC (Claim 18)
florida@alternacap.com

FIG 20, LLC FBO SEC PTY (Claim 19, 28)
AR@figadvisors.com

Community RED CO (Claims 29-31)
jpico@jplinv.com

Mainstreet Community Bank of Florida, N.A. (Claims 63-64)
jluna@lathamluna.com

Tamamoi LLC (Claim 65)
temamoillc@gmail.com

The Carton Family Trust (Claim 66)
carton@sbcglobal.net

Pedixon LLC (Claim 67)
jeff@bransonlaw.com

ZPD LLC (Claim 68)
jeff@bransonlaw.com

IPFS Corporation (Claim 70)
Lisa.chandler@ipfs.com

---

[1] Pursuant to the Order Granting Chapter 11 Trustee's Motion to (I) Require Certain Creditors with Scheduled Claims to File Proofs of Claim and (II) Extend Time for Certain Creditors to File Proofs of Claim (Doc. 320), the Bankruptcy Court required all creditors to file a proof of claim to participate in the Debtor's bankruptcy case and/or receive distributions from the Debtor's bankruptcy estate.

Tiered Capital, Inc. (Claim No. 71)
wjohnsonbbf@gmail.com

And by U.S. Mail, postage prepaid to those parties having filed claims in this case that did not include an email address:

Paul Rene, Jr. (Claim 69)
116 Magnolia Avenue, Suite 3E
Ocala, FL 34471

And by U.S. Mail, postage prepaid to:

Homemakers Real Estate, LLC
1026 Curry Ford Road, Suite 107
PMB 1036
Orlando, FL 32809

*/s/ Rhys P. Leonard*
Rhys P. Leonard