**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

HOMEMAKERS REAL ESTATE, LLC, Case No. 6:25-bk-05570-GER

Chapter 11

Debtor.
______________________________________/

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Grace E. Robson will conduct a preliminary hearing in this case on September 2, 2026, at 2:30 p.m., via Zoom on the following matter:

**CHAPTER 11 TRUSTEE'S EMERGENCY MOTION TO APPROVE COMPROMISE OF CONTROVERSY RESOLVING (I) UNAUTHORIZED POSTPETITION TRANSFER CLAIM AGAINST PEDIXON LLC AND ZPD LLC, (II) SPECIAL ASSESSMENT DEMAND BY CAPE CROSSING CONDOMINIUM ASSOCIATION, INC. AND (III) PROOF OF CLAIM 7-1 FILED BY CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.**
(Doc. No. 372)

2. The hearing scheduled by this notice will take place by Zoom. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. All Parties may attend the hearing by Zoom but must register as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/orlando/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at (407) 237-8141 not later than 3:00 p.m. one business day before the date of the hearing to arrange to participate.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Rhys P. Leonard*
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*

**CERTIFICATE OF SERVICE[1]**

I HEREBY CERTIFY that on August 31, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients, and by email to Office of the United States Trustee, Audrey.M.Aleskovsky@usdoj.gov and those parties having filed claims in this case that included email addresses:

Frank L. Amodeo (Claim 1)
Flahome32801@gmail.com

WM Holdings Group LLC (Claim 2)
mcflynnjr@gmail.com

CTO Holdings Inc. (Claim 3)
ctohinc@outlook.com

IMQA Investments Incorporated (Claim 4)
contact@investments.com

Horton Johnson (Claim 5)
wjohnsonbbf@gmail.com

Cape Crossing Townhomes Homeowners Association Inc. (Claim 6)
jcrowder@farolaw.com

Cape Crossing Condominium Association, Inc. (Claim 7)
jcrowder@farolaw.com

Keys Funding LLC – 2024 (Claims 8-9)
tburke@tcmfund.com

[1] Pursuant to the Order Granting Chapter 11 Trustee's Motion to (I) Require Certain Creditors with Scheduled Claims to File Proofs of Claim and (II) Extend Time for Certain Creditors to File Proofs of Claim (Doc. 320), the Bankruptcy Court required all creditors to file a proof of claim to participate in the Debtor's bankruptcy case and/or receive distributions from the Debtor's bankruptcy estate.

Brevard County Tax Collector
(Claims 10-17, 20-27, 32-62)
alicia.foley@brevardtc.com

ATCF II Florida-A LLC (Claim 18)
florida@alternacap.com

FIG 20, LLC FBO SEC PTY (Claim 19, 28)
AR@figadvisors.com

Community RED CO (Claims 29-31)
jpico@jplinv.com

Mainstreet Community Bank of Florida, N.A.
(Claims 63-64)
jluna@lathamluna.com

Tamamoi LLC (Claim 65)
temamoillc@gmail.com

The Carton Family Trust (Claim 66)
carton@sbcglobal.net

Pedixon LLC (Claim 67)
jeff@bransonlaw.com

ZPD LLC (Claim 68)
jeff@bransonlaw.com

IPFS Corporation (Claim 70)
Lisa.chandler@ipfs.com

Tiered Capital, Inc. (Claim No. 71)
wjohnsonbbf@gmail.com

And by U.S. Mail, postage prepaid to those parties having filed claims in this case that did not include an email address:

Paul Rene, Jr. (Claim 69)
116 Magnolia Avenue, Suite 3E
Ocala, FL 34471

And by U.S. Mail, postage prepaid to:

Homemakers Real Estate, LLC
1026 Curry Ford Road, Suite 107
PMB 1036
Orlando, FL 32809

*/s/ Rhys P. Leonard*
Rhys P. Leonard