UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/02/2026 02:30 PM

COURTROOM 6D, 6th Floor

HONORABLE GRACE ROBSON

CASE NUMBER: FILING DATE:

**6:25-bk-05570-GER** **11** **09/02/2025**

**Chapter 11**

**DEBTOR:** Homemakers Real Estate, LLC

**DEBTOR ATTY: Justin Luna**

**TRUSTEE: Lara Fernandez**

**HEARING:**

Trustee's Emergency Motion to Approve Compromise of Controversy or Settlement Agreement (Doc #372)
Note: 12/17/25; 2/3/26; 4/15/26; 5/20/26; 6/9/26; 7/14/26
Involuntary filed 9/2/25
341 scheduled: 7/16/26 - concluded
Claims Deadline: 11/12/26
Plan / DS due: 9/18/26
Schedules (Doc 273)
MOR June 2026 (Doc 319)
Future Hearing:
Prior Case:
25-02685 Ch11 filed in Florida Middle on 05/05/2025, Dismissed for Other Reason on 06/27/2025

**APPEARANCES:**: Scott Rost (Former Counsel for Debtor); Lara Roeske Fernandez (Trustee); Audrey Aleskovsky (US Trustee Atty); Jeffrey Ainsworth, Jennifer Morando (ZPD/Pedixon Atty); Matthew Liebert, Michael Paasch (H. Johnson Atty); William Porter (Mainstreet Atty); Christopher Crowder (Cape Crossing Atty); Frank Amodeo (Creditor);

**RULING:**
1) Trustee's Emergency Motion to Approve Compromise of Controversy or Settlement Agreement (Doc #372) - Granted:Order by FERNANDEZ;

2) Trustee's Ore Tenus Motion for Order Directing Parties to a Judicial Mediation (Doc #380) - Granted:Order by CHAMBERS; (gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.