UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

HOMEMAKERS REAL ESTATE, LLC,

Debtor.
_______________________________________/

Case No.: 6:25-bk-05570-GER
Chapter 11

**PROOF OF SERVICE**

I HEREBY CERTIFY that on September 3, 2026, a true and correct copy of the *Order Granting Chapter 11 Trustee's Emergency Motion to Approve Compromise of Controversy Resolving (I) Unauthorized Postpetition Transfer Claim Against Pedixon LLC and ZPD LLC, (II) Special Assessment Demand by Cape Crossing Condominium Association, Inc. and (III) Proof of Claim 7-1 Filed by Cape Crossing Condominium Association, Inc.* (Doc. Nos. 377, 372), was served to all parties receiving CM/ECF notification via the Court's CM/ECF system, and by email to Office of the United States Trustee, Audrey.M.Aleskovsky@usdoj.gov and those parties having filed claims in this case that included email addresses:

Frank L. Amodeo (Claim 1)
Flahome32801@gmail.com

WM Holdings Group LLC (Claim 2)
mcflynnjr@gmail.com

CTO Holdings Inc. (Claim 3)
ctohinc@outlook.com

IMQA Investments Incorporated (Claim 4)
contact@investments.com

Horton Johnson (Claim 5)
wjohnsonbbf@gmail.com

Cape Crossing Townhomes Homeowners Association Inc. (Claim 6)
jcrowder@farolaw.com

Cape Crossing Condominium Association, Inc. (Claim 7)
jcrowder@farolaw.com

Keys Funding LLC – 2024 (Claims 8-9)
tburke@tcmfund.com

Brevard County Tax Collector
(Claims 10-17, 20-27, 32-62)
Alicia.foley@brevardtc.com

ATCF II Florida-A LLC (Claim 18)
florida@alternacap.com

FIG 20, LLC FBO SEC PTY (Claim 19, 28)
AR@figadvisors.com

Community RED CO (Claims 29-31)
jpico@jplinv.com

Mainstreet Community Bank of Florida, N.A. (Claims 63-64)
jluna@lathamluna.com

Tamamoi LLC (Claim 65)
temamoillc@gmail.com

The Carton Family Trust (Claim 66)
carton@sbcglobal.net

Pedixon LLC (Claim 67)
jeff@bransonlaw.com

ZPD LLC (Claim 68)
jeff@bransonlaw.com

IPFS Corporation (Claim 70)
Lisa.chandler@ipfs.com

Tiered Capital, Inc. (Claim No. 71)
wjohnsonbbf@gmail.com

And by U.S. Mail, postage prepaid to those parties having filed claims in this case that did not include an email address:

Paul Rene, Jr. (Claim 69)
116 Magnolia Avenue, Suite 3E
Ocala, FL 34471

And by U.S. Mail, postage prepaid to:

Homemakers Real Estate, LLC
1026 Curry Ford Road, Suite 107
PMB 1036
Orlando, FL 32809

Date: September 3, 2026

Respectfully submitted,

*/s/ Rhys P. Leonard*

RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*