FILED ORL INTAKE - USBC
10 SEP 2026 AM8:52

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

Homemakers Real Estate, LLC,

Case No. 6:25-bk-05570-GER
Chapter 11

Debtor.

_______________________________________/

## APPELLANT'S AMENDED DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Frank L. Amodeo, appellant, amends the designation filed August 28, 2026 (Doc. 364) under the order entered September 1, 2026 (Doc. 376 at 2), and designates the following items to be included in the record on appeal under Fed. R. Bankr. P. 8009(a)(1)(A). The appeal is taken from the Order Denying Motions to Disqualify PEDIXON LLC and ZPD LLC from Participation, entered August 21, 2026 (Doc. 344), by notice of appeal filed August 26, 2026 (Doc. 352). Each item is designated by docket number and includes every attachment, exhibit, and appendix filed with it. This designation supersedes Doc. 364 in its entirety.

## THE ORDER APPEALED FROM

Doc. 344, entered August 21, 2026. Order Denying Motion for Disqualification of PEDixon LLC and ZPD LLC from Participation (Related Docs. 242, 306, 330).

## THE MOTIONS THE ORDER DENIED

Doc. 242, filed June 9, 2026. Motion for Disqualification of Pedixon and ZPD from Further Participation in these Bankruptcies for Want of Subject-Matter Jurisdiction over the Claims (Amodeo).

Doc. 306, filed July 6, 2026. Motion for an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims (Amodeo).

Doc. 330, filed August 12, 2026. Motion for Disqualification (Horton Johnson), with Exhibit A — Loan Agreement and Exhibit B — Loans and related exhibits.

## FILINGS IN SUPPORT OF THE JURISDICTIONAL MOTIONS

Doc. 307, filed July 14, 2026. Bench Memorandum on Deciding Subject-Matter Jurisdiction First and Disqualifying Pedixon, ZPD, and Crescent Sound From Participating (Amodeo).

Doc. 332, filed August 12, 2026. Request for Judicial Notice of the Recorded Quit Claim Deed from Holly Bluff Marina to Pedixon (Amodeo).

Doc. 333, filed August 12, 2026. Notice of Supplemental Authority: Bay United Holdings, LLC v. INXS 7, LLC (11th Cir. July 24, 2026) (Amodeo).

Doc. 338, filed August 17, 2026. Supplement to the Motion to Disqualify Pedixon and ZPD for Want of Subject-Matter Jurisdiction, Addressing the Holly Bluff Closing (Amodeo).

Doc. 339, filed August 18, 2026. Notice of Filing Expert Report of Gary A. Moll, MBA, CPA, ASA (Horton Johnson).

Doc. 341, filed August 19, 2026. Notice of Filing Supplemental Exhibit in Support of the Motion for an Evidentiary Hearing on Subject-Matter Jurisdiction (Amodeo).

## NOTICES OF HEARING ON THE DESIGNATED MOTIONS

Doc. 313, filed July 16, 2026. Notice of Hearing on Motion for an Evidentiary Hearing on This Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims.

Doc. 322, filed July 28, 2026. Notice of Hearing on Motion for Disqualification of Pedixon and ZPD for Want of Subject-Matter Jurisdiction over the Claims.

Doc. 334, filed August 14, 2026. Notice of Hearing on Creditor Horton S. Johnson's Motion to Disqualify PEDixon, LLC and ZPD, LLC from Participation for Want of Subject Matter Jurisdiction Due to Usury.

## THE RECORD OF THE AUGUST 19, 2026 HEARING

Doc. 342, filed August 19, 2026. Hearing Proceeding Memorandum, hearing held August 19, 2026.

Doc. 351, filed August 25, 2026. Transcript Regarding Hearing Held August 19, 2026.

## EARLIER PROCEEDINGS RAISING THE COURT'S AUTHORITY OVER THESE PARTIES AND CLAIMS

Doc. 160, filed March 2, 2026. Motion for Disqualification and Order to Show Cause, with appendices (Horton Johnson).

Doc. 161, filed March 2, 2026. Motion to Remove Ken Dixon and Crescent Sound, Ltd. from Further Representation of the Putative Debtor (Horton Johnson).

Doc. 172, filed March 6, 2026. Motion to Abstain and Preliminary Response to Motion to Remove Ken Dixon and Crescent Sound, Ltd. and Motion to Disqualify.

Doc. 178, entered March 16, 2026. Order Denying on an Interim Basis Horton Johnson's Motion to Disqualify.

Doc. 229, entered May 21, 2026. Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines.

Doc. 241, filed June 8, 2026. Motion to Consolidate Cases and Argument in Support of Granting the Rule 60 Motions (Amodeo).

Doc. 247, filed June 10, 2026. Frank Amodeo's Post-Hearing Brief on Bankruptcy Rule 1015(a) Jurisprudence.

Doc. 309, filed July 14, 2026. Hearing Proceeding Memorandum, hearing held July 14, 2026.

Doc. 345, entered August 21, 2026. Order Denying Motion to Consolidate.

## TRANSCRIPTS OF RELATED PROCEEDINGS

Doc. 157, filed March 2, 2026. Transcript, hearing held February 3, 2026, Trial (Volume I).

Doc. 158, filed March 2, 2026. Transcript, hearing held February 3, 2026, Trial (Volume II).

Doc. 211, filed April 1, 2026. Transcript, hearing held February 3, 2026.

Doc. 226, filed July 27, 2026. Transcript, hearing held March 27, 2026, Continued Trial.

Doc. 256, filed June 16, 2026. Transcript, hearing held May 20, 2026.

Doc. 265, filed June 23, 2026. Transcript, hearing held June 9, 2026.

