**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

HOMEMAKERS REAL ESTATE, LLC,

Case No.: 6:25-bk-05570-GER
Chapter 11

Debtor.
_________________________________/

**UNITED STATES OF AMERICA'S NOTICE OF CRIMINAL RESTITUTION LIEN ON ALL ASSETS OF FRANK L. AMODEO**

TO: Debtor Homemakers Real Estate, LLC and Chapter 11 Trustee Lara Roeske Fernandez

PLEASE TAKE NOTICE that the United States of America has a criminal restitution lien on all assets belonging to creditor Frank L. Amodeo ("Amodeo"), including any rights to payment he has for Claim No. 1 or any other claim he has filed or subsequently files in this bankruptcy case.

On July 2, 2009, the United States District Court for the Middle District of Florida entered a judgment ("Restitution Judgment") against Amodeo consisting of a $500.00 special assessment and $181,810,518.66 in criminal restitution. *See* Exhibit A. Pursuant to 18 U.S.C. § 3613(c), the Restitution Judgment created a lien in favor of the United States on all property and rights to property of Amodeo. As of September 8, 2026, the current outstanding balance of the Restitution Judgment is $190,055,860.80 comprised of a principal balance of $175,192,399.59 and accrued interest of $14,863,461.21. *See* Declaration of Assistant U.S. Attorney Julie A.

Simonsen attached as Exhibit B, at ¶ 4.

Please coordinate with the undersigned counsel before any distributions are made to Amodeo in this bankruptcy case.

Dated: September 11, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*/s/ Christopher J. Emden*

CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa St., Suite 3200
Tampa, FL 33602
Telephone No.: (813) 274-6000
Facsimile No.: (813) 274-6198
E-mail: Christopher.Emden@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2026, a true and correct copy of the foregoing was sent electronically via CM/ECF to all registered participants and by U.S. First Class Mail to:

Homemakers Real Estate, LLC,
2875 S Orange Avenue, Suite 500 #6409
Orlando, FL 32806

and

Frank Amodeo
1311 Hoffner Ave.
Orlando, FL 32809

/s/ *Christopher J. Emden*
CHRISTOPHER J. EMDEN
Assistant United States Attorney