# EXHIBIT B

# DECLARATION

I, Julie A. Simonsen, declare as follows:

1. I am an Assistant United States Attorney in the Financial Litigation section of the United States Attorney's Office for the Middle District of Florida.

2. On July 2, 2009, a Judgment was entered in the United States District Court, Middle District of Florida, against Frank L. Amodeo, consisting of $500.00 for the special assessment and $181,810,518.66 in criminal restitution owed to the victim. *See* Case No. 6:08-cr-176-JA-GJK, Doc. 140.

3. According to the United States District Court Clerk, the total amount collected on the monetary penalties and restitution to date is $6,622,260.74.

4. Therefore, as of today, the current outstanding principal balance of Amodeo's restitution is $175,192,399.59, and interest accrues daily on this debt. The total interest balance as of today is $14,863,461.21 with interest accruing at an approximate daily rate of $2,438.02 going forward.

I declare under penalty of perjury that the foregoing is true and correct on this 8th day of September 2026.

GREGORY W. KEHOE
United States Attorney

By: ______________________

JULIE A. SIMONSEN
Assistant United States Attorney
Florida Bar No. 70647
Financial Litigation Program
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6038
Facsimile: (813) 274-6247