**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

HOMEMAKERS REAL ESTATE, LLC, Case No. 6:25-bk-05570-GER

Chapter 11

Debtor.
______________________________________/

**OBJECTION TO REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE OF BRENNAN MANNA DIAMOND, P.L.**
(Doc. No. 340)

Lara Roeske Fernandez, the Chapter 11 Trustee (the "Trustee"), by and through undersigned counsel, hereby objects to the Request for Payment of Administrative Expense (Doc. No. 340) (the "Request") filed by Brennan Manna Diamond, P.L. ("BMD"), and in support states as follows:

**Background**

1. This case was commenced on September 2, 2025 (the "Petition Date") by the filing of an involuntary petition against Homemakers Real Estate, LLC (the "Debtor").

2. BMD filed the involuntary petition on behalf of Tiered Capital, Inc. The Court granted BMD leave to withdraw as Tiered Capital's counsel on January 23, 2026 (Doc. No. 92).

3. On May 21, 2026, this Court entered its Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines (Doc. No. 229), which provided, in part, a limited period of time for Kenneth G. Dixon and Horton S. Johnson to resolve the issue of ownership and control of the Debtor before the appointment of a Chapter 11 Trustee.

4. That resolution did not timely occur, and the Trustee was appointed to administer the Debtor's estate on June 12, 2026, by Order Approving Appointment of Chapter 11 Trustee (Doc. No. 252).

5. On August 18, 2026, BMD filed the Request, seeking payment of an administrative expense in the amount of $78,927.50 for services rendered from September 2025 through January 2026, pursuant to 11 U.S.C. § 503(b)(3)(B) and (4).

6. The Court has scheduled a preliminary hearing on the Request for October 14, 2026, at 1:30 p.m. *See* Doc. No. 356.

**<u>Objection</u>**

7. BMD bears the burden of establishing entitlement to an administrative expense under 11 U.S.C. § 503(b), and administrative-expense priority is strictly construed. The Request does not carry that burden.

8. The Request does not establish the elements for relief under 11 U.S.C. § 503(b)(3)(B). Section 503(b)(3)(B) authorizes the granting of administrative priority status to actual, necessary expenses incurred by a creditor that recovers, for the benefit of the estate, property transferred or concealed by the debtor; the Request identifies no such recovery.

9. Compensation under 11 U.S.C. § 503(b)(4) is allowable only as reasonable compensation for professional services rendered in connection with an allowable expense under § 503(b)(3). Because the Request has not established an allowable § 503(b)(3)(B) expense, no § 503(b)(4) compensation is allowable.

10. The Request does not establish that those services performed by BMD, prior to its withdrawal, conferred a benefit on the estate under § 503(b)(3)(B).

11. The Request is also not supported by records or other documentation sufficient to establish that the $78,927.50 sought is reasonable or was actual and necessary.

12. The Trustee reserves the right to amend or supplement this objection, including upon receipt of any documentation BMD may produce, and to assert any additional grounds for disallowance or reduction of the Request.

## Conclusion

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order sustaining this Objection, denying the Request in its entirety, or in the alternative reducing the amount allowed, and granting such other and further relief as the Court deems just and proper.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Rhys P. Leonard*
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients, and by U.S. Mail, postage prepaid to Brennan, Manna & Diamond, P.L., c/o BMD Florida Service LLC, 5210 Belfort Road, Suite 400, Jacksonville, FL 32256.

*/s/ Rhys P. Leonard*
Rhys P. Leonard