UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**HOMEMAKERS REAL ESTATE, LLC,** Case No. 6:25-bk-05570-GER

Debtor. Chapter 11

______________________/

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 7**

Cape Crossing Condominium Association, Inc. (“CCCA”), by and through its undersigned counsel, files this Notice of Withdrawal of Proof of Claim No. 7-1 and states:

1. On June 16, 2026, CCCA filed Proof of Claim No. 7 in the above-captioned case (the “Condo Association Claim”).
2. On September 2, 2026, the Court entered its Order Granting Chapter 11 Trustee’s Emergency Motion to Approve Compromise of Controversy Resolving (I) Unauthorized Postpetition Transfer Claim Against Pedixon LLC and ZPD LLC, (II) Special Assessment Demand by Cape Crossing Condominium Association, Inc. and (III) Proof of Claim 7-1 Filed by Cape Crossing Condominium Association, Inc. (Doc. 379) (the “Order”).
3. Paragraph 4 of the Order provides that the Trustee shall pay CCCA $204,000.00 in accordance with the terms contained in the settlement motion for the condominium building roof replacement to resolve the Special Assessment, and that CCCA shall withdraw the Condo Association Claim.
4. Trustee has tendered the the settlement funds.

5. Accordingly, and pursuant to paragraph 4 of the Order, CCCA hereby withdraws Proof of Claim No. 7-1 in its entirety.

Dated: September 18, 2026

Respectfully submitted,

/s/ J. Christopher Crowder
**J. CHRISTOPHER CROWDER**
Florida Bar No. 50562
FARO & CROWDER, P.A.
700 N. Wickham Road, Suite 205
Melbourne, Florida 32935
Telephone: (321) 784-8158
Email: jcrowder@farolaw.com
Counsel for Cape Crossing Condominium Association, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2026, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which will send notice of electronic filing to all registered CM/ECF participants.

/s/ J. Christopher Crowder
Attorney