**[Dtrnrbk]** [District Transmittal of Record on Appeal − BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:25−bk−05570−GER
Chapter 11

Civil Case # : 6:26-bk-02089-AGM

Homemakers Real Estate, LLC

Debtor(s) /

TRANSMITTAL OF RECORD TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in a contested matter in this bankruptcy case.

Re: Notice of Appeal filed by Frank Amodeo on August 26, 2026 (Doc. No. 352) and transmitted to District Court on September 22, 2026.

The party or parties included in the appeal to District Court are:

APPELLANT: Frank Amodeo 1311 Hoffner Avenue, Orlando, FL 32809

ATTORNEY: Pro Se

APPELLEE: Lara Roeske Fernandez 101 E. Kennedy Boulevard Bank of America Plaza Ste 2700 Tampa, FL 33702

ATTORNEY: Rhys P Leonard and 101 East Kennedy Boulevard Suite 2700 Tampa, FL 33602−5150

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8009 and 8010 are:

The notice of appeal

The judgment, order, or decree being appealed

Designation of the record of the appellant and the appellee

Items designated by the parties

The debtor's county of residence is Orange County, Florida.

DATED on September 21, 2026

FOR THE COURT
Jose A Rodriguez , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street

Suite 5100
Orlando, FL 32801

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.