UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | |
|---|---|
| HOMEMAKERS REAL ESTATE, LLC, | Case No. 6:25-bk-05570-GER |
| Debtor. | Chapter 11 |

________________________________/

**PROOF OF SERVICE OF ORDER DENYING MOTION OF HORTON S. JOHNSON FOR THE APPOINTMENT OF AN EXAMINER UNDER 11 U.S.C. SECTION 1104(c) (Doc. No. 391)**

I HEREBY CERTIFY that a true and correct copy of the Order Denying Motion of Horton S. Johnson for the Appointment of an Examiner Under 11 U.S.C. Section 1104(c) (Doc. No. 391), entered September 17, 2026, was served (i) through the Court's CM/ECF system on all registered CM/ECF users, and (ii) on September 23, 2026, by United States First-Class Mail, postage prepaid, on the following interested parties who are not CM/ECF users:

Frank L. Amodeo
1311 Hoffner Avenue
Orlando, FL 32809-3515

Homemakers Real Estate, LLC
2875 S. Orange Avenue, Suite 500 #6409
Orlando, FL 32806-5455

Homemakers Real Estate, LLC
10226 Curry Ford Road, Suite 107, PMB 1036
Orlando, FL 32825-8735

Martin C. Flynn, Jr.
President of Tiered Capital, Inc.
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

650 85th LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

WM Holdings Group LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035

Tiered Capital, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

CTO Holdings, Inc.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

IMQA Investments Incorporated
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

Cape Crossing Vacation Rentals
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

A. Marine, Inc.
19589 NE 10th Avenue
Miami, FL 33179-3501

Holly Bluff, Inc.
2280 Hontoon Road
DeLand, FL 32720-4309

Paul Rene, Jr.
116 Magnolia Avenue, Suite 3E
Ocala, FL 34471-1178

Larry S. Hyman
2303 W. North A Street
Tampa, FL 33609-2324

Cape Crossing Condominium Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Cape Crossing Townhomes Owners Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636

Brevard County Tax Collector
Attn: Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville, FL 32781-2500

Brevard County Tax Collector
1605 N. Courtenay Parkway
Merritt Island, FL 32953-4338

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Brennan, Manna & Diamond, P.L.
301 East Pine Street, Suite 500
Orlando, FL 32801-2774

IPFS Corporation
30 Montgomery Street, Suite 501
Jersey City, NJ 07302-3821

ATCF II Florida-A LLC
PO Box 69239
Baltimore, MD 21264-9239

Community RED Co
8724 SW 72 Street, No. 382
Miami, FL 33173-3512

FIG 20, LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411

Keys Funding LLC – 2024
PO Box 67513
Newark, NJ 07101-8009

The Carton Family Trust
c/o Peter M. Carton, Trustee
12910 Lomas Verdes Drive
Poway, CA 92064-1250

Tamamoi LLC
5060 SW Philomath Blvd. #516
Corvallis, OR 97333-1044

Respectfully submitted this 23rd day of September, 2026.

/s/ Matthew A. Leibert
MATTHEW A. LEIBERT, Esquire
Florida Bar No. 752266
Law Office Matthew A. Leibert
5782A S. Semoran Blvd.
Orlando, Florida 32822
Telephone: (407) 425-2005
Counsel for Horton Johnson, Creditor