**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC, Case No. 6:25-bk-05570-GER

Chapter 11

Debtor.
_______________________________________/

# AMENDED CERTIFICATE OF SERVICE

(Doc. No. 416)

I HEREBY CERTIFY that on September 30, 2026, a true and correct copy of the *Objection to Claim No. 69 of Paul Rene, Jr.* filed by Lara Roeske Fernandez, Chapter 11 Trustee on September 30, 2026 (Doc. No. 416) was furnished by CM/ECF to all registered CM/ECF recipients, to the Office of the United States Trustee, to any other parties entitled to service under Fed. R. Bankr. P. 3007(a) and the Local Rules, and to the following parties by either U.S. Mail, postage prepaid, or electronic mail, as applicable:

Paul Rene, Jr.
116 Magnolia Avenue
Suite 3E
Ocala, FL 34471
*Note: This is the address listed on Claim No. 69 for Mr. Rene.*

Paul Rene, Jr.
P.O. Box 5324
Ocala, FL 34478
*Note: This is the address provided for service of papers in the* Order Permitting Counsel to Withdraw *entered on September 8, 2026, in the case captioned* Paul Rene, Jr. v. Canaveral Crossroads, LLC, et al., *No. 05-2025-CA-038877 (Fla. 18th Jud. Cir.) (the "Withdrawal Order"). Pursuant to the Withdrawal Order, counsel for Mr. Rene in the Rene Foreclosure Action was permitted to withdraw and all papers in said action were required to be served on Mr. Rene by mail at this address.*

Paul Rene, Jr.
By electronic mail to the address included in the Withdrawal Order.
*Note: The Withdrawal Order provided for additional service of papers by email.*

Dated: September 30, 2026.

/s/ Anthony P. Marzocca
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No.: 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*