UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

HOMEMAKERS REAL ESTATE, LLC
Debtor,
_______________________________________/

Case No.: 6:25-bk-05570-GER
Chapter 11

**RESPONSE TO OBJECTION REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE OF BRENNAN, MANNA & DIAMOND, P.L.**

Brennan, Manna & Diamond, P.L., ("BMD"), responds that, as former counsel for the initial petitioning creditor in the Involuntary Chapter 11 Proceeding, it is squarely within the definition of claimants who may seek administrative expenses. BMD, a law firm, falls within the enumeration of professionals including "an attorney or an accountant of an entity whose expense is allowable under subparagraph (A)…of this subsection…." 11 U.S.C. § 503(b)(4). Under that provision, BMD filed "a petition under section 303 of this title;" *i.e.*, the Involuntary Petition which initiated this proceeding. The argument in the Objection (Doc. 388) that BMD is ineligible for compensation under 11 U.S.C. § 503(b)(4), because, under 11 U.S.C. § 503(b)(3)(B), BMD did not recover property transferred or concealed by the debtor is inapposite, since 11 U.S.C. § 503(b)(4) expressly also authorizes payment for such services as BMD did perform under 11 U.S.C. 503(b)(3)(A).

The Objection further argues that BMD has not established that its services were rendered in connection with an allowable expense. BMD can and will submit time records to substantiate the value of its services rendered. The benefit to the estate, initially, was the commencement and maintenance of the Involuntary Proceeding, continuing through to the present. While the Objection argues that the benefit conferred is not shown by BMD's request to have occurred prior to BMD's withdrawal, the statute contains no such requirement, and the Objection cites no authority limiting the temporal relationship of the benefit to the Request (Doc. 340).

Dated: October 1, 2026.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October 2026, I electronically filed the foregoing with the Court's CM/ECF system which will send notification of such filing to all to all parties having appeared electronically in the instant matter.

**BRENNAN, MANNA & DIAMOND, P.L.**

*/s/ Scott R. Rost*
**Scott R. Rost**
Florida Bar No. 779385
**D. Kim Radcliffe**
Florida Bar No. 83135
301 East Pine Street, Suite 500
Orlando, Florida 32801
Telephone: (407) 392-0318
Primary: srrost@bmdpl.com
Primary: dkradcliffe@bmdpl.com
Secondary: dakallas@bmdpl.com

*Attorneys for Brennan Manna & Diamond, P.L.*