UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

HOMEMAKERS REAL ESTATE, LLC,

Case no.: 6:25-bk-05570-GER
Chapter 11

Debtor.
________________________________/

**OBJECTION TO PLAN OF REORGANIZATION PROPOSED BY FRANK L. AMODEO, A CREDITOR AND PARTY IN INTEREST [DOC. 303]**

LISA CULLEN, BREVARD COUNTY TAX COLLECTOR (the "Tax Collector") files this Objection to Plan of Reorganization Proposed by Frank L. Amodeo, a Creditor and Party in Interest [Doc. 303], and states:

1. The Tax Collector is the holder of eight (8) secured claims against the Debtor in the amount of $5,547.63 ("Claim 1"), $5,352.07 ("Claim 2"), $5,547.63 ("Claim 3"), $5,352.07 ("Claim 4"), $6,298.78 ("Claim 5"), $5,994.05 ("Claim 6"), $6,298.78 ("Claim 7"), and $5,994.05 ("Claim 8"), each with interest at 18% (collectively, Claims 1 through 8 are hereinafter referred to as "Claims").

2. Pursuant to section 197.122, *Florida Statutes*, the Tax Collector's Claims are secured by a valid first lien on the real property owned by the Debtor.

3. The Creditor's proposed Chapter 11 Plan provides for monthly payments to the Tax Collector over five years amortized over thirty (30) years at 6% interest, with a balloon payment by the fifth anniversary of the Effective Date.

4. The Creditor's proposed Chapter 11 Plan fails to adequately provide for the appropriate interest rate of 18% in violation of 11 U.S.C. § 511(a) and § 197.172(1), *Florida Statutes*. Section 511(a) requires that the rate of interest on a tax claim "shall be the rate determined

under applicable nonbankruptcy law." Further, the applicable Florida Statute requires that "real property taxes shall bear interest at the rate of 18 percent per year from the date of delinquency until a certificate is sold."

5. Based on the foregoing, the Creditor's proposed Chapter 11 Plan fails to adequately provide for the Tax Collector's Claims.

WHEREFORE, LISA CULLEN, BREVARD COUNTY TAX COLLECTOR, respectfully requests that this Court enter an Order denying confirmation, or, in the alternative, confirming a plan of reorganization providing for payment of the Tax Collector's claim in full at 18% interest, in accordance with the Code.

DATED October 2, 2026.

*[/s/ Heidi M. Mitchell]*
Heidi M. Mitchell, Esq.
Florida Bar No. 0121988
hmitchell@whww.com
mquallio@whww.com
**Winderweedle, Haines, Ward & Woodman PA**
P.O. Box 880
Winter Park, Florida 32790
(407) 423-4246
(407) 645-3728 (facsimile)
*Attorney for Brevard County Tax Collector*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2026 a true and correct copy of the foregoing has been served via:

**CM/ECF:**

James Timko, Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA, 420 S Orange Avenue, Suite 700, Orlando, FL 32801, Email: jtimko@deanmead.com

Lara Roeske Fernandez, 101 E. Kennedy Boulevard, Bank of America Plaza, Ste 2700, Tampa, FL 33702

United States Trustee – ORL, Office of the United States Trustee , George C Young Federal Building , 400 West Washington Street, Suite 1100, Orlando, FL 32801

And all others receiving notice via the CM/ECF system.

**U.S. Mail:**

Homemakers Real Estate, LLC, 2875 S. Orange Ave, Suite 500, #6409, Orlando, FL 32806

*/s/ Heidi M. Mitchell*
Heidi M. Mitchell, Esq.