**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**Homemakers Real Estate, LLC,**

**CASE NO.: 6:25-bk-05570-GER**
**CHAPTER: 11**
**JUDGE: Grace E Robson**

**Debtor.** /

**OBJECTION TO CONFIRMATION CHAPTER 11 PLAN**

COMES NOW, The Carton Family Trust ("Secured Creditor"), by and through its undersigned counsel, and files its Objection to Confirmation of Debtor's Chapter 11 Plan (DE #303), pursuant to 11 U.S.C. §§ 1322 and 1325. In further support of its position, Secured Creditor states and alleges as follows:

1. Secured Creditor holds a security interest in Debtor's real property located at 2709 Cutlass Point Lane, Bldg 8, Unit 104, Merritt Island, FL 32953, by virtue of a mortgage recorded in Brevard County, Florida.

2. Secured Creditor filed its Proof of Claim, which reflects a secured pre-petition arrearage of $383,505.45, and a regular post-petition monthly mortgage payment of $0.00.

3. The Plan proposes to treat Secured Creditor's claim as an impaired claim and provides for payment of the claim through the Plan rather than providing for payment in accordance with the terms of the underlying loan documents and Secured Creditor's Proof of Claim.

4. The proposed treatment provides for an adequate protection payment of approximately $1,507.03 per month and a monthly Plan payment of $2,258.85, with a balloon payment due following the proposed sixty (60) month payment period. The proposed treatment does not provide for payment of the full amount asserted in Secured Creditor's Proof of Claim and therefore materially alters Secured Creditor's contractual rights.

5. Secured Creditor objects to the Plan's proposed treatment to the extent the Plan reduces the amount owed to Secured Creditor or otherwise provides for payment of less than the full amount of Secured Creditor's allowed secured claim

6. Pursuant to §§1322(b)(2) and 1325(a), Secured Creditor objects to Debtor's Plan as it proposes to impermissibly modify Secured Creditor's claim by remitting a lesser amount of arrearages, fees and costs, than that which Secured Creditor is entitled; thus, the proposed plan is not confirmable.

7. Pursuant to §1325(a)(6), Secured Creditor objects to Debtor's proposed Plan as it fails to present a feasible course of action that will allow Debtor to make all payments and comply with the plan.

8. Secured Creditor objects to the proposed treatment of its claim and requests that the Court require the Debtor to provide treatment consistent with the amount of Secured Creditor's allowed secured claim and applicable law, including appropriate treatment of the full amount owed and any applicable post-petition obligations.

**WHEREFORE,** Secured Creditor requests this Court deny confirmation of Debtor's Chapter 11 Plan or, in the alternative, require Debtor modify or amend the plan to overcome Secured Creditor's objections as stated herein, or provide any other and further relief as this Court deems just and proper.

Dated: October 7, 2026

Respectfully submitted,

By: /s/ Annalise DeLuca
Annalise DeLuca, 116897
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: adeluca@mtglaw.com
MTG File No.: 24-000497-09

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500 #6409
Orlando, FL 32806

**Via CM/ECF electronic service**
Justin M Luna
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801

Lara Roeske Fernandez
Chapter 11 Standing Trustee
101 E. Kennedy Boulevard
Bank Of America Plaza Ste 2700
Tampa, FL 33702

Dated: October 7, 2026

Respectfully submitted,

By: /s/ Annalise DeLuca
Annalise DeLuca, 116897
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: adeluca@mtglaw.com
MTG File No.: 24-000497-09