**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**Homemakers Real Estate, LLC,**

**CASE NO.: 6:25-bk-05570-GER**
**CHAPTER: 11**
**JUDGE: Grace E Robson**

**Debtor.** /

**OBJECTION TO CONFIRMATIONOF CHAPTER 11 PLAN**

COMES NOW, Tamamoi LLC ("Secured Creditor"), by and through its undersigned counsel, and files its Objection to Confirmation of Debtor's Chapter 11 Plan (DE #303), pursuant to 11 U.S.C. §§ 1322 and 1325. In further support of its position, Secured Creditor states and alleges as follows:

1. Secured Creditor holds a security interest in Debtor's real property located at 202 Ivory Coral Lane, Units 206, 303, 305, 402, 403, 404, 503, 504, 505, Merritt Island, FL 32953, by virtue of a mortgage recorded in Brevard County, Florida.

2. Secured Creditor timely filed its Proof of Claim asserting a secured pre-petition arrearage in the amount of $3,378,797.64. The Proof of Claim further reflects a regular post-petition monthly mortgage payment of $0.00.

3. The plan identifies Tamamoi, LLC as Class 4, with a claimed amount of $3,069,220.83, a proposed monthly adequate-protection payment of $12,276.88, an amortized monthly payment of $18,401.53, and a projected 60-month balloon of $2,856,043.

4. The Plan improperly proposes to modify and reduce Secured Creditor's secured claim without first establishing the validity and amount of the Debtor's asserted reduction. Specifically, the Plan identifies Secured Creditor's Class 4 claim as $3,069,220.83, notwithstanding Secured Creditor's Proof of Claim asserting a secured pre-petition arrearage of $3,378,797.64. The Plan further proposes to reduce the amount of Secured Creditor's claim based upon the Debtor's unadjudicated contention that the underlying loans are subject to Florida usury laws and that interest should be forfeited and previously paid interest credited against principal.

Secured Creditor disputes the Debtor's characterization of the claim and objects to any treatment based upon an unliquidated or unadjudicated reduction of its secured claim.

5. Pursuant to §§1322(b)(2) and 1325(a), Secured Creditor objects to the Plan as it proposes to impermissibly modify Secured Creditor's claim by remitting a lesser amount of arrearages, fees and costs, than that which Secured Creditor is entitled; thus, the proposed plan is not confirmable.

6. Pursuant to §1325(a)(6), Secured Creditor objects to proposed Plan as it fails to present a feasible course of action that will allow Debtor to make all payments and comply with the plan.

7. Secured Creditor also asserts the Plan has not been proposed in good faith, pursuant to §1325(a)(3) and (a)(7). The Plan's lack of feasibility and clearly evidence a lack of good faith preventing confirmation.

8. Secured Creditor therefore requests that the Court sustain this objection and require the Plan to provide treatment based upon the amount of Secured Creditor's allowed secured claim, without giving effect to the Debtor's proposed usury-based reduction unless and until such reduction is established through the appropriate adjudicative process.

**WHEREFORE,** Secured Creditor requests this Court deny confirmation of Debtor's Chapter 11 Plan or, in the alternative, require Debtor modify or amend the plan to overcome Secured Creditor's objections as stated herein, or provide any other and further relief as this Court deems just and proper.

Dated: October 7, 2026

Respectfully submitted,

By: /s/ Annalise DeLuca
Annalise DeLuca, 116897
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: adeluca@mtglaw.com
MTG File No.: 26-000170-07

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806

**Via CM/ECF electronic service**
Justin M Luna
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Suite 1400
Orlando, FL 32801

Lara Roeske Fernandez
Chapter 11 Standing Trustee
101 E. Kennedy Boulevard
Bank Of America Plaza
Ste 2700
Tampa, FL 33702

Dated: October 7, 2026

Respectfully submitted,

By: /s/ Annalise DeLuca
Annalise DeLuca, 116897
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: adeluca@mtglaw.com
MTG File No.: 26-000170-07