UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/14/2026 01:30 PM

COURTROOM 6D, 6th Floor

HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-05570-GER** | **11** | **09/02/2025** |

**Chapter 11**

**DEBTOR:** Homemakers Real Estate, LLC

**DEBTOR ATTY: Justin Luna**

**TRUSTEE: Lara Fernandez**

**HEARING:**

cont. Status Conference
1) DISCLOSURE STATEMENT HEARING
A. (Amodeo) Disclosure Statement (Doc #304) AMENDMENTS (Doc #426) AMENDED (Doc #433)
McPhillips Limited Objection (Doc #328)
Mainstreet's Objection (Doc #429)
Pedixon's Objection (Doc #430)
B. (Trustee) Disclosure Statement (Doc #395) FIRST AMENDED (Doc #434)
IMQA's Objection to Disclosure Statement (Doc #413)
Amodeo's Objection to Trustee's Disclosure Statement (Doc #426)
2) Rost's Request for Payment of Administrative Expenses Amount Requested: $78,927.50 (Doc #340)
Trustee's Objection (Doc #388)
Rost's Response (Doc #418)
PENDING:
USA's Notice of Criminal Restitution Lien on all Assets of Frank L. Amodeo (Doc #387)
Chapter 11 Plan (by Amodeo) (Doc #303) Amended Plan (Doc #432)
Brevard Tax Collector's Objection to (Amodeo) Plan (Doc #422)
Trustee's Chapter 11 Plan (Doc #394)
Trustee's Objection to Claim(s). Claim No. 69 of Paul Rene, Jr (Doc #416) filed 9/30/26 w/NN
Trustee's Objection to Claim(s). Claim No. 67 of Pedixon, LLC. (Doc #419) filed 10/2/26 w/NN
Trustee's Objection to Claim(s). Claim No. 68 of ZPD, LLC. (Doc #420) filed 10/2/26 w/NN
Trustee's Objection to Claim(s). Claim No. 71-1 of Tiered Capital, Inc. (Doc #421) filed 10/2/26 w/NN
Trustee's Objection to Claim(s). Claim No. 65-1 of Tamamoi LLC (Doc #424) filed 10/6/26 w/NN
Trustee's Objection to Claim(s). Claim No. 66-1 of The Carton Family Trust (Doc #425) filed 10/6/26 w/NN
Amodeo's Motion to Disallow Claims 67 and 68 and Request Court Comply with Section 502(d) (Doc #423) filed 10/2/26
Note: 12/17/25; 2/3/26; 4/15/26; 5/20/26; 6/9/26; 7/14/26; 8/19/26
Involuntary filed 9/2/25
341 scheduled: 7/16/26 - concluded
Claims Deadline: 11/12/26
Plan / DS due: 9/18/26

Schedules (Doc #273)
MOR August 2026 (Doc #415)
Future Hearing:
Order (1) Shortening Time and (2) Scheduling Hearing on Disclosure Statements (Doc #397)
Prior Case:
25-02685 Ch11 filed in Florida Middle on 05/05/2025, Dismissed for Other Reason on 06/27/2025

**APPEARANCES:**: Lara Roeske Fernandez, Rhys Leonard (Trustee); Audrey Aleskovsky (US Trustee Atty); Larry Kosto (CTO/IMQA Atty); Jeffrey Ainsworth, Jennifer Morando (Pedixon Atty); Elizabeth Wulff (Carton/Tamamoi Atty); Matthew Liebert, Michael Paasch (H. Johnson Atty); Frank Amodeo (Creditor); Christopher Crowder (Cape Crossing HOA Atty); Ryan Davis (Brevard Tax Collector Atty); Justin Luna (Mainstreet Atty)

**RULING:**
cont. Status Conference

1) DISCLOSURE STATEMENT HEARING

A. (Amodeo) Disclosure Statement (Doc #304) AMENDMENTS (Doc #426) AMENDED (Doc #433) - Amodeo to file Amended Disclosure Statement by 10/19/26; cont. to November 13, 2026 at 9:30 am; (AOCNFNG);

B. (Trustee) Disclosure Statement (Doc #395) FIRST AMENDED (Doc #434) - Conditionally Approved; cont. to November 19, 2026 at 9:30 am;Order by CHAMBERS;

2) Rost's Request for Payment of Administrative Expenses Amount Requested: $78,927.50 (Doc #340) - cont. to November 13, 2026 at 9:30 am; (AOCNFNG);

NOTE: Trustee's Chapter 11 Plan (Doc #394) - CONFIRMATION to be scheduled on November 19, 2026 at 9:30 am:Order by CHAMBERS;

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.