**[Drtnchk]** [Returned Funds Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

www.flmb.uscourts.gov

Jose A Rodriguez
Clerk of Court

Danielle Howie
Supervisor

Date: November 3, 2026

Case Number: 6:25−bk−05570−GER

Debtor:

Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806

Enclosed is your payment in the amount of $ 396.04 . It is being returned to you for the following reason(s):

☐ The Court does not accept cash. Please resubmit payment by **money order** or **cashier's check** made payable to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐ The Court cannot accept a debtor's check. Please resubmit your payment by **money order** or **cashier's check** made payable to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐ The Court cannot accept a personal check from a non−attorney filer. Please resubmit your payment by **money order** or **cashier's check** made payable to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐ The "Pay To The Order Of" information in your payment is incorrect. Please resubmit your cashier's check/money order made payable to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐ Your payment does not reflect the correct amount due. Please resubmit your cashier's check/money order in the amount of $ to: ***Clerk, United States Bankruptcy Court*** within seven (7) days.

☐ Your cashier's check/money order was received unsigned. Please sign and resubmit the payment within seven (7) days.

☐ The Court is unable to determine how to post your payment with the information provided. Please resubmit your cashier's check/money order with detailed supporting documentation.

☐ The fee has already been paid.

☑ Comments: The Court is unable to post a payment for a Proof of Claim.

**PLEASE RETURN THIS FORM WITH YOUR RESPONSE**

Magaly Justiniano
407−237−8000