**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

Case No. 6:25-bk-05570-GER
Chapter 11

HOMEMAKERS REAL ESTATE, LLC,

Debtor.
_______________________________________/

**RESPONSE OF PEDIXON, LLC TO**
**CHAPTER 11 TRUSTEE'S OBJECTION TO CLAIM NO. 67**

PEDIXON, LLC ("Pedixon"), by and through undersigned counsel, hereby files this response (the "Response") to the Objection to Claim No. 67 of Pedixon (Doc. No. 419) (the "Objection") filed by Lara Roeske Fernandez, the Chapter 11 Trustee (the "Trustee"), and in support states as follows:

1. On July 30, 2026, Pedixon filed Claim No. 67 (the "Claim") against the Debtor in the amount of $4,779,864.58, based upon the Debtor's guarantee of indebtedness under the consolidated loan agreement dated September 14, 2023.

2. On October 2, 2026, the Trustee filed the Objection, seeking to disallow the Claim in its entirety or, in the alternative, to reduce it to the net amount actually due, and reserving the right to amend or supplement the Objection.

3. Pedixon and the Trustee, together with the other parties in interest, are attempting to reach a global settlement resolving, among other things, the matters raised in the Objection.

4. Pedixon files this Response out of an abundance of caution to preserve its rights with respect to the Claim and the Objection pending the Court's consideration of the parties' global settlement. Pedixon does not, by this Response, waive any rights, claims, or defenses, all of which are expressly reserved.

5. To the extent the Court does not approve the parties' forthcoming global settlement, Pedixon expressly reserves the right to amend or supplement this Response, to assert any and all additional or further responses, objections, defenses, and legal and factual arguments in opposition to the Objection, and to request an evidentiary hearing on the Objection.

6. Pedixon requests that, in the event the global settlement is not approved, the Court set the Objection for a further status conference or hearing and establish a schedule for the parties to litigate the matters raised in the Objection.

WHEREFORE, Pedixon respectfully requests that the Court (i) defer consideration of the Objection pending the Court's consideration of the parties' global settlement; (ii) in the event the global settlement is not approved, permit Pedixon to amend or supplement this Response and set the Objection for further hearing; and (iii) grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 4th day of November, 2026.

/s/ Cole B. Branson
COLE B. BRANSON, ESQ.
Florida Bar No. 1049610
JEFFREY S. AINSWORTH
Florida Bar No. 60769
**Branson Ainsworth PLLC**
1501 E. Concord St.
Orlando, FL 32803
Phone: 407-894-6834
Fax: 407-894-8559
E-mail: cole@bransonlaw.com
jeff@bransonlaw.com
Secondary: tammy@bransonlaw.com
nataly@bransonlaw.com
*Attorneys for PEDIXON, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 4, 2026, a true and correct copy of the foregoing was furnished by CM/ECF to all registered CM/ECF recipients, including counsel to the Chapter 11 Trustee.

/s/ Cole B. Branson
COLE B. BRANSON, ESQ.