**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,

Case No. 6:25-bk-05570-GER
Chapter 11

Debtor.
_______________________________________/

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH DEADLINES SET IN THE ORDER (I) CONDITIONALLY APPROVING AMENDED DISCLOSURE STATEMENT, (II) SCHEDULING COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING, (III) SETTING RELATED DEADLINES, AND (IV) SETTING DEADLINE FOR FILING ADMINISTRATIVE EXPENSE APPLICATIONS**
(Doc. No. 437)

Lara Roeske Fernandez, the duly appointed Chapter 11 Trustee (the "**Trustee**") in this case, by and through her counsel, requests an extension of time to comply with the deadline for filing administrative expense applications and fee applications by professionals set forth in the Order (I) Conditionally Approving Amended Disclosure Statement, (II) Scheduling Combined Disclosure Statement And Confirmation Hearing, (III) Setting Related Deadlines, and (IV) Setting Deadline For Filing Administrative Expense Applications (Doc. No. 437) (the "**Order**") and in support thereof states:

**Requested Relief**

The Trustee requests an extension of the deadline to file the fee application for herself and her professionals, Larry S. Hyman, C.P.A., P.A. ("**Mr. Hyman**") and her counsel, Trenam Law ("**Trenam**"), until Friday, November 13, 2026. The Trustee requests that the relief requested be granted without the necessity of a hearing.

**Background**

1. This case was filed on September 2, 2025, as an involuntary petition against

Homemakers Real Estate, LLC ("**Debtor**").

2. The Court conducted a multi-day trial on whether to dismiss the involuntary petition (see Doc. Nos. 128, 208) and, in May 2026, entered its Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines (Doc. No. 229), which provided, in part, a limited period of time for Kenneth Dixon and Horton Johnson to resolve the issue of ownership and control of the Debtor before the appointment of a Chapter 11 Trustee.

3. That resolution did not timely occur, and the Trustee was appointed in June 2026, by Order Approving Appointment of Chapter 11 Trustee (Doc. No. 252). The Court thereafter entered orders approving the Trustee's application to employ Trenam as Trustee's counsel (Doc. No. 282) and Mr. Hyman as Trustee's accountant (Doc. No. 343).

4. On October 15, 2026, this Court entered the Order conditionally approving the Trustee's Amended Disclosure Statement (Doc. No. 434) and scheduling a combined disclosure statement and confirmation hearing on the Trustee's Chapter 11 Plan of Liquidation (Doc. No. 394) for November 19, 2026. The Order provided, in part, under paragraphs 11 and 12, that administrative expense and fee applications be filed no later than fourteen (14) days before the confirmation hearing.

5. The Trustee is currently reviewing the expenses of her duly appointed accountant, Mr. Hyman, as well as those of her counsel, Trenam Law and needs additional time to complete that review.

6. No party will be prejudiced by the requested extension.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order granting this Motion, extending the time for the Trustee to file the applications listed above from November

5, 2026, through and including November 13, 2026, and for such other and further relief as is just.

Dated: November 5, 2026

*/s/ Rhys P. Leonard*
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2026, a true and correct copy of the foregoing was sent electronically via CM/ECF to all registered participants.

*/s/ Rhys P. Leonard*
Rhys P. Leonard