**ORDERED.**

**Dated: November 06, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,

Debtor.
______________________________________/

Case No. 6:25-bk-05570-GER
Chapter 11

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLY WITH DEADLINES SET IN THE ORDER (I) CONDITIONALLY APPROVING AMENDED DISCLOSURE STATEMENT, (II) SCHEDULING COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING, (III) SETTING RELATED DEADLINES, AND (IV) SETTING DEADLINE FOR FILING ADMINISTRATIVE EXPENSE APPLICATIONS**
(Doc. No. 453)

THIS CASE came on for consideration, without hearing, upon the Motion For Extension Of Time To Comply With Deadlines Set In The Order (I) Conditionally Approving Amended Disclosure Statement, (II) Scheduling Combined Disclosure Statement And Confirmation Hearing, (III) Setting Related Deadlines, And (IV) Setting Deadline For Filing Administrative Expense Applications (the "**Motion**"[1]) filed by Lara Roeske Fernandez, Chapter 11 Trustee

[1] Capitalized terms not otherwise defined herein have the same meaning and definition as in the Motion.

("**Trustee**") on November 5, 2026. The Court finds that the Trustee's Motion should be approved. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Trustee's Motion is granted.

2. The deadline set in paragraph 11 of the Order (I) Conditionally Approving Amended Disclosure Statement, (II) Scheduling Combined Disclosure Statement And Confirmation Hearing, (III) Setting Related Deadlines, And (IV) Setting Deadline For Filing Administrative Expense Applications (Doc. No. 437) by which the Trustee shall file the fee applications for herself and her professionals, Larry S. Hyman, C.P.A., P.A. and Trenam Law, is extended from November 5, 2026, through and including November 13, 2026.

****

Attorney Rhys P. Leonard is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.