**ORDERED.**

**Dated: November 09, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC,

Debtor.
_____________________________________/

Case No. 6:25-bk-05570-GER
Chapter 11

**AGREED ORDER SUSTAINING IN PART CHAPTER 11 TRUSTEE'S OBJECTION TO REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE OF BRENNAN MANNA DIAMOND, P.L.**
(Doc. No. 388)

**THIS CASE** came before the Court without a hearing on (a) the *Request for Payment of Administrative Expense of Brennan Manna Diamond, P.L.* (Doc. No. 340) (the "Administrative Expense Claim") in the asserted amount of $78,927.50, filed by Brennan Manna Diamond, P.L. ("BMD"), (b) the *Objection to Request for Payment of Administrative Expense of Brennan Manna Diamond, P.L.* (Doc. No. 388) (the "Objection") filed by Lara Roeske Fernandez, the Chapter 11 Trustee (the "Trustee"), and (c) the *Response to Objection [to] Request for Payment of*

*Administrative Expense of Brennan, Manna & Diamond, P.L.* (Doc. 418) filed by BMD.[1] By submission of this order for entry, the submitting counsel represents that the opposing counsel consents to its entry. The Court, having considered the Administrative Expense Claim and the Objection and being advised that the parties have reached a resolution of the Objection, it is

**ORDERED** that:

1. The Objection (Doc. No. 388) is **SUSTAINED in part**, as set forth below.

2. The Administrative Expense Claim filed by BMD is allowed in the reduced amount of $30,000.00 pursuant to 11 U.S.C. § 503(b)(4).

3. Unless otherwise ordered by the Court, the Trustee shall make payment to BMD on the Administrative Expense Claim at a time and in a manner consistent with the payment of all other allowed administrative expense claims incurred during the pendency of this case and consistent with the classification scheme set forth in 11 U.S.C. § 726(a).

4. The continued preliminary hearing currently scheduled for November 13, 2026, at 9:30 a.m., on the Administrative Expense Claim and the Objection is hereby **CANCELLED**.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

###

Attorney Rhys P. Leonard is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

[1] The Court initially scheduled a preliminary hearing on the Administrative Expense Claim for October 15, 2026, at 1:30 p.m. (Doc. No. 356) but continued that preliminary hearing to November 13, 2026, at 9:30 a.m. (Doc. No. 438) to allow the Trustee and BMD additional time to consensually resolve the Objection.