**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED ORL INTAKE- USBC
10 NOV 2026 PM2:09

In re:

HOMEMAKERS REAL ESTATE, LLC, Case No. 6:25-bk-05570-GER

Debtor. Chapter 11

_______________________________/

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 69-1 WITH PREJUDICE**

Creditor Paul Rene, Jr. ("Claimant"), under Federal Rule of Bankruptcy Procedure 3006, gives notice that he withdraws, with prejudice, Proof of Claim No. 69-1 filed in this case on July 31, 2026, in the amount of $1,634,600.00, asserted as secured in the amount of $1,468,484.37 and unsecured in the amount of $166,115.63 (the "Claim").

Claimant consents to the disallowance of the Claim in its entirety, with prejudice, and requests that the Clerk of Court mark the Claim as withdrawn on the claims register.

This withdrawal applies only to Claim No. 69-1 in this case. It does not withdraw, waive, release or affect any claim, lien, mortgage or other right of Claimant in In re Canaveral Crossroads, LLC, Case No. 6:26-bk-05426-GER, or in any other case or proceeding.

Dated: October 26, 2026

_______________________________

Paul Rene, Jr., pro se
116 S. Magnolia Avenue, Suite 3E
Ocala, Florida 34471
(407) 601-9493

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on ~~October 26~~ November 9, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all parties registered to receive electronic notice in this case, including Lara Roeske Fernandez, Chapter 11 Trustee, and the Office of the United States Trustee.

Paul Rene, Jr., pro se