UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

HOMEMAKERS REAL ESTATE, LLC,

Case no.: 6:25-bk-05570-GER
Chapter 11

Debtor.
________________________________/

**OBJECTION TO SECOND AMENDED PLAN OF REORGANIZATION PROPOSED BY FRANK L. AMODEO, A CREDITOR AND PARTY IN INTEREST [DOC. 440]**

LISA CULLEN, BREVARD COUNTY TAX COLLECTOR (the "Tax Collector"), files this Objection to the Second Amended Plan of Reorganization Proposed by Frank L. Amodeo, a Creditor and Party in Interest [Doc. 440], and states:

1. The Tax Collector is the holder of forty-seven (47) secured claims against the Debtor in the total amount of $312,465.76, each with interest at 18% (each of the individual claims are collectively hereinafter referred to as "Claims"), as more fully set forth in **Exhibit "A."** The Tax Collector also filed ten (10) Notices of Additional Creditors, wherein the Tax Collector alerted the Debtor that tax certificates were sold for various tax years [Docs. 291-300].

2. Pursuant to section 197.122, *Florida Statutes*, the Tax Collector's Claims are secured by a valid first lien on the real property owned by the Debtor.

3. The Creditor's proposed Chapter 11 Plan provides for monthly payments to the Tax Collector over five years, with payment in full no later than May 21, 2031.

4. The Creditor's proposed Chapter 11 Plan further provides that the Creditor contends that the underlying assessments overstate the fair market value of the Units by approximately 25-30%, and reserves the right to contest the assessments under section 505 of the Code. Doc. 440, p. 20.

5. 11 U.S.C. § 505(a)(2)(C) provides that the court cannot determine "the amount or legality of any amount arising in connection with an ad valorem tax on real or personal property of the estate, if the applicable period for contesting or redetermining that amount under applicable nonbankruptcy law has expired."

6. Chapter 194 of the Florida Statutes sets forth the timeline and applicable deadlines for contesting real property tax assessments. The deadline to contest valuation is on or before the 25th day following the mailing of notice by the property appraiser. §194.011(3)(d).

7. The most recent Notice of Proposed Property Taxes were mailed by the Brevard County Property Appraiser on August 18, 2026. As such, to contest the valuation of property located in Brevard County, Florida, the petition had to be filed on or before September 12, 2026 – which has already passed.

8. Notably, the Tax Collector's Claims include only prepetition unpaid real property taxes through the 2025 tax year. The deadline to contest the 2025 tax assessments under applicable nonbankruptcy law was September 12, 2025 – which has also passed. As such, there is no avenue available to contest the valuation or assessments as requested in the Creditor's Second Amended Plan.

9. Based on the foregoing, the Creditor's proposed Chapter 11 Plan seeks to reserve rights to contest the Tax Collector's claims under statutory remedies that are not available, and as such, the Second Amended Plan cannot be confirmed.

WHEREFORE, LISA CULLEN, BREVARD COUNTY TAX COLLECTOR, respectfully requests that this Court enter an Order denying confirmation, or, in the alternative, confirming a plan of reorganization that does not reserve rights that are unavailable to the Reorganized Debtor, or any parties in interest, in accordance with the Code.

DATED November 12, 2026.

*/s/ Heidi M. Mitchell*
Heidi M. Mitchell, Esq.
Florida Bar No. 0121988
hmitchell@whww.com
mquallio@whww.com
**Winderweedle, Haines, Ward & Woodman PA**
P.O. Box 880
Winter Park, Florida 32790
(407) 423-4246
(407) 645-3728 (facsimile)
*Attorney for Brevard County Tax Collector*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2026 a true and correct copy of the foregoing has been served via:

**CM/ECF:**

James Timko, Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, PA, 420 S Orange Avenue, Suite 700, Orlando, FL 32801, Email: jtimko@deanmead.com

Lara Roeske Fernandez, 101 E. Kennedy Boulevard, Bank of America Plaza, Ste 2700, Tampa, FL 33702

United States Trustee – ORL, Office of the United States Trustee , George C Young Federal Building , 400 West Washington Street, Suite 1100, Orlando, FL 32801

And all others receiving notice via the CM/ECF system.

**U.S. Mail:**

Homemakers Real Estate, LLC, 2875 S. Orange Ave, Suite 500, #6409, Orlando, FL 32806

*/s/ Heidi M. Mitchell*
Heidi M. Mitchell, Esq.

**EXHIBIT A**

| Claim No. | Amount |
|---|---|
| 10 | $6,671.57 |
| 11 | $5,807.27 |
| 12 | $6,671.57 |
| 13 | $5,807.27 |
| 14 | $7,467.62 |
| 15 | $6,499.71 |
| 16 | $7,467.62 |
| 17 | $6,499.71 |
| 20 | $7,174.54 |
| 21 | $6,246.87 |
| 22 | $7,614.65 |
| 23 | $6,626.65 |
| 24 | $6,626.65 |
| 25 | $7,614.80 |
| 26 | $6,626.65 |
| 27 | $7,614.80 |
| 32 | $7,137.00 |
| 33 | $6,373.80 |
| 34 | $7,321.69 |
| 35 | $6,690.12 |
| 36 | $7,688.32 |
| 37 | $6,690.12 |
| 38 | $6,437.28 |
| 39 | $6,847.73 |
| 40 | $6,690.12 |
| 41 | $6,690.12 |
| 42 | $5,797.35 |
| 43 | $6,660.11 |
| 44 | $5,807.27 |
| 45 | $6,671.57 |
| 46 | $5,810.57 |
| 47 | $6,675.55 |
| 48 | $6,437.28 |
| 49 | $7,395.26 |
| 50 | $6,753.59 |
| 51 | $7,761.94 |
| 52 | $6,753.59 |
| 53 | $6,753.59 |
| 54 | $7,761.94 |
| 55 | $6,500.74 |
| 56 | $7,468.84 |
| 57 | $4,982.22 |

| | |
|---|---|
| 58 | $5,715.22 |
| 59 | $4,972.32 |
| 60 | $5,703.72 |
| 61 | $5,807.27 |
| 62 | $6,671.57 |
| | $312,465.76 |