**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**CASE NO.: 6:25-bk-05570-GER**

**HOMEMAKERS REAL ESTATE, LLC,**

**CHAPTER 11**

**Debtor.**
**______________________________________/**

**MOTION FOR EXTENSION OF TIME TO**
**OBJECT TO CONFIRMATION OF THE PLAN**

Creditor, MAINSTREET COMMNITY BANK OF FLORIDA ("Mainstreet"), by and through its undersigned counsel, hereby moves this Court for an enlargement of time to object to the Confirmation of the Chapter 11 Trustee's Plan of Reorganization and states as follows:

1. This Court entered the Order (I) Conditionally Approving Amended Disclosure Statement, (II) Scheduling Combined Disclosure Statement and Confirmation Hearing, (III) Setting Related Deadlines, and (IV) Setting Deadline For Filing Administrative Expense Applications (Doc No. 437) (The "Order") setting the deadline to object to the Plan as of Thursday, November 12, 2026.

2. Mainstreet was negotiating Plan terms with the Chapter 11 Trustee but due to the nationwide Mircrosoft outage those negotiations were cut short. In order to attempt to facilitate consensual Plan terms we are requesting an extension until Monday, November 16, 2026 to object to the Plan.

3. This Motion is not submitted for the purposes of delay, but rather, to allow counsel the additional time necessary to file an objection, if necessary.

**WHEREFORE**, Mainstreet respectfully request that this Court enter an Order granting an enlargement of time of up to and including November 16, 2026 within which to serve, if any, objection necessary to the Plan.

**DATED** this 12 day of November 2026.

*/s/ Justin M. Luna*
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
jluna@lathamluna.com
L. William Porter III
Fla. Bar No. 0116882
bporter@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
201 S. Orange Ave., Suite 1400
P. O. Box 3353 (Orlando, FL 32802-3353)
Orlando, Florida 32802-3353
Telephone: 407-481-5800
Facsimile: 407-481-5801
Secondary e-mail: bknotice1@lathamluna.com
*Attorneys for Mainstreet Community Bank of Florida*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**CASE NO.: 6:25-bk-05570-GER**

**HOMEMAKERS REAL ESTATE, LLC,**

**CHAPTER 11**

**Debtor.**
_______________________________________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing **MOTION FOR EXTENSION OF TIME TO OBJECT TO CONFIRMATION OF THE PLAN** has been furnished by electronic or First Class U.S. Mail postage prepaid to Debtor, **Homemakers Real Estate, LLC**, 2875 S. Orange Ave., Suite 500, #6409, Orlando, Florida 32806; **Scott R. Rost, Esq.,** and to all parties entitled to receive notice via CM/ECF, this 12th day of November 2026.

*/s/ Justin M. Luna*
**Justin M. Luna, Esq.**