**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC, Case No. 6:25-bk-05570-GER
Chapter 11

Debtor.
______________________________________/

# LARRY S. HYMAN, C.P.A, P.A.'S VERIFIED FIRST INTERIM APPLICATION FOR COMPENSATION AS ACCOUNTANT TO THE CHAPTER 11 TRUSTEE

## Summary of Request for Allowance

| | |
|---|---|
| *Name of Applicant:* | Larry S. Hyman, C.P.A., P.A., Accountant to the Chapter 11 Trustee |
| *Services provided to:* | Chapter 11 Trustee |
| *Date of Order of Appointment signed:* | August 20, 2026 (Doc. 343) |
| *Period for this Application:* | August 20, 2026 through November 20, 2026[1] |
| *Amount of Original Retainer:* | n/a |
| *Current Balance from Original Retainer:* | n/a |
| *Amount of Compensation Sought:* | $3,480.00 |
| *Cumulative Hours:* | 8.00 |
| *Hourly Rate:* | $435.00 |
| *Costs/Expenses:* | $0.00 |
| *Total Administrative Expense:* | $3,480.00 |

Disclose each prior application: N/A

Larry S. Hyman, C.P.A., P.A. ("Mr. Hyman"), the duly appointed Accountant to the Chapter 11 Trustee (the "Trustee") in this case respectfully applies to this Court for allowance of its fees in the total amount of $3,480.00 for the period of August 20, 2026 through November 20, 2026 (the "Application Period").

[1] Mr. Hyman's current fees are $2,610.00; however, he is in the process of preparing the October MOR in which he will incur $870.00. Therefore, this application requests compensation for this additional time and reflects that the time will be incurred through November 20, 2026.

**Background**

1. This case was filed on September 2, 2025, as an involuntary petition against Homemakers Real Estate, LLC (Doc. 1.)

2. The Debtor's primary assets are eighteen condominium units and eight townhouse units located in the Cape Crossing Resort & Marina in Merritt Island, Brevard County, Florida (collectively, the "**Units**"). The Units are used as vacation rentals.

3. The Court conducted a multi-day trial on whether to dismiss the involuntary petition (see Doc. Nos. 128, 208) and, in May 2026, entered its Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines (Doc. No. 229), which provided, in part, a limited period of time for Kenneth G. Dixon and Horton S. Johnson to resolve the issue of ownership and control of the Debtor before the appointment of a Chapter 11 Trustee.

4. That resolution did not timely occur, and the Trustee was appointed on June 12, 2026, by Order Approving Appointment of Chapter 11 Trustee (Doc. No. 252) and began collecting the net monthly rental proceeds from the Units.

5. The Amended Application to Employ Larry S. Hyman, C.P.A., P.A. as Accountant to the Chapter 11 Trustee was filed on July 30, 2026 (Doc. No. 325) and an order approving the motion was entered on August 20, 2026 (Doc. No. 343).

**Summary of Requested Compensation**

6. Mr. Hyman assisted the Trustee with:

   a. Preparing Monthly Operating Reports; and

   b. Reconciling Debtor's books and records.

5. As reflected herein, Mr. Hyman seeks compensation for services rendered for the benefit of the estate during the Application Period in the amount of $3,480.00.

6. Mr. Hyman attaches, as **Exhibit A**, a detailed narrative of the services provided by him during the Application Period. The detailed narrative reflects time entries contemporaneous with the date that the services were performed. The hourly rate was $435.00, and as set forth above.

**WHEREFORE**, Larry S. Hyman, C.P.A., P.A. requests that it be awarded and allowed compensation for professional services rendered in the sum of **$3,480.00**, or such amount as the Court shall deem fair and reasonable under the circumstances herein.

Dated: November 13, 2026

*/s/ Rhys P. Leonard*
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

________________________________
Larry S. Hyman

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2026, a true and correct copy of the foregoing was sent electronically via CM/ECF to all registered participants.

*/s/ Rhys P. Leonard*
Attorney

# **EXHIBIT A**

**Larry S. Hyman, CPA and Associates**
PO Box 18625
Tampa, FL 33679
813-875-2701

LARRY S. HYMAN, C.P.A. and ASSOCIATES

**Tax ID: 20-0258272**

November 10, 2026

HOMEMAKERS REAL ESTATE, LLC

Invoice Period: 07-29-2026 - 11-20-2026

**RE: Services Performed as Chapter 11 Financial Advisor**

## Time Details

| Date | Staff Member | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-29-2026 | Larry S. Hyman | Consultation with the chapter 11 trustee re: case matters | 0.60 | 435.00 | 261.00 |
| 09-27-2026 | Larry S. Hyman | Review bank statements and Management reports, reflecting rents and expenses, forwarded by the Trustee. Multiple communications with the Trustee re: same. | 0.90 | 435.00 | 391.50 |
| 09-28-2026 | Larry S. Hyman | Prepare Amended MOR's for the months of July & August 2026. | 2.20 | 435.00 | 957.00 |
| 10-14-2026 | Larry S. Hyman | Review bank statement and management reports for the month of September, forwarded by the Trustee. Communications with the Trustee re: same. | 0.80 | 435.00 | 348.00 |
| 10-16-2026 | Larry S. Hyman | Prepare MOR for the month of September 2026. Forward same to the Trustee. Communications with the Trustee re: same. | 1.50 | 435.00 | 652.50 |
| 11-20-2026 | Larry S. Hyman | Prepare MOR for the month of October 2026. (Anticipated) | 2.00 | 435.00 | 870.00 |
| | | | **Total** | | 3,480.00 |

## Time Summary

| Staff Member | Hours | Amount |
|---|---|---|
| Larry S. Hyman | 8.00 | 3,480.00 |
| **Total** | | 3,480.00 |

**Total for this Invoice** 3,480.00

# Client Statement of Account

As of 11-10-2026

| Project | | Balance Due |
|---|---|---|
| Services Performed as Chapter 11 Financial Advisor | | 3,480.00 |
| | **Total Amount to Pay** | **3,480.00** |

## Services Performed as Chapter 11 Financial Advisor

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 11-10-2026 | Invoice 146 | | | 3,480.00 |
| | | | **Balance** | **3,480.00** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 11-10-2026 | Invoice 146 | 3,480.00 | | 3,480.00 |
| | | | **Balance** | **3,480.00** |