**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC, Case No. 6:25-bk-05570-GER
Chapter 11

Debtor.
_______________________________________/

**CHAPTER 11 TRUSTEE LARA ROESKE FERNANDEZ'S VERIFIED FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF COSTS**

**Summary of Request for Allowance**

| | |
|---|---|
| *Name of Applicant:* | Lara Roeske Fernandez, Chapter 11 Trustee |
| *Services provided to:* | Debtor |
| *Date of Order of Appointment signed:* | June 12, 2026 (Doc. 252) |
| *Period for this Application:* | June 11, 2026 through October 31, 2026 |
| *Amount of Original Retainer:* | n/a |
| *Current Balance from Original Retainer:* | n/a |
| *Amount of Compensation Sought:* | $129,657.00 |
| *Amount of Expense Reimbursement:* | $0.00 |
| *Cumulative Hours:* | 195.00 |
| *Total Administrative Expense:* | $129,657.00 |

Disclose each prior application: N/A

Lara Roeske Fernandez, the duly appointed Chapter 11 Trustee (the "**Trustee**") in this case respectfully applies to this Court for allowance of her fees and costs in the total amount of $129,657.00 for the period of June 11, 2026 through October 31, 2026 (the "**Application Period**").

**Background**

1. This case was filed on September 2, 2025, as an involuntary petition against Homemakers Real Estate, LLC (the "**Debtor**") (Doc. 1).

2. The Debtor's primary assets are eighteen condominium units and eight townhouse units located in the Cape Crossing Resort & Marina in Merritt Island, Brevard County, Florida

(collectively, the "**Units**"). The Units are used as vacation rentals.

3. The Court conducted a multi-day trial on whether to dismiss the involuntary petition (see Doc. Nos. 128, 208) and, in May 2026, entered its Order (1) Denying Motion to Dismiss and Motion to Abstain, (2) Entering Order for Relief, and (3) Setting Deadlines (Doc. No. 229), which provided, in part, a limited period of time for Kenneth G. Dixon and Horton S. Johnson to resolve the issue of ownership and control of the Debtor before the appointment of a Chapter 11 Trustee.

4. That resolution did not timely occur, and the Trustee was appointed on June 12, 2026, by Order Approving Appointment of Chapter 11 Trustee (Doc. No. 252) and began collecting the net monthly rental proceeds from the Units.

**Summary of Requested Compensation**

5. Upon appointment, the Trustee initially focused her efforts on stabilizing the Units owned by the Debtor, understanding the alleged transfers to various parties, sifting through all of the allegations from all constituents regarding the Units, the reasons for the "mismanagement" and otherwise convoluted background involving the ownership of the Debtor, the Units and overall issues surrounding the involuntary bankruptcy filing. As detailed by prior filings (*see, e.g.*, Initial Status Report (Doc. 305) and Motion to Compromise Controversy (Doc. 372)), the Trustee spent considerable time unwinding the complex issues into workable solutions.

6. The Trustee worked closely with the property manager regarding the Units' expenses, bookings, and homeowner association issues.

7. The Trustee also worked with the secured creditors to obtain initial use of cash collateral, collection of all income into the Debtor and providing the Trustee with the opportunity to focus on next steps with regard to the sale of the Units. The Trustee initially achieved a

compromise involving the immediate need for the replacement of the roof on the condominium building, influx of certain cash and stabilization of the Units. *See* Docs. No. 372, 379.

8. The Trustee further attended a judicial settlement conference (*see* Doc. No. 386) and worked with assorted parties on a global resolution involving parties related to certain litigation claims and/or claim objections. The Motion to Compromise to approve that global settlement agreement was filed on November 12, 2026. *See* Doc. No. 459.

9. The Trustee hired the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. as her counsel, which application was approved by this Court. Trenam shall file an interim request for fees by separate application.

10. As reflected herein, the Trustee seeks compensation for services rendered for the benefit of the estate during the Application Period in the amount of $129,657.00. The Trustee's hourly rate is $665.00.

11. The Trustee attaches, as **Exhibit A**, a detailed narrative of the services provided by her during the Application Period. The detailed narrative reflects time entries contemporaneous to the date that the services were performed.

**WHEREFORE**, Lara Roeske Fernandez, the Chapter 11 Trustee, requests that she be awarded and allowed compensation for professional services rendered in the total sum of $129,675.00, or such amount as the Court shall deem fair and reasonable under the circumstances herein.

