**ORDERED.**

**Dated: November 13, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re<br><br>Homemakers Real Estate, LLC,<br><br>Debtor. | Case No. 6:25-bk-05570-GER<br>Chapter 11 |

**ORDER (1) SETTING HEARING ON MOTION TO APPROVE COMPROMISE, (2) RESCHEDULING COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING REGARDING TRUSTEE'S PLAN, AND (3) SETTING RELATED DEADLINES**

THIS CASE came before the Court on November 13, 2026 at 9:30 a.m. (the "Hearing") to consider the Amodeo Disclosure Statement[1] filed by Frank L. Amodeo. Mr. Amodeo indicated his intent to file a third amended disclosure statement based on the terms of a compromise reflected in the Settlement Motion[2] filed by Lara Roeske Fernandez, the Chapter 11 Trustee (the "Trustee"). Mr. Amodeo also requested that the Court schedule a hearing to approve such third amended disclosure statement on November 19, 2026, the date that the Court has scheduled a combined hearing to approve the Trustee's Plan[3] and Trustee's Disclosure Statement.[4] Based upon the representations and arguments of the parties at the Hearing, the Court finds it appropriate to

---

[1] *Second Amended Disclosure Statement in Support of the Second Amended Plan of Reorganization Proposed by Frank L. Amodeo* (Doc. No. 441) (the "Amodeo Disclosure Statement").
[2] *Motion to Approve Compromise of Controversy and Request for Expedited Hearing* (Doc. No. 459) (the "Settlement Motion").
[3] *Chapter 11 Trustee's Plan of Liquidation* (Doc. No. 394) (the "Trustee's Plan").
[4] *Disclosure Statement for Chapter 11 Trustee's Plan of Liquidation* (Doc. No. 395), as amended by the *First Amended Disclosure Statement for Chapter 11 Trustee's Plan of Liquidation* (Doc. No. 434) (together, the "Trustee's Disclosure Statement").

schedule a hearing to consider the Settlement Motion and reschedule the hearing and related deadlines to consider the Trustee's Plan and Trustee's Disclosure Statement.[5] The Court will separately schedule a hearing to consider Mr. Amodeo's third amended disclosure statement once it is filed. Accordingly, it is

**ORDERED**:

1. ***Evidentiary Hearing.*** The Court will conduct an evidentiary hearing (the "Evidentiary Hearing") on **December 3, 2026 at 11:30 a.m.** at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801 on:

(a) approval of the Settlement Motion (Doc. No. 459);

(b) final approval of the Trustee's Disclosure Statement (Doc. Nos. 395 and 434) and confirmation of Trustee's Plan (Doc. No. 394), including timely filed objections;

(c) motions under 11 U.S.C. § 1129(b);

(d) professionals' applications for compensation and expense reimbursement filed at least 14 days in advance of the Evidentiary Hearing; and

(e) other applications for allowance of administrative expenses.

2. ***Adjournment.*** The Evidentiary Hearing may be adjourned from time to time by announcement made in open court without further notice.

3. ***Deadline to Object to Settlement Motion.*** If you object to approval of the compromise subject of the Settlement Motion, you must file and serve a written objection no later than 7 days before the Evidentiary Hearing. You must serve the Trustee, counsel for the Trustee, the Debtor, counsel for the Debtor, the United States Trustee, and the Local Rule 1007-2 Parties in Interest List. The Court will not consider untimely objections if such delay prejudices the Trustee, other interested parties, or the progress of the case.

4. ***Deadlines Related to Final Approval of Trustee's Disclosure Statement and Confirmation of Trustee's Plan.*** Deadlines pertaining to approval of Trustee's Disclosure Statement and confirmation of Trustee's Plan are set forth in the Order Scheduling Confirmation (Doc. No. 437), except that the deadlines shall correspond to the date of the Evidentiary Hearing. However, any objection based on the Trustee's failure to meet the requirements of 11 U.S.C.

---

[5] *See Order (I) Conditionally Approving Amended Disclosure Statement, (II) Scheduling Combined Disclosure Statement and Confirmation Hearing, (III) Setting Related Deadlines, and (IV) Setting Deadline for Filing Administrative Expense Applications* (Doc. No. 437) (the "Order Scheduling Confirmation").

§ 1129(a)(8) may be raised at the Evidentiary Hearing. The Court will not consider untimely objections if such delay prejudices the Trustee, other interested parties, or the progress of the case.

5. ***Dismissal or Conversion.*** If (a) the Trustee fails to serve this Order and file proof of such service; (b) the Court disapproves the Trustee's Disclosure Statement (or any amended disclosure statement); or (c) the Court denies confirmation of the Trustee's Plan, then the Court will consider the resulting delay along with all other relevant factors in deciding whether the case should be dismissed or converted.

6. ***Avoid Delays at Courthouse Security Checkpoints.*** You must show a photo I.D. to enter the Courthouse. As of February 2, 2026, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073-1 of this Court's Local Rules.

# # #

Attorney Rhys P. Leonard shall serve copies of this Order upon all parties in interest that do not receive notices by CM/ECF and file proof of such service within 3 days of the entry of this Order.