UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/13/2026 09:30 AM

COURTROOM 6D, 6th Floor

HONORABLE GRACE ROBSON

CASE NUMBER: FILING DATE:

**6:25-bk-05570-GER** **11** **09/02/2025**

**Chapter 11**

**DEBTOR:** Homemakers Real Estate, LLC

**DEBTOR ATTY:** **Justin Luna**

**TRUSTEE:** **Lara Fernandez**

**HEARING:**

cont. Status Conference
1) DISCLOSURE STATEMENT HEARING
A. (Amodeo) Disclosure Statement (Doc #304) AMENDMENTS (Doc #426) AMENDED (Doc #433) 2d AMENDED (Doc #441)
McPhillips Limited Objection (Doc #328)
Mainstreet's Objection (Doc #429)
ZPD/Pedixon's Objection (Doc #430)
PENDING:
USA's Notice of Criminal Restitution Lien on all Assets of Frank L. Amodeo (Doc #387)
Chapter 11 Plan (by Amodeo) (Doc #303) Amended Plan (Doc #432) 2d Amended (Doc #440)
Brevard Tax Collector's Objection to (Amodeo) Plan (Doc #422, 436)
Carton Family Trust's Objection to Chapter 11 Plan of Liquidation (Doc #427)
Tamamoi's Objection to Chapter 11 Plan (Doc #428)
Trustee's Objection to Claim(s). Claim No. 70 of IPFS Corporation (Doc #392) filed 9/17/26 w/NN
Trustee's Objection to Claim(s). Claim No. 2-1 of WM Holdings Group, LLC. (Doc #409) filed 9/28/26 w/NN
Trustee's Objection to Claim(s). Claim No. 3-2 of CTO Holdings, Inc. (Doc #410) filed 9/28/26 w/NN
CTO's Response (Doc #446)
Trustee's Objection to Claim(s). Claim No. 4-2 of IMQA Investments (Doc #411) filed 9/28/26 w/NN
IMQA's Response (Doc #447)
Trustee's Objection to Claim(s). Claim No. 5-2 of Horton S. Johnson (Doc #412) filed 9/28/26 w/NN
Trustee's Objection to Claim(s). Claim No. 69 of Paul Rene, Jr (Doc #416) filed 9/30/26 w/NN
Trustee's Objection to Claim(s). Claim No. 67 of Pedixon, LLC. (Doc #419) filed 10/2/26 w/NN
Pedixon's Response (Doc #451)
Trustee's Objection to Claim(s). Claim No. 68 of ZPD, LLC. (Doc #420) filed 10/2/26 w/NN
ZPD's Response (Doc #452)
Trustee's Objection to Claim(s). Claim No. 71-1 of Tiered Capital, Inc. (Doc #421) filed 10/2/26 w/NN
Trustee's Objection to Claim(s). Claim No. 65-1 of Tamamoi LLC (Doc #424) filed 10/6/26 w/NN
Trustee's Objection to Claim(s). Claim No. 66-1 of The Carton Family Trust (Doc #425) filed 10/6/26 w/NN
Amodeo's Motion to Disallow Claims 67 and 68 and Request Court Comply with Section 502(d) (Doc #423) filed 10/2/26

Amodeo's Motion to Disallow Claims 65 and 66 (Doc #444)
Amodeo's Motion for Leave to Object to Claims 63-1 and 64-1 of Mainstreet Community Bank of Florida (Doc #448)
Amodeo's Motion for Leave to Object to Claims 65-1 of Tamamoi, LLC and Claim 66-1 of the Carton Family Trust of 1992 (Doc #449)
Note: 12/17/25; 2/3/26; 4/15/26; 5/20/26; 6/9/26; 7/14/26; 8/19/26; 10/14/26
Involuntary filed 9/2/25
341 scheduled: 7/16/26 - concluded
Claims Deadline: 11/12/26
Plan / DS due: 9/18/26
Schedules (Doc #273)
MOR September 2026 (Doc #439)
Future Hearing:
Order (1) Shortening Time and (2) Scheduling Hearing on Disclosure Statements (Doc #397)
Prior Case:
25-02685 Ch11 filed in Florida Middle on 05/05/2025, Dismissed for Other Reason on 06/27/2025

**APPEARANCES:**: Lara Roeske Fernandez, Anthony Marzocca (Trustee/Atty); Audrey Aleskovsky (US Trustee Atty); Christopher Crowder (Cape Crossing Atty); Larry Kosto (CTO/IMQA Atty); Jeffrey Ainsworth (Pedixon/ZPD Atty); Frank Amodeo (Creditor);

**RULING:**
cont. Status Conference

1) DISCLOSURE STATEMENT HEARING - cont. to November 19, 2026 at 9:30 AM (AOCNFNG);

A. (Amodeo) Disclosure Statement (Doc #304) AMENDMENTS (Doc #426) AMENDED (Doc #433) 2d AMENDED (Doc #441)
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.