**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

HOMEMAKERS REAL ESTATE, LLC,

Case No. 6:25-bk-05570-GER

Chapter 11

Debtor.
_______________________________________/

# NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN THAT**:

1. The Honorable Grace E. Robson will conduct a preliminary hearing in this case on December 3, 2026, at 11:30 a.m., in Courtroom #6D on the 6th floor, 400 W. Washington St., Orlando, FL 32801, on the following matter:

**MOTION TO APPROVE COMPROMISE OF CONTROVERSY AND REQUEST FOR EXPEDITED HEARING**
(Doc. No. 459)

2. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/orlando/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at (407) 237-8141 not later than 3:00 p.m. one business day before the date of the hearing to arrange to participate.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: November 16, 2026

Respectfully submitted,

/s/ Anthony P. Marzocca
RHYS P. LEONARD
Florida Bar No. 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA

Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to the Chapter 11 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2026, a true and correct copy of the foregoing was served (i) to all parties receiving CM/ECF notification via the Court's CM/ECF system; (ii) by email to the Office of the United States Trustee, Audrey.M.Aleskovsky@usdoj.gov and the United States Department of Justice, Christopher.Emden@usdoj.gov; (iii) by email to those parties having filed claims in this case that included email addresses as a courtesy only:

Frank L. Amodeo (Claim 1)
Flahome32801@gmail.com

WM Holdings Group LLC (Claim 2)
mcflynnjr@gmail.com

CTO Holdings Inc. (Claim 3)
contact@ctoholdings.com
lkosto@kostoandrotella.com

IMQA Investments Incorporated (Claim 4)
contact@investments.com
lkosto@kostoandrotella.com

Horton Johnson (Claim 5)
wjohnsonbbf@gmail.com
Michael.paasch@dinsmore.com
leibert@urbanthier.com

Cape Crossing Townhomes Homeowners Association Inc. (Claim 6)
jcrowder@farolaw.com

Cape Crossing Condominium Association, Inc. (Claim 7)
jcrowder@farolaw.com

Keys Funding LLC – 2024 (Claims 8-9)
tburke@tcmfund.com

Brevard County Tax Collector
(Claims 10-17, 20-27, 32-62)
Alicia.foley@brevardtc.com
HMitchell@whww.com

ATCF II Florida-A LLC (Claim 18)
florida@alternacap.com

FIG 20, LLC FBO SEC PTY (Claim 19, 28)
AR@figadvisors.com

Community RED CO (Claims 29-31)
jpico@jplinv.com

Mainstreet Community Bank of Florida, N.A. (Claims 63-64)
jluna@lathamluna.com

Tamamoi LLC (Claim 65)
temamoillc@gmail.com
ewulff@mtglaw.com

The Carton Family Trust (Claim 66)
carton@sbcglobal.net
mwulff@mtglaw.com

Pedixon LLC (Claim 67)
jeff@bransonlaw.com

ZPD LLC (Claim 68)
jeff@bransonlaw.com

IPFS Corporation (Claim 70)
Lisa.chandler@ipfs.com

Tiered Capital, Inc. (Claim No. 71)
wjohnsonbbf@gmail.com

and (iv) by U.S. Mail, postage prepaid to (x) those parties on the Creditors Who Have Filed Claims mailing matrix attached who have not received service by CM/ECF (indicated as the entries without any strike-through text) and (y) the following parties:

Brennan, Manna & Diamond, P.L.
c/o BMD Florida Service LLC
5210 Belfort Road, Suite 400
Jacksonville, FL 32256

Paul Rene, Jr.
116 S. Magnolia Ave., Suite 3E
Ocala, FL 34471

*/s/ Anthony P. Marzocca*
Anthony P. Marzocca

Label Matrix for local noticing
113A-6
Case 6:25-bk-05570-GER
Middle District of Florida
Orlando
Mon Nov 16 10:45:44 EST 2026

ATCF II Florida-A LLC
PO Box 69239
Baltimore, MD 21264-9239

~~Brevard County Tax Collector~~
~~PO Box 2500~~
~~Titusville, FL 32781-2500~~

~~CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.~~
~~c/o Faro & Crowder, P.A.~~
~~700 N. Wickham Road~~
~~Suite 205~~
~~Melbourne, FL 32935-8840~~

COMMUNITY RED CO
8724 SW 72 ST NO 382
MIAMI, FL 33173-3512

~~CTO Holdings Inc.~~
~~4409 Hoffner Avenue~~
~~Orlando, FL 32812-2331~~

~~Cape Crossing Townhomes Homeowners Associati~~
~~c/o Faro & Crowder, P.A.~~
~~700 N. Wickham Road~~
~~Suite 205~~
~~Melbourne, FL 32935-8840~~

FIG 20, LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411

Frank L. Amodeo
1311 Hoffner Ave
Orlando, FL 32809-3515

~~Horton Johnson~~
~~10226 Curry Ford Road~~
~~Suite 107 PMB 1036~~
~~Orlando, FL 32825-8735~~

~~Horton Johnson~~
~~c/o Michael A. Paasch, Esq.~~
~~Dinsmore & Shohl LLP~~
~~225 E. Robinson St., Suite 600~~
~~Orlando FL 32801-4334~~

~~IMQA Investments Incorporated~~
~~4409 Hoffner Avenue, #348~~
~~Orlando, FL 32812-2331~~

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

KEYS FUNDING LLC - 2024
PO Box 67513
Newark, NJ 07101-8009

~~Mainstreet Community Bank of Florida, N.A.~~
~~c/o Latham, Luna, Eden & Beaudine, LLP~~
~~201 S. Orange Ave.~~
~~Suite 1400~~
~~Orlando, Florida 32801-3483~~

~~Paul Rene Jr.~~
~~116 Magnolia Avenue, Suite 3E~~
~~Ocala, FL 34471-1178~~

~~Pedixon LLC~~
~~c/o Jeffrey S Ainsworth~~
~~Branson Ainsworth PLLC~~
~~1501 E Concord Street~~
~~Orlando FL 32803-5411~~

TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

~~Tamamoi LLC~~
~~5060 SW Philomath BLVD #516~~
~~Corvallis, OR 97333-1044~~

~~The Carton Family Trust~~
~~c/o Peter M. Carton Trustee/ Carton Fami~~
~~12910 Lomas Verdes Dr.~~
~~Poway, CA 92064-1250~~

WM Holdings Group LLC
14556 Saint Georges Hill Drive LLC
Orlando, FL 32828-8035

~~ZPD LLC~~
~~c/o Jeffrey S Ainsworth~~
~~Branson Ainsworth PLLC~~
~~1501 E Concord Street~~
~~Orlando FL 32803-5411~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

~~(d)CTO Holdings, Inc.~~
~~4409 Hoffner Avenue~~
~~Orlando, FL 32812-2331~~

End of Label Matrix
Mailable recipients 21
Bypassed recipients 1
Total 22