UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re: Case No.: 6:25-bk-05570-GER
Chapter 11

HOMEMAKERS REAL ESTATE, LLC,

Debtor.
______________________________________/

**CERTIFICATE OF SERVICE**
(Doc. No. 465)

I HEREBY CERTIFY that on November 16, 2026, a true and correct copy of the *Order (1) Setting Hearing on Motion to Approve Compromise, (2) Rescheduling Combined Disclosure Statement and Confirmation Hearing Regarding Trustee's Plan, and (3) Setting Related Deadlines* (Doc. No. 465), was served (i) to all parties receiving CM/ECF notification via the Court's CM/ECF system; (ii) by email to the Office of the United States Trustee, Audrey.M.Aleskovsky@usdoj.gov and the United States Department of Justice, Christopher.Emden@usdoj.gov; (iii) by email to those parties having filed claims in this case that included email addresses as a courtesy only:

Frank L. Amodeo (Claim 1)
Flahome32801@gmail.com

WM Holdings Group LLC (Claim 2)
mcflynnjr@gmail.com

CTO Holdings Inc. (Claim 3)
contact@ctoholdings.com
lkosto@kostoandrotella.com

IMQA Investments Incorporated (Claim 4)
contact@investments.com
lkosto@kostoandrotella.com

Horton Johnson (Claim 5)
wjohnsonbbf@gmail.com
Michael.paasch@dinsmore.com
leibert@urbanthier.com

Cape Crossing Townhomes Homeowners Association Inc. (Claim 6)
jcrowder@farolaw.com

Cape Crossing Condominium Association, Inc. (Claim 7)
jcrowder@farolaw.com

Keys Funding LLC – 2024 (Claims 8-9)
tburke@tcmfund.com

Brevard County Tax Collector
(Claims 10-17, 20-27, 32-62)
Alicia.foley@brevardtc.com
HMitchell@whww.com

ATCF II Florida-A LLC (Claim 18)
florida@alternacap.com

FIG 20, LLC FBO SEC PTY (Claim 19, 28)
AR@figadvisors.com

Community RED CO (Claims 29-31)
jpico@jplinv.com

Mainstreet Community Bank of Florida, N.A.
(Claims 63-64)
jluna@lathamluna.com

Tamamoi LLC (Claim 65)
temamoillc@gmail.com
ewulff@mtglaw.com

The Carton Family Trust (Claim 66)
carton@sbcglobal.net
mwulff@mtglaw.com

Pedixon LLC (Claim 67)
jeff@bransonlaw.com

ZPD LLC (Claim 68)
jeff@bransonlaw.com

IPFS Corporation (Claim 70)
Lisa.chandler@ipfs.com

Tiered Capital, Inc. (Claim No. 71)
wjohnsonbbf@gmail.com

and (iv) by U.S. Mail, postage prepaid to (x) those parties on the Creditors Who Have Filed Claims mailing matrix attached who have not received service by CM/ECF (indicated as the entries without any strike-through text) and (y) the following parties:

Brennan, Manna & Diamond, P.L.
c/o BMD Florida Service LLC
5210 Belfort Road, Suite 400
Jacksonville, FL 32256

Paul Rene, Jr.
116 S. Magnolia Ave., Suite 3E
Ocala, FL 34471

Date: November 16, 2026

Respectfully submitted,

/s/ Anthony P. Marzocca

RHYS P. LEONARD
Florida Bar No. 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to the Chapter 11 Trustee*

Label Matrix for local noticing
113A-6
Case 6:25-bk-05570-GER
Middle District of Florida
Orlando
Mon Nov 16 10:45:44 EST 2026

ATCF II Florida-A LLC
PO Box 69239
Baltimore, MD 21264-9239

~~Brevard County Tax Collector~~
~~PO Box 2500~~
~~Titusville, FL 32781-2500~~

~~CAPE CROSSING CONDOMINIUM ASSOCIATION, INC.~~
~~c/o Faro & Crowder, P.A.~~
~~700 N. Wickham Road~~
~~Suite 205~~
~~Melbourne, FL 32935-8840~~

COMMUNITY RED CO
8724 SW 72 ST NO 382
MIAMI, FL 33173-3512

~~CTO Holdings Inc.~~
~~4409 Hoffner Avenue~~
~~Orlando, FL 32812-2331~~

~~Cape Crossing Townhomes Homeowners Associati~~
~~c/o Faro & Crowder, P.A.~~
~~700 N. Wickham Road~~
~~Suite 205~~
~~Melbourne, FL 32935-8840~~

FIG 20, LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411

Frank L. Amodeo
1311 Hoffner Ave
Orlando, FL 32809-3515

~~Horton Johnson~~
~~10226 Curry Ford Road~~
~~Suite 107 PMB 1036~~
~~Orlando, FL 32825-8735~~

~~Horton Johnson~~
~~c/o Michael A. Paasch, Esq.~~
~~Dinsmore & Shohl LLP~~
~~225 E. Robinson St., Suite 600~~
~~Orlando FL 32801-4334~~

~~IMQA Investments Incorporated~~
~~4409 Hoffner Avenue, #348~~
~~Orlando, FL 32812-2331~~

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

KEYS FUNDING LLC - 2024
PO Box 67513
Newark, NJ 07101-8009

~~Mainstreet Community Bank of Florida, N.A.~~
~~c/o Latham, Luna, Eden & Beaudine, LLP~~
~~201 S. Orange Ave.~~
~~Suite 1400~~
~~Orlando, Florida 32801-3483~~

~~Paul Rene Jr.~~
~~116 Magnolia Avenue, Suite 3E~~
~~Ocala, FL 34471-1178~~

~~Pedixon LLC~~
~~c/o Jeffrey S Ainsworth~~
~~Branson Ainsworth PLLC~~
~~1501 E Concord Street~~
~~Orlando FL 32803-5411~~

TIERED CAPITAL, INC.
4409 Hoffner Avenue #348
Orlando, FL 32812-2331

~~Tamamoi LLC~~
~~5060 SW Philomath BLVD #516~~
~~Corvallis, OR 97333-1044~~

~~The Carton Family Trust~~
~~c/o Peter M. Carton Trustee/ Carton Fami~~
~~12910 Lomas Verdes Dr.~~
~~Poway, CA 92064-1250~~

WM Holdings Group LLC
14556 Saint Georges Hill Drive LLC
Orlando, FL 32828-8035

~~ZPD LLC~~
~~c/o Jeffrey S Ainsworth~~
~~Branson Ainsworth PLLC~~
~~1501 E Concord Street~~
~~Orlando FL 32803-5411~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

~~(d)CTO Holdings, Inc.~~
~~4409 Hoffner Avenue~~
~~Orlando, FL 32812-2331~~

End of Label Matrix
Mailable recipients 21
Bypassed recipients 1
Total 22