**ORDERED.**

**Dated: November 16, 2026**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

HOMEMAKERS REAL ESTATE, LLC,

Chapter 11
Case No. 6:25-bk-05770-GER

Debtor.
_______________________________________/

**ORDER SUSTAINING CHAPTER 11 TRUSTEE'S OBJECTION TO CLAIM NO. 70 FILED BY IPFS CORPORATION (Doc. No. 392)**

**THIS CASE** came before the Court upon the *Objection to Claim No. 70* (Doc. No. 392) (the "Objection") filed by Lara Roeske Fernandez, in her capacity as the Chapter 11 Trustee for the estate of Homemakers Real Estate, LLC on September 17, 2026. The Motion was served upon all interested parties and included the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within the thirty (30) days of service, plus an additional three (3) days for service, if any party was served by U.S. Mail. No party filed a response within the time permitted and the Court deems the matter to be unopposed. Accordingly, the Court, having reviewed the Objection and finding good cause to grant the relief requested in the Objection, it is hereby

**ORDERED** that:

1. The Objection (Doc. No. 392) is sustained.

2. Claim No. 70 filed by IPFS Corporation is disallowed.

*Attorney Rhys P. Leonard is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.*