**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**CASE NO.: 6:25-bk-05570-GER**

**HOMEMAKERS REAL ESTATE, LLC,**

**CHAPTER 11**

**Debtor.**
________________________________________/

**NOTICE OF WITHDRAWAL OF PLEADINGS**

**MAINSTREET COMMUNITY BANK OF FLORIDA** ("Creditor" or "Mainstreet") hereby withdraws its *Motion for Extension of Time to Object to Confirmation of the Plan* (the "Motion") (Doc. No. 461) filed on November 12, 2026.

**RESPECTFULLY SUBMITTED** this 18th day of November 2026.

/s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
201 S. Orange Ave., Suite 1400
Orlando, Florida 32802-3353
Telephone: 407-481-5800
Secondary e-mail: bknotice1@lathamluna.com
*Attorneys for Creditor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**CASE NO.: 6:25-bk-05570-GER**

**HOMEMAKERS REAL ESTATE, LLC,**

**CHAPTER 11**

**Debtor.**
______________________________________/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to all parties receiving electronic notice via CM/ECF or by U.S. First Class, postage prepaid mail to: **Homemakers Real Estate, LLC,** 2875 S. Orange Ave., Suite 500, #6409, Orlando, Florida 32806; **Scott R. Rost, Esq.**, and to all parties entitled to receive notice via CM/ECF, this 18th day of November 2026.

/s/ Justin M. Luna
Justin M. Luna, Esq.