**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

HOMEMAKERS REAL ESTATE, LLC, Case No. 6:25-bk-05570-GER
Chapter 11

Debtor.
_________________________________/

**CERTIFICATE OF SERVICE**
(Doc. No. 480)

I HEREBY CERTIFY that on November 18, 2026 a true and correct copy of the *Order Sustaining Objection to Claim No. 70 of IPFS Corporation (Doc. No. 480)* was served via First Class U.S. Mail, postage prepaid on interested parties who do not receive service by CM/ECF: IPFS Corporation, 30 Montgomery Street, Suite 501, Jersey City, NJ 07302; and by email to IPFS Corporation, c/o Lisa Chandler (lisa.chandler@ipfs.com).

*/s/ Rhys P. Leonard*
RHYS P. LEONARD
Florida Bar No.: 59176
rleonard@trenam.com
ANTHONY P. MARZOCCA
Florida Bar No. 1068857
amarzocca@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O’NEILL & MULLIS, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602
Tel: (813) 223-7474 | Fax: (813) 229-6553
*Counsel to Chapter 11 Trustee*