**ORDERED.**

**Dated: November 19, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| Homemakers Real Estate, LLC, | Case No. 6:25-bk-05570-GER<br>Chapter 11 |
| Debtor. | |

**ORDER ON (1) FRANK AMODEO'S REQUEST TO COMPLY WITH SECTION 502(d) AND DISALLOW CLAIMS 65 AND 66, (2) FRANK AMODEO'S MOTION FOR LEAVE TO OBJECT TO CLAIMS 65-1 OF TAMAMOI, LLC AND CLAIM 66-1 OF THE CARTON FAMILY TRUST OF 1992, AND (3) FRANK AMODEO'S MOTION FOR LEAVE TO OBJECT TO CLAIMS 63-1 AND 64-1 OF MAINSTREET COMMUNITY BANK OF FLORIDA**

THIS CASE came before the Court on November 19, 2026 at 9:30 a.m. (the "Hearing"). While not set for hearing, the Court addressed *Frank Amodeo Requests This Court Comply with Section 502(d) and Disallow Claims 65 and 66* (Doc. No. 444), *Frank Amodeo's Motion for Leave to Object to Claims 65-1 of Tamamoi, LLC and Claim 66-1 of the Carton Family Trust of 1992* (Doc. No. 449), and *Frank Amodeo's Motion for Leave to Object to Claims 63-1 and 64-1 of Mainstreet Community Bank of Florida* (Doc. No. 448) (collectively, the "Motions") filed by Creditor Frank L. Amodeo ("Mr. Amodeo"). At the Hearing, Mr. Amodeo stated that he would withdraw the Motions without prejudice. Accordingly, it is

**ORDERED** that the Motions (Doc. Nos. 444, 448, and 449) are considered **WITHDRAWN** without prejudice.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.