17 pgs.

**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

FILED ORL INTAKE - USBC
20 NOV 2026 PM2:18

In re: Case No. 6:25-bk-05570-GER

Homemakers Real Estate, LLC, Chapter 11

Debtor.
_______________________________________/

**FRANK AMODEO'S CERTIFICATE OF SERVICE OF THE SOLICITATION PACKAGE FOR HIS THIRD AMENDED PLAN OF REORGANIZATION**

On November 19, 2026, this court directed me to serve the Third Amended Plan, the Third Amended Disclosure Statement, the order, and ballots, within two days, on every party Rule 3017(d) and the Local Rule 1007-2 Parties in Interest List require. (Doc. 485 ¶ 8). I served that package in the four ways this certificate states.

**The court's CM/ECF system served the Plan, the disclosure statement, and the order on every registered user.**

The CM/ECF system served the Third Amended Disclosure Statement and the Third Amended Plan on every registered user when the clerk docketed each one, and served the order on November 19, 2026. (Docs. 467, 468, 485). When the clerk dockets this certificate, the CM/ECF system will serve on the same users my notice of the deadlines and the ballot form, attached as Exhibits 1 and 2. (Exs. 1, 2).

**On November 20, 2026, I mailed the complete package to every party that does not receive CM/ECF service.**

On November 20, 2026, I mailed the complete package by United States mail, postage prepaid. The package held the Third Amended Plan, the Third Amended Disclosure Statement, the order, my notice of the deadlines, and a ballot for each claim or interest the Plan entitles to vote. I mailed the package to each of the following:

Keys Funding LLC – 2024
PO Box 67513
Newark, NJ 07101-8009
Ballots: Class 6 (Claims 8–9)

ATCF II Florida-A LLC
PO Box 69239
Baltimore, MD 21264-9239
Ballots: Class 6 (Claim 18)

FIG 20, LLC FBO SEC PTY
PO Box 12225
Newark, NJ 07101-3411
Ballots: Class 6 (Claims 19, 28)

Community RED Co
8724 SW 72 Street, No. 382
Miami, FL 33173-3512
Ballots: Class 6 (Claims 29–31)

Brevard County Tax Collector
Attn: Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville, FL 32781-2500
Ballots: Class 6 (Claims 10–17, 20–27, 32–62)

Cape Crossing Townhomes Owners Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636
Ballots: Class 7 (Claim 6)

Cape Crossing Condominium Association
c/o Beacon Management + Consulting
333 17th Street, Suite F
Vero Beach, FL 32960-5636
No ballot

Horton Johnson
Horton S. Johnson Revocable Trust
10226 Curry Ford Road, Suite 107, PMB 1036
Orlando, FL 32825-8735
Ballots: Class 10 (Claim 5-2); Class 11 (Interest)

WM Holdings Group LLC
650 85th LLC
MTF Holdings, LLC
14556 Saint Georges Hill Drive
Orlando, FL 32828-8035
Ballots: Class 9 (Claim 2-1)

Tiered Capital, Inc.
CTO Holdings, Inc.
IMQA Investments Incorporated
Cape Crossing Vacation Rentals
Sherwood Construction
4409 Hoffner Avenue #348
Orlando, FL 32812-2331
Ballots: Class 9 (Claim 71-1); Class 9 (Claim 3); Class 9 (Claim 4)

Tamamoi LLC
5060 SW Philomath Boulevard #516
Corvallis, OR 97333-1044
Ballots: Class 4 (Claim 65-1)

The Carton Family Trust
c/o Peter M. Carton, Trustee
12910 Lomas Verdes Drive
Poway, CA 92064-1250
Ballots: Class 5 (Claim 66-1)

IPFS Corporation
30 Montgomery Street, Suite 501
Jersey City, NJ 07302-3821
No ballot

Paul Rene, Jr.
Jetton Investments, Inc.
116 S. Magnolia Avenue, Suite 3E
Ocala, FL 34471-1178
No ballot

Homemakers Real Estate, LLC
2875 S. Orange Avenue, Suite 500 #6409
Orlando, FL 32806-5455
No ballot