## THE CLAIMS TO WHICH THE ORDER RELATES

Claim 67-1. Proof of Claim filed by PEDixon, LLC, with all attachments.

Claim 68-1. Proof of Claim filed by ZPD, LLC, with all attachments.

## DOCUMENTS FROM CASE NO. 6:25-BK-02685-GER

Each item below is designated as filed in this case with the Notice of Filing Documents from Case No. 6:25-bk-02685-GER, filed September __, 2026 (Doc. ___), at the exhibit stated, and by its docket number in the First Case. The two transcripts are designated for transmittal by the clerk.

Doc. 12, filed May 8, 2025. Motion to Dismiss Case for Lack of Corporate Authority (PEDixon, LLC and ZPD, LLC). Exhibit 12.

Doc. 24, filed May 23, 2025. Response to Motion to Dismiss Bankruptcy Case for Lack of Corporate Authority (Debtor), with Exhibits A through F (Docs. 24-1 through 24-6). Exhibit 24.

Doc. 35, filed June 3, 2025. Reply in Support of Motion to Dismiss Bankruptcy Case (PEDixon, LLC and ZPD, LLC). Exhibit 35.

Doc. 58, filed June 11, 2025. Hearing Proceeding Memorandum, hearing held June 11, 2025. Exhibit 58.

Doc. 63, filed June 23, 2025. Transcript, hearing held June 11, 2025, on Initial Status Conference and Motion to Dismiss. Transmittal by the clerk.

Doc. 69, filed June 24, 2025. Supplement to Pleading in Support of Motion to Dismiss Bankruptcy Case for Lack of Corporate Authority (PEDixon, LLC and ZPD, LLC). Exhibit 69.

Doc. 70, filed June 24, 2025. Supplement to Debtor's Response to Motion to Dismiss Bankruptcy Case for Lack of Corporate Authority (Debtor). Exhibit 70.

Doc. 73, entered June 27, 2025. Order Dismissing Case. Exhibit 73.

Doc. 88, filed March 26, 2026. Motion to Vacate Order Dismissing Case Pursuant to Federal Rules of Civil Procedure 60(b)(1) and 60(d)(3) (Horton Johnson). Exhibit 88.

Doc. 89, filed May 11, 2026. Motion to Vacate Order Dismissing Case Pursuant to Federal Rule of Civil Procedure 60(b)(3) Based on Newly-Disclosed Misrepresentation by Kenneth G. Dixon (Horton Johnson). Exhibit 89.

Doc. 93, filed June 2, 2026. Omnibus Response to Motion to Vacate Order Dismissing Case (PEDixon, LLC and ZPD, LLC). Exhibit 93.

Doc. 94, filed June 5, 2026. Reply in Support of the Motions to Vacate (Docs. 88 and 89) and in Response to the Objection of PEDixon LLC and ZPD LLC (Doc. 93) (Horton Johnson). Exhibit 94.

Doc. 95, filed June 9, 2026. Hearing Proceeding Memorandum, hearing held June 9, 2026. Exhibit 95.

Doc. 102, filed July 6, 2026. Motion for an Evidentiary Hearing on the Court's Subject-Matter Jurisdiction Over the Pedixon and ZPD Claims (Amodeo). Exhibit 102. Filed in this case as Doc. 306.

Doc. 104, filed July 14, 2026. Bench Memorandum on Deciding Subject-Matter Jurisdiction First and Disqualifying Pedixon, ZPD, and Crescent Sound From Participating (Amodeo). Exhibit 104. Filed in this case as Doc. 307.

Doc. 106, filed July 14, 2026. Hearing Proceeding Memorandum, hearing held July 14, 2026. Exhibit 106.

Doc. 107, entered July 21, 2026. Order Denying Motions (Related Docs. 88, 89). Exhibit 107.

Doc. 112, filed August 17, 2026. Transcript, hearing held July 14, 2026. Access restricted through November 16, 2026. Transmittal by the clerk.

## APPEAL PAPERS

Doc. 352, filed August 26, 2026. Notice of Appeal (Amodeo), with the order appealed from attached.

Doc. 355, filed August 27, 2026. Notice of Requirement to File Designation of Record and Statement of Issues.

Doc. 358, filed August 27, 2026. Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent to Request Redaction of Transcript.

Doc. 362, filed August 28, 2026. Motion for Leave to Appeal (Amodeo).

Doc. 363, filed August 28, 2026. Motion to Supplement the Record on Appeal (Amodeo).

Doc. 364, filed August 28, 2026. Appellant's Designation of Items to be Included in the Record on Appeal (Amodeo).

Doc. 365, filed August 28, 2026. Appellant's Statement of the Issues to be Presented (Amodeo).

Doc. 375, filed August 31, 2026. Amended Motion for Leave to Appeal (Amodeo).

Doc. 376, entered September 1, 2026. Order (1) Granting in Part Motion to Supplement the Record on Appeal and (2) Setting Deadline.

Notice of Filing Documents from Case No. 6:25-bk-02685-GER, filed September __, 2026 (Doc. ___), with all exhibits.

## THE DOCKET ENTRIES OF THIS CASE

Nothing in this designation concedes that this court may adjudicate the claims of PEDixon, LLC or ZPD, LLC, and nothing in it is consent to an adjudication the Florida Legislature forbade. *Fla. Stat. § 687.071(7)*. All rights, objections, and defenses are reserved.

Respectfully submitted this 8th day of September, 2026.

Frank L. Amodeo
*Pro se*
1311 Hoffner Avenue
Orlando, Florida 32809
(407) 406-1315
flahome32809@gmail.com

## CERTIFICATE OF SERVICE

I certify that on the 8th day of September, 2026, I delivered this amended designation for filing to the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. The clerk's CM/ECF entry serves every registered participant in this case.

Frank L. Amodeo