Dated: November 13, 2026

*/s/ Lara Roeske Fernandez*
Lara Roeske Fernandez
Florida Bar No. 0088500
lfernandez@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS PA
101 E. Kennedy Boulevard, Suite 2700

Tampa, FL 33602
Telephone: (813) 223-7474

**VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Lara Roeske Fernandez*
Lara Roeske Fernandez

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2026 a true and correct copy of the foregoing has been furnished by CM/ECF electronic service to all CM/ECF registered participants.

*/s/ Lara Roeske Fernandez*
Trustee

**EXHIBIT A**

| Date | Hours | Amount | Narrative |
|---|---|---|---|
| 06/11/26 | 2.60 | $1,729.00 | Emails regarding appointment, next steps, background of case (.8); begin review of bankruptcy pleadings in three different bankruptcy cases (1.8). |
| 06/12/26 | 3.70 | $2,460.50 | Emails with and review multiple correspondence from UST office regarding appointment and requirements as trustee (.8); conference with Mr. Timko, Mr. Leonard (1.4); telephone conference with additional creditor counsel regarding background/retention (.7); strategy/preliminary analysis with Mr. Leonard, begin draft analysis of assets/outline of questions for various parties (.8). |
| 06/15/26 | 2.90 | $1,928.50 | Continue review of materials and draft outline/timeline and conference regarding background analysis (2.5); edits/comments to retention pleading for Trenam (.2); emails regarding bond requirements (.2). |
| 06/16/26 | 1.80 | $1,197.00 | Strategy/analysis regarding turnover of funds and related topics (1.0); review filings, including schedules, proofs of claims (.8). |
| 06/17/26 | 2.40 | $1,596.00 | Emails with Mr. Liebert regarding insurance coverage issue (.2); call with counsel for Tamamoi and Carton (1.0); work on bond submission, emails with UST office regarding multiple issues (.3); review and approve retention application (.2); strategy regarding connecting with HOA, property manager, and next steps (.3); provide comments to motion to extend time or excuse from filing schedules (.4) |
| 06/18/26 | 1.80 | $1,197.00 | Multiple calls with counsel for PEDixon (.8); strategy regarding next steps/further investigation/status report outline (.8); emails with Mr. Luna regarding MainStreet (.2). |
| 06/19/26 | 1.20 | $798.00 | Emails with Mr. Liebert (.2); strategy begin outline of status report (.7); emails with multiple parties regarding background/positions (.3). |
| 06/22/26 | 2.30 | $1,529.50 | Review additional transcripts on hearings and depositions (.8) ; emails and telephone conference with Mr. Liebert, UST office, Mr. Luna, Mr. Ainsworth regarding background, Mainstreet position, HOA information, insurance payment, possible resolution/negotiations with PE Dixon and strategy regarding same (1.5). |
| 06/23/26 | 1.70 | $1,130.50 | Multiple conference calls with creditors regarding proposals/ auction concept (1.0); emails with Mr. Timko (.2); review emails from Mr. Amodeo (.2); emails with various secured lenders regarding various issues (.3). |
| 06/24/26 | 2.00 | $1,330.00 | Strategy with Mr. Leonard, emails regarding draft order on extension, email with Mr. Timko for additional background/document (.6); telephone conference with Mr. Luna (.2); telephone conference with UST office (.4); review attachments and emails from Mr. Amodeo, initial acknowledgement (.8). |
| 06/25/26 | 1.80 | $1,197.00 | Strategy with Mr. Leonard on various aspects of case (.8); emails with Mr. Timko, receive/review docs (.6); finalize bond notice and confirm filing of same (.2); emails with Mr. Leibert regarding insurance payment (.2). |