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0100
No ballot

A. Marine, Inc.
Recycled Group of South Carolina, LLC
Yaniv Amar
19589 NE 10th Avenue
Miami, FL 33179-3501
No ballot

Holly Bluff, Inc.
2280 Hontoon Road
DeLand, FL 32720-4309
No ballot

Brian Horowitz, Esq.
5019 Saint Dennis Court
Belle Isle, FL 32812-1080
No ballot

Larry S. Hyman
2303 W. North A Street
Tampa, FL 33609-2324
No ballot

Crescent Sound, Ltd.
PEDixon, LLC
ZPD, LLC
Attn: Kenneth Dixon, Registered Agent
1627 East Vine Street, Suite E
Kissimmee, FL 34744
No ballot

Day Star One LLC
623 SW 53rd Terrace
Cape Coral, FL 33914
Ballots: Class 6 (no claim filed; Tax Cert. 11104)

Conache LLC and Ocean Bank
Attn: Asset Based Lending
780 NW 42 Avenue
Miami, FL 33126
Ballots: Class 6 (no claim filed; Tax Cert. 11791)

PEDixon, LLC
ZPD, LLC
c/o Jeffrey S. Ainsworth, Esq.
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, FL 32803-5411
No ballot

Michael McPhillips
c/o Phil A. D'Aniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL 32804-7133
No ballot

Michael McPhillips
1575 Worley Avenue
Merritt Island, FL 32952
No ballot

Horton Johnson
2523 Kissam Court
Orlando, FL 32809-3587
Ballots: Class 10 (Claim 5-2); Class 11 (Interest)

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
No ballot

Old Republic National Title Insurance Company
3000 Bayport Drive, Suite 100
Tampa, FL 33607
No ballot

IPFS Corporation
1055 Broadway Boulevard, 11th Floor
Kansas City, MO 64105
No ballot

**On November 20, 2026, I mailed my notice and the ballots to each voting creditor's counsel.**

The CM/ECF system had already served the Plan, the disclosure statement, and the order on each of the following. On November 20, 2026, I mailed each of

them my notice of the deadlines and a ballot for each claim or interest the Plan entitles to vote, by United States mail, postage prepaid:

Mainstreet Community Bank of Florida, N.A.
c/o Justin M. Luna, Esq.
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Avenue, Suite 1400
Orlando, FL 32801-3483
Ballots: Class 2 (Claim 64-1); Class 3 (Claim 63-1)

Mainstreet Community Bank of Florida, N.A.
204 South Woodland Boulevard
DeLand, FL 32720-5414
Ballots: Class 2 (Claim 64-1); Class 3 (Claim 63-1)

Brevard County Tax Collector
c/o Heidi M. Mitchell, Esq.
Winderweedle, Haines, Ward & Woodman, P.A.
Post Office Box 880
Winter Park, FL 32790
Ballots: Class 6 (Claims 10–17, 20–27, 32–62)

Cape Crossing Townhomes Homeowners Association, Inc.
c/o J. Christopher Crowder, Esq.
Faro & Crowder, P.A.
700 N. Wickham Road, Suite 205
Melbourne, FL 32935-8840
Ballots: Class 7 (Claim 6)

Horton S. Johnson
c/o Matthew A. Leibert, Esq.
5782A S. Semoran Boulevard
Orlando, FL 32822-4819
Ballots: Class 10 (Claim 5-2); Class 11 (Interest)

Horton S. Johnson
c/o Michael A. Paasch, Esq.
Dinsmore & Shohl LLP
225 E. Robinson Street, Suite 600
Orlando, FL 32801-4334
Ballots: Class 10 (Claim 5-2); Class 11 (Interest)

IMQA Investments Incorporated
CTO Holdings, Inc.
c/o Lawrence M. Kosto, Esq.
1517 E. Robinson Street
Orlando, FL 32801-2121
Ballots: Class 9 (Claim 4); Class 9 (Claim 3)

Tamamoi, LLC
The Carton Family Trust of 1992
c/o Elizabeth Wulff, Esq.
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092-2871
Ballots: Class 4 (Claim 65-1); Class 5 (Claim 66-1)