| | | | |
|---|---|---|---|
| 06/26/26 | 2.00 | $1,330.00 | Draft timeline, analysis of pleadings/difference actions, positions of parties, review additional emails and documents from Mr. Amodeo, outline actions for additional documents/analysis of causes of action/Unit comparison. |
| 06/29/26 | 1.80 | $1,197.00 | Strategy regarding task list/next steps (1.0); emails with multiple creditors regarding updates/positions (.3); emails with UST regarding account (.2); emails with counsel for HOA (.1); emails regarding usury analysis (.2). |
| 06/30/26 | 0.80 | $532.00 | Instructions/strategy regarding status report (.5); emails with parties with various requests/updates (.3). |
| 07/01/26 | 1.10 | $731.50 | Telephone conference with Healy/real estate auction concept (.3); emails regarding opening account (.3); emails/instructions regarding 2004 requests (.2); review bankruptcy filings (.3). |
| 07/03/26 | 1.90 | $1,263.50 | Work on initial status report (1.0); emails with Mr. Amodeo with documents/updates (.5); conference with Mr. Ainsworth regarding update on various aspects of case (.4). |
| 07/06/26 | 2.60 | $1,729.00 | Additional emails with Mr. Timko, Mr. Amedeo (separately) (.4); revise and finalize 2004 examinations, instructions regarding filing (.3); emails with Ms. Savastano and Ms. Wuaff regarding cooperation/consent of secured creditor and additional documents/review of same (.3); emails/team's meeting with Pinnacle Bank regarding opening of DIP account, prepare documents (.5); emails with Mr. Crowder with HOA information/cursory review of same (.4); emails with Mr. Luna regarding secured creditor position and documents/review of same (.5); emails with Ms. Stricker (.2). |
| 07/07/26 | 3.00 | $1,995.00 | Emails with Mr. Luna, review documents requested from lender (.5); conference call and emails with Mr. Ainsworth and counsel for PEDixon, multiple times regarding requested documents, position of Ch. 11 trustee (2.0); emails/telephone conference with bank regarding account set up/execution of documents, checks and monthly fees (.5). |
| 07/08/26 | 1.70 | $1,130.50 | Multiple telephone conference and emails with Mr. Ainsworth (.6); strategy regarding initial status conference, open items for moving forward/task list (.5); emails and meeting with bank to open DIP account (.6). |
| 07/09/26 | 1.40 | $931.00 | Review and finalize remote appearance motion (.2); review additional filed proofs of claim (.3); work on interim report (.5); telephone conference with Mr. Ainsworth regarding possible forensic accountant, update on payment negotiations (.4). |
| 07/10/26 | 3.20 | $2,128.00 | Multiple telephone conferences with Mr. Ainsworth regarding new action, turnover of funds and next steps (.6); review tort action filed by Horton and emails with Mr. Amodeo (.3); review additional documents and continue draft/recommendation to initial report (.8); emails with Johnson regarding insurance (.2); strategy/outline of action items (.4); emails regarding Wells Fargo subpoena (.2); strategy regarding management company, accounting (.4); review of additional bankruptcy filings (.3). |
| 07/13/26 | 2.70 | $1,795.50 | Finalize initial report (.5); strategy regarding hearing, communications with creditors, filings (.8); organize account information/online access (.4); multiple emails with Mr. Amodeo and begin review of filings by Mr. Amodeo (.5); telephone conference with Mr. Ainsworth and emails regarding accounting (.5). |