Mainstreet Community Bank of Florida, N.A.
c/o South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, FL 32801
Ballots: Class 2 (Claim 64-1); Class 3 (Claim 63-1)

**On November 20, 2026, I emailed the complete package as a courtesy.**

On November 20, 2026, I emailed the Third Amended Plan, the Third Amended Disclosure Statement, the order, my notice of the deadlines, and the ballot form as a courtesy only. I sent the package to the Office of the United States Trustee, the Department of Justice, the Trustee's counsel, and each claimant or counsel whose proof of claim or filings state an email address:

Office of the United States Trustee —
Audrey.M.Aleskovsky@usdoj.gov
U.S. Department of Justice — Christopher.Emden@usdoj.gov
Trustee's counsel — rleonard@trenam.com
Trustee's counsel — amarzocca@trenam.com
WM Holdings Group LLC — mcflynnjr@gmail.com
CTO Holdings Inc. — contact@ctoholdings.com
IMQA Investments Incorporated — contact@investments.com
CTO / IMQA counsel — lkosto@kostoandrotella.com
Horton Johnson — wjohnsonbbf@gmail.com
Horton Johnson counsel — Michael.paasch@dinsmore.com
Horton Johnson counsel — leibert@urbanthier.com
Cape Crossing associations counsel — jcrowder@farolaw.com
Keys Funding LLC – 2024 — tburke@tcmfund.com
Brevard County Tax Collector — Alicia.foley@brevardtc.com
Tax Collector counsel — HMitchell@whww.com
ATCF II Florida-A LLC — florida@alternacap.com
FIG 20, LLC FBO SEC PTY — AR@figadvisors.com
Community RED Co — jpico@jplinv.com
Mainstreet counsel — jluna@lathamluna.com
Tamamoi LLC — temamoillc@gmail.com
Tamamoi / Carton counsel — ewulff@mtglaw.com
The Carton Family Trust — carton@sbcglobal.net
Tamamoi / Carton counsel — mwulff@mtglaw.com
PEDixon LLC / ZPD LLC counsel — jeff@bransonlaw.com
IPFS Corporation — Lisa.chandler@ipfs.com

Respectfully submitted this 20th day of November, 2026.

Frank L. Amodeo
*Pro se*
1311 Hoffner Avenue
Orlando, Florida 32809
(407) 406-1315
flahome32801@gmail.com

## CERTIFICATE OF SERVICE

On November 19, 2026, I filed this certificate and its exhibits in paper form with the clerk of court. I am not a registered CM/ECF user. When the clerk dockets this certificate, the CM/ECF system will serve the certificate electronically on every party registered to receive notice in this case.

Dated: November 19, 2026

________________________________

Frank L. Amodeo
*Pro se*

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In re: Case No. 6:25-bk-05570-GER

HOMEMAKERS REAL ESTATE, LLC, Chapter 11

Debtor.
_______________________________________/

# FRANK AMODEO'S NOTICE OF THE DEADLINES TO VOTE ON AND OBJECT TO HIS THIRD AMENDED PLAN AND THIRD AMENDED DISCLOSURE STATEMENT

On November 19, 2026, this court conditionally approved my Third Amended Disclosure Statement and set my Third Amended Plan of Reorganization for confirmation at the same hearing as the Chapter 11 Trustee's Plan of Liquidation. (Doc. 485 ¶¶ 3, 5). With this notice, I serve the Third Amended Plan, the Third Amended Disclosure Statement, the order, and, on each creditor the Plan entitles to vote, a ballot. (Docs. 467, 468, 485).

**The court's order sets every deadline, and its dates replace the December 1, 2026 date printed in my disclosure statement.**

| | |
|---|---|
| Ballots received by the court | November 27, 2026 |
| Objections to the disclosure statement | November 27, 2026 |
| Objections to confirmation of the Plan | November 27, 2026 |
| Elections under 11 U.S.C. § 1111(b) | November 30, 2026 |
| Combined hearing, 11:30 a.m. | December 3, 2026 |

My disclosure statement names December 1, 2026 as the deadline for ballots and objections. The court set the earlier dates above. Where the disclosure statement and the order differ, follow the order. (Doc. 485 ¶¶ 5, 9–12).