| | | | |
|---|---|---|---|
| 07/14/26 | 4.60 | $3,059.00 | Multiple telephone conference with parties-in-interest (1.0); review recently filed pleadings, emails with Ms. Pitkanen/review of documents (1.2); teams meeting with Bank regarding DIP account (.6); strategy pre and post- hearing (.8) hearing preparation and representation at hearing (.8); emails with UST office regarding IDI and 341 meeting (.2). |
| 07/15/26 | 2.70 | $1,795.50 | Telephone conference with creditor counsel (.5); strategy and outline for 341 questions, review IDI correspondence, and requests from UST office, email with UST regarding same (1.3); instructions regarding drafting monthly operating report (.3) ; telephone conference and emails with Mr. Goldman regarding net income, documents, 2004 request (.3); emails with UST regarding withdrawal of election, request for unsecured creditors' committee, review filings (.3). |
| 07/16/26 | 1.90 | $1,263.50 | Cursory review of Mainstreet production (.4); finalize monthly operating report (.3); emails with Mr. Amodeo, UST, Mr. Marzocca (.2); telephone conference and emails with Mr. Ainsworth (.3); review hearing notices (.2); cursory review IDI documents (.5). |
| 07/17/26 | 0.50 | $332.50 | Review solicitation package provided by UST office (.2) ; review amended SOFA prepared by Mr. Johnson, emails with Mr. Leonard regarding possible additional 2004 (.3). |
| 07/20/26 | 0.90 | $598.50 | Finalize motion to set claims bar date, emails regarding draft order, revisions (.4); confirm ACH payment for checks (.1); strategy regarding lender document analysis (.4). |
| 07/21/26 | 1.20 | $798.00 | Telephone conference with counsel to party-in-interest (.4); finalize monthly operating report and instructions regarding same (.5); analysis of 341 summary/next steps from testimony (.3). |
| 07/22/26 | 0.70 | $465.50 | Telephone conference with Mr. Ainsworth regarding additional filings, emails with Ms. Pitkanen (.6); review order on claim filing (.1). |
| 07/23/26 | 0.70 | $465.50 | Telephone conference with Mr. Ainsworth (.3); update with Ms. Burgess regarding lender funds analysis (.2) emails regarding property manager updates (.2). |
| 07/27/26 | 1.80 | $1,197.00 | Analysis of payments to lender, various calculations at different time periods and email requesting additional documents and potential demand (1.0); outline extensive task list, items for moving case forward (.8). |
| 07/28/26 | 1.10 | $731.50 | Emails with Mr. Luna (.2); telephone conference with creditors (.3); strategy/update on next steps (.2) finalize application and related pleadings for accountant (.2); emails with Ms. Pikanen (.2). |
| 07/29/26 | 1.90 | $1,263.50 | Review Wells Fargo and Mainstreet bank account documents (.8); emails and review of materials from Beachside VR LLC (.5); revise and provide comments to 2004 examination of accounting firm (.2); emails with Mr. Hyman regarding application and next steps (.2); emails with Mr. Luna (.2). |
| 07/30/26 | 1.50 | $997.50 | Strategy/meeting with Mr. Leonard regarding next steps, plan and disclosure statement, unit stabilization and causes of action (1.0); emails regarding Mainstreet foreclosure action, review filings of proof of claims (.3); emails and calls with creditors and parties-in-interest re proof of claim, property manager documents (.8); additional instructions/review of proof of claim analysis (.2); outline for broker documentation (.2). |

| | | | |
|---|---|---|---|
| 07/31/26 | 2.30 | $1,529.50 | Review analysis of proofs of claim, draft and finalize emails to broker, draft multiple emails to various brokers with initial requests, documents to review (1.5); review of PEDixon claim, telephone conference with Mr. Ainsworth and multiple emails with Mr. Goldman regarding management, cash flow and lender funds (.4); review analysis of cash flow of units and additional information (.4). |
| 08/03/26 | 0.30 | $199.50 | Emails with potential brokers, property manager. |
| 08/04/26 | 1.20 | $798.00 | Emails with multiple brokers confirming receipt of due diligence materials and next steps in setting up initial calls (.4); emails with secured creditors regarding update on brokers/status of case (.3); telephone conference with counsel to party-in-interest (.5). |
| 08/05/26 | 0.30 | $199.50 | Emails with brokers regarding due diligence, initial meetings. |
| 08/06/26 | 3.40 | $2,261.00 | Teams meeting with Tranzon Drigger (.8) teams meeting with Mr. Ewald (.5); teams meeting with Mr. Mann et al (1.0); teams meeting with Moecker & Associates (.3); follow up strategy with Mr. Marzocca (.4); emails with property manager regarding assessment, contract (.2); emails with Mr. Leibert regarding Mainstreet state court action (.2). |
| 08/07/26 | 0.50 | $332.50 | Review objection by Mr. McPhillips to plan (.3); review and provide comment to draft response to Amadeo motion (.2). |
| 08/10/26 | 0.70 | $465.50 | Emails with Mr. Luna regarding HOA/roof issue (.3); telephone conference with Mr. Ainsworth regarding demand for prior funds/HOA issue (.4). |
| 08/11/26 | 1.50 | $997.50 | Emails with property manager regarding update on rentals, written contract, roof issue, HOA communications (.5); review recent filings (.3); emails with Mr. Amodeo (.2); review of auctioneer proposals, emails with auctioneers (.5). |
| 08/12/26 | 1.40 | $931.00 | Emails with Mr. Luna with proposals from auctioneers (.2); review proposals from four auctioneers (.5); review filings from Mr. Amodeo (.4); telephone conference with Mr. Luna (.3). |
| 08/14/26 | 1.20 | $798.00 | Review auction proposals, outline thoughts (.8); emails regarding long term rental issues (.2); emails with secured creditors regarding proposals/scheduling of meeting (.2). |
| 08/17/26 | 1.20 | $798.00 | Team's meeting with Ms. Savastano, Ms. Wulff regarding auctioneers, special assessment, related issues (.8); telephone conference with Mr. Ainsworth regarding special assessment, possible mediation (.4). |
| 08/18/26 | 1.20 | $798.00 | Emails/telephone conference with Mr. Luna with developments (.4); review additional filings, proof of claim, instruction regarding updating claims analysis (.8). |
| 08/19/26 | 4.80 | $3,192.00 | Prepare for, review multiple filings and representation at hearing (2.0); multiple telephone conference with Mr. Ainsworth (1.3); emails with property manager (.1); tearms meeting with potential auctioneer, review revised proposal, forward to secured creditors with comments (1.1); review and revise 9019 motion (.3). |
| 08/20/26 | 2.00 | $1,330.00 | Conference with Mr. Emden regarding restitution claim (0.3); discuss strategy on multiple fronts with counsel (0.7); DIP lending conference calls with potential DIP lenders (0.8); HOA settlement discussions (0.2). |
| 08/21/26 | 2.00 | $1,330.00 | Multiple calls with Mr. Ainsworth regarding possible interim settlement proposal (.8) strategy regarding multiple fronts (.6) emails regarding Mainstreet action (.2); review DIP proposal from Mr. Crowder (.2); revise and finalize Monthly operating report (.2). |