**A ballot counts only if the court receives it by November 27, 2026.**

Return your ballot to the court, not to me. The court accepts a ballot through CM/ECF, through the Chapter 11 eBallots link on the Creditors tab at www.flmb.uscourts.gov, at https://pacer.flmb.uscourts.gov/cmecf/ballots/submission.asp, or by mail to the George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801. (Doc. 485 ¶ 11). A mailed ballot must arrive by November 27, 2026.

Your class and claim number appear at the top of your ballot. Article 2 of the Plan lists every class and states which classes vote. (Doc. 468 art. 2). If this package holds no ballot for you, the Plan does not entitle your claim to vote.

**Each creditor may also tell the court which plan it prefers.**

This court may confirm only one plan. When both plans meet the requirements for confirmation, the court considers which plan creditors and interest holders prefer. *11 U.S.C. § 1129(c)*. My ballot therefore asks two questions: whether you accept or reject my plan, and which of the two plans you prefer. The

Trustee's plan carries its own ballot and its own deadlines under separate orders. (Docs. 437, 465).

**Every party must attend the December 3 hearing in person.**

The court requires every party to attend in person and permits a remote appearance only as Judge Robson's hearing procedures allow. (Doc. 485 ¶ 4). A party must show photo identification to enter the courthouse, and a party who is not an attorney may not bring a cell phone or a computer inside without a court order. (Doc. 485 ¶ 18).

Respectfully submitted this 19th day of November, 2026.

Frank L. Amodeo
*Pro se*
1311 Hoffner Avenue
Orlando, Florida 32809
(407) 406-1315
flahome32801@gmail.com

## CERTIFICATE OF SERVICE

I certify that on November 19, 2026, I served this notice, together with the Third Amended Plan, the Third Amended Disclosure Statement, the order, and the ballots, on the parties and in the manner my certificate of service of the solicitation package states.

Dated: November 19, 2026

________________________________
Frank L. Amodeo
*Pro se*

# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

HOMEMAKERS REAL ESTATE, LLC,
Debtor.
_____________________________________/

Case No. 6:25-bk-05570-GER
Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING**
**FRANK L. AMODEO'S THIRD AMENDED PLAN OF REORGANIZATION**
**CLASS ___ — ____________________________**

Frank L. Amodeo (the "Plan Proponent") filed the Third Amended Plan of Reorganization (Doc. No. 468) (the "Plan") and the Third Amended Disclosure Statement (Doc. No. 467). By Order dated November 19, 2026 (Doc. No. 485), the Court conditionally approved the Third Amended Disclosure Statement and set the Confirmation Hearing for December 3, 2026, at 11:30 a.m. The Court will consider the Chapter 11 Trustee's Plan of Liquidation (Doc. No. 394) at the same hearing, and the Court may confirm only one plan.

**This ballot must be received no later than November 27, 2026, (a) through CM/ECF; (b) through the Chapter 11 eBallots link on the Creditors tab at www.flmb.uscourts.gov; (c) at https://pacer.flmb.uscourts.gov/cmecf/ballots/submission.asp; or (d) by mail to the George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class ___ claim against, or interest in, the Debtor (Proof of Claim No. _______) in the unpaid amount of $_______________:

(Check one box only)

☐ ACCEPTS THE PLAN

☐ REJECTS THE PLAN

**PREFERENCE BETWEEN THE TWO PLANS (11 U.S.C. § 1129(c))**

If the Court finds that both plans can be confirmed, the undersigned prefers:

(Check one box only)

☐ FRANK L. AMODEO'S THIRD AMENDED PLAN OF REORGANIZATION

☐ THE CHAPTER 11 TRUSTEE'S PLAN OF LIQUIDATION

Dated: _______________, 2026

Creditor: ______________________________

Signature: ______________________________

Print name: ______________________________

Title: ______________________________

Address: ______________________________

______________________________