| | | | |
|---|---|---|---|
| 08/22/26 | 0.60 | $399.00 | Strategy regarding post-petition transfer, revise demand (.4); review email from Mr. Amadeo (.2). |
| 08/24/26 | 1.60 | $1,064.00 | Emails with Mr. Emden (.2); send demand to Mr. Ainsworth, multiple telephone conference with Mr. Ainsworth re same (.5); emails with secured creditors regarding situation and need to move forward with either abandonment or deal terms (.3); review Mainstreet foreclosure action pleadings (.6). |
| 08/25/26 | 2.30 | $1,529.50 | Telephone conference with Mr. Goldman (.5); telephone conference with Mr. Emden (.3); multiple meetings, conference calls regarding analysis of settlement proposals, communications with secured creditors, target counsel, refining proposals for multiparty resolution, auction parameters (1.5). |
| 08/26/26 | 2.30 | $1,529.50 | Telephone conference with Mr. Crowder (1.3); emails with UST, Mr. Johnson, Mr. Leibert regarding various issues (.3); review notice of appeal (.2); emails with Mr. Luna regarding source documents for analysis, deal terms (.3); emails with other secured creditors' counsel regarding current deal terms (.2). |
| 08/27/26 | 0.60 | $399.00 | Review and filed additional emails from various constituents (.3); telephone conference with Mr. Ainsworth regarding settlement proposal (.3). |
| 08/28/26 | 0.90 | $598.50 | Review multiple orders entered by court and multiple filings (.5); emails with property manager regarding expenses/appliances (.2); review inspection report of 2025, emails with Mr. Crowder (.2). |
| 08/31/26 | 5.20 | $3,458.00 | Telephone conference and emails with chambers regarding setting of motion (.2); finalize motion (.8); emails/tc with Ms. Wulff, Mr. Luna, Mr. Ainsworth, et al regarding final approval/terms (.4); revise/instructions regarding unit analysis spreadsheet for settlement/sale purposes(.6); teams meeting with Mr. Goldman regarding units, access to owners account and updates on rentals (.8); work on claims analysis/initial objections (2.4). |
| 09/01/26 | 2.30 | $1,529.50 | Multiple telephone conferences and emails with secured creditors regarding further negotiations over proceeds of proposed compromise, review filings from Mr. Amodeo, review correspondence from Mr. Liebert all in opposition to motion, coordinate insurance documents to Mr. Johnson and his counsel. |
| 09/02/26 | 3.20 | $2,128.00 | Revise order, circulate to parties (.2); work on hearing outline (.5); meeting regarding claim objections (.5); prepare for hearing, updates on Amodeo negotiations, telephone conference with Mr. Luna, telephone conference with Ms. Morando, representation at hearing (1.4); upload order, emails regarding same (.2); post-hearing emails regarding funds (.2); emails with Mr. Sarka with updated owner reports (.2). |
| 09/04/26 | 1.30 | $864.50 | Telephone conference with Mr. Ainsworth (.3); telephone conference with Mr. Emden (.3); emails with property manager regarding expenses (.2); review additional Mainstreet action filings for revisions to response to Mainstreet's OTSC and sequestration rent motion, emails regarding same (.5). |
| 09/07/26 | 0.80 | $532.00 | Update/strategy on overall case, plan (.5); review and finalize objection to Admin. claim, emails regarding same (.3). |

| | | | |
|---|---|---|---|
| 09/08/26 | 2.30 | $1,529.50 | Circulate to Mr. Luna response in Mainstreet state court action, emails regarding proposals (.3); emails with Mr. Johnson regarding tax return (.2); review/comment on draft plan, disclosure statement and liquidation analysis (1.8). |
| 09/09/26 | 1.10 | $731.50 | Emails with Mr. Luna regarding multiple issues (.2); telephone conference with Mr. Emden (.3); finalize response to Mainstreet action and emails regarding same (.2); strategy regarding plan, disclosure statement, liquidation analysis (.4). |
| 09/10/26 | 1.70 | $1,130.50 | Telephone conference with Mr. Crowder (1.5); emails with Mr. Emden (.2). |
| 09/11/26 | 2.90 | $1,928.50 | Prepare for and representation at state court action Mainstreet foreclosure hearing (.5); review order on judicial settlement conference, telephone conference with Mr. Ainsworth (.3); provide comment to and review plan/disclosure statement redline, emails regarding same (.4); emails regarding Units (.2); work on fee narrative, UST categories for fee application (1.5). |
| 09/14/26 | 1.50 | $997.50 | Work on unit separation and analysis (.2); review and emails regarding insurance on units (.2); review additional order and filings (.4); update/strategy on plan documents claim objections/analysis (.5); review redline of administrative claim objection and instructions regarding same (.2). |
| 09/15/26 | 1.10 | $731.50 | Confirm additional bankruptcy filings (.3); emails with Mr. Johnson regarding insurance (.2); emails with Mr. Amodeo/review PEDixon analysis by Mr. Amadeo (.3); telephone conference with Mr. Ainsworth regarding mediation, email to Judge Burgess chamber regarding order (.3). |
| 09/16/26 | 1.00 | $665.00 | Review Cape Canaveral bankruptcy filings, provide analysis to team (.5); review Sherwood bankruptcy filings, provide analysis to team (.3); revise objection to IPFS claim and emails (.2). |
| 09/17/26 | 2.00 | $1,330.00 | Analysis of surcharge components, provide analysis/initial recommendations/negotiations to secured creditors (1.0); review/finalize additional objections to claim, filing (.3); additional comments/redline to plan and disclosure statement (.5); review order denying examiner (.2). |
| 09/18/26 | 1.80 | $1,197.00 | Additional analysis of potential surcharge/time and tasks associated with preservation of secured creditor collateral, emails regarding same (.8); emails/execute insurance documents (.2); confirm filing of plan and disclosure statement/final review and instructions (.2); emails regarding Cape Canaveral filings/potential issues for Homemakers' bankruptcy case, analysis of HOA interplay (.4); confirm with Mr. Crowder withdrawal of claim (.2). |
| 09/21/26 | 1.40 | $931.00 | Meeting with Mr. Hyman (.5); instructions regarding drafting of monthly operating report, revise and finalize monthly operating report, research on prior report filings (.5); telephone conference with Mr. Ainsworth regarding mediation (.2); review order on disclosure statement, deadlines and next steps (.2). |
| 09/22/26 | 1.00 | $665.00 | Attention to disclosure statement package (.2); telephone conference with Mr. Ainsworth, emails with Ms. Menard regarding mediation parameters (.2); strategy regarding objections to claims/legal basis (.6). |
| 09/23/26 | 0.60 | $399.00 | Telephone conference and emails with Mr. Hyman regarding amended MORs and tax returns (.3); cursory review and conference regarding Amodeo/PEDixon appeal (.3). |
| 09/24/26 | 0.20 | $133.00 | Emails with secured creditors regarding auction process, additional analysis and next steps. |
| 09/25/26 | 1.20 | $798.00 | Review and provide comment to multiple draft objections to claims (.5); research on party in interest of government lien (.3); draft auctioneer application (.4). |

| | | | |
|---|---|---|---|
| 09/28/26 | 1.10 | $731.50 | Telephone conference with Mr. Ainsworth regarding mediation (.4); strategy regarding additional claim objections, revise and finalize multiple objections (.5); review and comment on amended monthly operating reports, instructions regarding filing of same (.2). |
| 09/29/26 | 2.30 | $1,529.50 | Begin draft auctioneer application, motion to sell property, declaration and related pleadings (2.0); telephone conference and emails with Mr. Sarka regarding projections, review of same and circulate to secured creditors (.3). |
| 09/30/26 | 0.80 | $532.00 | Additional strategy regarding claim objections (.5); strategy on secured creditor/auctioneer analysis (.3). |
| 10/01/26 | 1.60 | $1,064.00 | Emails with property management company and emails with secured creditors with additional projections (.4); review response to objection to administrative claim (.2); continued draft sale pleadings (1.0). |
| 10/02/26 | 3.10 | $2,061.50 | Finalize balance of objections to claims/strategy (.9); preparation for secured creditor call, teams meeting with secured creditors (1.5); emails regarding Canaveral Crossroads filings/declaration issues and review same (.7). |
| 10/05/26 | 1.00 | $665.00 | Work on mediation statement, unit analysis, possible amended disclosure statement. |
| 10/06/26 | 0.70 | $465.50 | Work on mediation statement/spreadsheet (.4); telephone conference with Mr. Ainsworth (.3). |
| 10/07/26 | 2.40 | $1,596.00 | Emails/conference calls regarding sale of units/negotiations with secured creditors (.6); continue draft meditation statement/organize position (.8); review objections by Mr Amodeo to disclosure statemen and of other creditor (.4); review and provide comments to redlined disclosure statement (.6). |
| 10/08/26 | 0.60 | $399.00 | Review objections to Amodeo disclosure statement (.4); emails with property manager regarding unit issues (.2). |
| 10/09/26 | 1.20 | $798.00 | Review amended plan and disclosure statement of Mr. Amodeo (.4); emails/telephone conference with Mr. Healy regarding auction parameters (.4); telephone conference with Mr. Ainsworth (.4). |
| 10/12/26 | 3.20 | $2,128.00 | Work on mediation statement for Judge Burgess (2.5); emails with Mr. Rost regarding request for invoices to evaluate administrative claim request (.1); review filed pleadings involving disclosure statements (.3); emails with secured creditors regarding new proposal for sale/return of collateral (.3). |
| 10/13/26 | 2.30 | $1,529.50 | Finalize mediation stamatement, strategy regarding mediation/general, forward to Judge Burgess (.8); telephone conference with Ms. Wolff regarding Units/sale update (.5); emails with Mr. Rost, update/review of time entries, strategy with Mr. Leonard regarding resolution (.3); telephone conference with Ainsworth regarding preliminary mediation/settlement communications (.5); emails with property manager regarding unit rentals, other information (.2). |
| 10/14/26 | 6.50 | $4,322.50 | Prepare for and representation at hearing, attend Canaveral Crossroads, Sherwood bankruptcy cases as well, multiple conferences with creditors/constituents before and after hearing (6.0); emails with Ms Reynolds regarding Brevard Co. tax collector amounts due (.2); emails with Mr. Hyman regarding MOR, forward information (.3). |
| 10/15/26 | 0.80 | $532.00 | Multiple conferences with Mr. Ainsworth regarding mediation, proposals, possible global settlement (.5); review disclosure statement order, instructions regarding package (.3). |

| | | | |
|---|---|---|---|
| 10/16/26 | 3.90 | $2,593.50 | Judicial meeting (.5); multiple telephone conference with Mr. Ainsworth (.7); research about Munford/meeting (.8); emails with Mr. Amodeo (.2); emails/analysis of state court action/Dixon matters, Ms. Morando, Mr. Leonard, Mr. Ainsworth (.6); emails with telephone conference with Mr. Hyman regarding MOR, instructions regarding filing, review and approve (.3); telephone conference with Mr. Emden (.2); emails with Beachside regarding new Wifi accounts, AC issues, and other general unit maintenance (.3); review solicitation package and provide comments (.3). |
| 10/17/26 | 1.10 | $731.50 | Emails with Mr. Amodeo regarding draft global settlement documents/updates (.3); telephone conference with Mr. Ainsworth regarding global resolution/negotiations (.6); emails with Beachside rental about units (.2). |
| 10/18/26 | 1.20 | $798.00 | Additional emails with Mr. Amodeo, review of correspondence and draft documents (.4); telephone conference with Mr. Ainsworth on negotiation updates (.4); strategy regarding draft compromise motion and settlement (.4). |
| 10/19/26 | 8.40 | $5,586.00 | Emails with Mr. Amodeo with documents/review same (.4); attend Judicial Settlement Conference and work on draft motion and settlement agreement, multiple separate calls with constituents/targets (8.0). |
| 10/20/26 | 4.60 | $3,059.00 | Continue revisions to both motion and settlement agreement, multiple times throughout day (1.6); emails regarding solicitation package (.2); review Mr. Amodeo's papers/emails with Mr. Amodeo (.4); emails with Mr. Kane and counsel regarding settlement (.2); begin fee narrative review (.3); emails with Mr. Luna (.1); telephone conference with Mr. Ainsworth, Ms. Morando throughout date on settlement agreement and motion (1.5); review communication from Ms. Holland, instructions regarding draft notice of filing (.3). |
| 10/21/26 | 2.90 | $1,928.50 | Settlement agreement emails, review proposed revisions (.5); emails with Ms. Rounds regarding unit issues (.2); emails with Mr. Luna regarding proposal, review and provide comment with Moecker proposal (.6); review of Mr. Amodeo analysis, emails, and conference regarding impact on trustee and Homemakers estate (.8); multiple telephone conference with Mr. Ainsworth regarding update on settlement discussions with other non-debtor parties (.6); review bankruptcy filing by Mr. Amodeo (.2). |
| 10/22/26 | 2.70 | $1,795.50 | Review additional redline by other parties' counsel, provide comment and instructions to counsel regarding finalizing and wrap up of settlement agreement (.8); review combined redline, emails (.6); multiple calls with Mr. Ainsworth, Mr. Marzocca, Mr. Amodeo (1.3). |
| 10/23/26 | 4.10 | $2,726.50 | Emails/conference regarding settlement agreement (.5); continued mediation with Judge Burgess, additional communications (.5); emails with Mr. Luna (.2); global meeting with Mr. Amodeo et al regarding settlement agreement/line by line redline/changes (2.1); post-meeting additional calls with Mr. Ainsworth, Mr. Marzocca (.5); additional updates/analysis on unit liens (.3). |
| 10/24/26 | 1.00 | $665.00 | Review redline by Mr. Amodeo, strategy regarding remaining issues, Paul Rene claim and position of trustee, telephone conference with Mr. Ainsworth regarding remaining issues. |
| 10/25/26 | 0.70 | $465.50 | Confirm withdrawal/agreement regarding Mr. Rene's claim, emails regarding additional redline, provide comments to counsel and closing (.5); telephone conference with Mr. Ainsworth regarding additional redline (.2). |

| | | | |
|---|---|---|---|
| 10/26/26 | 1.60 | $1,064.00 | Strategy with Mr. Marzocca regarding settlement/outstanding terms (.5); multiple telephone conference with Mr. Ainsworth (.5); emails with Mr. Amodeo (.2); confirm withdrawal of objection by Mr. Rene (.2); emails with Judge Burgess (.2). |
| 10/27/26 | 0.90 | $598.50 | Update on settlement/multiple calls with Mr. Ainsworth (.7); review responses to claim objections (.2). |
| 10/28/26 | 1.80 | $1,197.00 | Multiple communications via email and telephone conferences with Mr. Liebert, Mr. Amodeo, Mr. Ainsworth, additional counsel regarding settlement terms, etc. (1.4); cursory review of filings by Mr. Amodeo (.2): review side agreement regarding unit (.2). |
| 10/29/26 | 0.80 | $532.00 | Multiple communications regarding revisions to settlement agreement, 9019 motion, review revised 9019, updates, review redline by Mr. Amodeo. |
| 10/30/26 | 0.90 | $598.50 | Multiple conferences and emails regarding 9019 motion, circulate, additional circulation of settlement agreement. |
| | | | |
| | **195.00** | **$129,675.00** | |