United States Bankruptcy Court
Middle District of Florida

In re: Case No. 25-05570-GER
Homemakers Real Estate, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: admin Page 1 of 4
Date Rcvd: Nov 19, 2026 Form ID: pdfdoc Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Homemakers Real Estate, LLC, 2875 S. Orange Ave, Suite 500, #6409, Orlando, FL 32806-5455 |
| aty | + | Brennan, Manna & Diamond, P.L., 301 East Pine Street, Suite 500, Orlando, FL 32801, US 32801-2774 |
| cr | + | Cape Crossing Condominium Ass'n, c/o Faro & Crowder, P.A., 700 N Wickham Rd, Unit 205, Melbourne, FL 32935 UNITED STATES 32935-8840 |
| intp | + | Horton Johnson, 2523 Kissam Ct, Orlando, FL 32809-3587 |
| acc | + | Larry S. Hyman, 2303 W. North A Street, Tampa, FL 33609-2324 |
| cr | + | Lawrence CTO HOLDINGS, INC., c/o Lawrence M. Kosto, Esquire, 1517 E Robinson Street, Orlando, FL 32801, UNITED STATES 32801-2121 |
| cr | + | Lawrence IMQA INVESTMENTS INCORPORATED, c/o Lawrence M. Kosto, Esquire, 1517 E. Robinson Street, Orlando, FL 32801, UNITED STATES 32801-2121 |
| cr | + | Mainstreet Community Bank of Florida, NA, 204 South Woodland Blvd., DeLand, FL 32720-5414 |
| cr | + | Martin C. Flynn, Jr., President of Tiered Capital, Inc., 14556 Saint Georges Hill Drive, Orlando, FL 32828-8035 |
| cr | + | Paul Jr. Rene, 116 S. Magnolia Avenue, Suite 3E, Ocala, FL 34471-1178 |
| cr | + | Pedixon LLC, c/o James A. Timko, Esq., Dean Mead Law Firm, 420 S. Orange Avenue, Suite 700 Orlando, FL 32801-4911 |
| cr | + | ZPD LLC, c/o James A. Timko, Dean Mead Law Firm, 420 S. Orange Avenue, Suite 700 Orlando, FL 32801-4911 |
| 32658951 | + | 650 85th LLC, 14556 Saint Georges Hill Dr., Orlando, FL 32828-8035 |
| 32658952 | + | A. Marine, Inc., 19589 NE 10th Ave., Miami, FL 33179-3501 |
| 32673172 | + | ATCF II Florida-A LLC, PO Box 69239, Baltimore, MD 21264-9239 |
| 32636686 | + | Anthony P. Marzocca, Esq., Trenam, Kemker, Scharf, Barkin,, Frye, ONeill & Mullis, P.A., 101 East Kennedy Boulevard, Suite 2700, Tampa, Florida 33602-5150 |
| 32502749 | + | Audrey May Aleskovsky, Trial Attorney, George C. Young Federal Building and, Courthouse, 400 W. Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 32658953 | + | Brevard County Tax Collector, 1605 N. Courtenay Pkwy., Merritt Island, FL 32953-4338 |
| 32658954 | + | Brian Horowitz, Esquire, 5019 Saint Dennis Court, Belle Isle, FL 32812-1080 |
| 32555087 | + | CAPE CROSSING CONDOMINIUM ASSOCIATION, INC., c/o Faro & Crowder, P.A., 700 N. Wickham Road, Suite 205, Melbourne, FL 32935-8840 |
| 32678053 | + | COMMUNITY RED CO, 8724 SW 72 ST NO 382, MIAMI, FL 33173-3512 |
| 32658959 | + | CTO Holdings, 4409 Hoffner Ave. #348, Orlando, FL 32812-2331 |
| 32170652 | + | CTO Holdings Inc., 4409 Hoffner Avenue, Orlando, FL 32812-2331 |
| 32658955 | + | Cape Crossing Condominium Association, c/o Beacon Management + Consulting, 333 17th Street, Suite F, Vero Beach, FL 32960-5636 |
| 32554400 | + | Cape Crossing Townhomes Homeowners Association Inc, c/o Faro & Crowder, P.A., 700 N. Wickham Road, Suite 205, Melbourne, FL 32935-8840 |
| 32658956 | + | Cape Crossing Townhomes Owners Association, c/o Beacon Management + Consulting, 333 17th Street, Suite F, Vero Beach, FL 32960-5636 |
| 32658957 | + | Cape Crossing Vacation Rentals, 4409 Hoffner Ave. #348, Orlando, FL 32812-2331 |
| 32013005 | + | Elizabeth Wulff, McMichael Taylor Gray, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32658961 | + | Frank Amodeo, 1311 Hoffner Ave., Orlando, FL 32809-3515 |
| 31996156 | + | Frank L. Amodeo, 1311 Hoffner Ave, Orlando, FL 32809-3515 |
| 32658962 | + | Holly Bluff, Inc., 2280 Hontoon Rd., Deland, FL 32720-4309 |
| 32658963 | + | Homemakers Real Estate, LLC, 10226 Curry Ford Road, Suite 107, PMB 1036, Orlando, FL 32825-8735 |
| 32201815 | + | Horton Johnson, 10226 Curry Ford Road, Suite 107 PMB 1036, Orlando, FL 32825-8735 |
| 32240180 | + | Horton Johnson, c/o Matthew A. Leibert, 5782A S. Semoran Blvd., Orlando, Florida 32822-4819 |
| 32724546 | + | Horton Johnson, c/o Michael A. Paasch, Esq., Dinsmore & Shohl LLP, 225 E. Robinson St., Suite 600, Orlando FL 32801-4334 |
| 32658965 | + | Horton S. Johnson Revocable Trust, 10226 Curry Ford Rd., Suite 107, PMB 1036, Orlando, FL 32825-8735 |
| 32170653 | + | IMQA Investments Incorporated, 4409 Hoffner Avenue, #348, Orlando, FL 32812-2331 |
| 32558655 | + | J. Christopher Crowder, Esq., Faro & Crowder, P.A., 700 N. Wickham Road, Suite 205, Melbourne, FL 32935-8840 |
| 32664333 | + | KEYS FUNDING LLC - 2024, PO Box 67513, Newark, NJ 07101-8009 |
| 32730222 | + | MICHAEL A. PAASCH, DINSMORE & SHOHL LLP, 225 East Robinson Street, Suite 600, Orlando, Florida 32801-4334 |

| | | |
|---|---|---|
| 31894002 | + | Mainstreet Community Bank of Florida, c/o Justin M. Luna, Esq., Latham Luna Eden & Beaudine LLP, 201 S. Orange Ave., Suite 1400, Orlando, FL 32801-3483 |
| 32720582 | + | Mainstreet Community Bank of Florida, N.A., c/o Latham, Luna, Eden & Beaudine, LLP, 201 S. Orange Ave., Suite 1400, Orlando, Florida 32801-3483 |
| 32243051 | + | Matthew A. Leibert, Esq., C/O Horton Johnson, 5782A S. Semoran Blvd., Orlando, Florida 32822-4819 |
| 32080806 | + | Michael McPhillips - Interested Party, c/o Phil A. D'Aniello, 1325 West Colonial Dr, Orlando, FL 32804-7133 |
| 32730853 | + | Paul Rene Jr., 116 Magnolia Avenue, Suite 3E, Ocala, FL 34471-1178 |
| 32727034 | + | Pedixon LLC, c/o Jeffrey S Ainsworth, Branson Ainsworth PLLC, 1501 E Concord Street, Orlando FL 32803-5411 |
| 31999444 | + | Petitioning Creditor, TIERED CAPITAL, INC., 4409 Hoffner Avenue #348, Orlando, FL 32812-2331 |
| 32087529 | + | Phil A. DAniello, Esq., Fassett, Anthony & Taylor, P.A., 1325 W. Colonial Drive, Orlando, FL. 32804-7133 |
| 31999484 | + | TIERED CAPITAL, INC., 4409 Hoffner Avenue #348, Orlando, FL 32812-2331 |
| 32538697 | + | Tamamoi LLC, Lindsey Savastano, McMichael Taylor Gray, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32725514 | + | Tamamoi LLC, 5060 SW Philomath BLVD #516, Corvallis, OR 97333-1044 |
| 32090364 | + | Tamamoi, LLC, Elizabeth Wulff, McMichael Taylor Gray, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32725587 | + | The Carton Family Trust, c/o Peter M. Carton Trustee/ Carton Fami, 12910 Lomas Verdes Dr., Poway, CA 92064-1250 |
| 32152939 | + | WM Holdings Group LLC, 14556 Saint Georges Hill Drive LLC, Orlando, FL 32828-8035 |
| 32727035 | + | ZPD LLC, c/o Jeffrey S Ainsworth, Branson Ainsworth PLLC, 1501 E Concord Street, Orlando FL 32803-5411 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bctcbk@brevardtc.com | Nov 19 2026 21:41:00 | Brevard County Tax Collector, Attn: Honorable Lisa Cullen, CFC, Post Office Box 2500, Titusville, FL 32781-2500 |
| traty | + | Email/Text: rleonard@trenam.com | Nov 19 2026 21:58:00 | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mu, 101 E. Kennedy Blvd., Suite 2700, Tampa, FL 33602-5150 |
| 32672012 | + | Email/Text: bctcbk@brevardtc.com | Nov 19 2026 21:41:00 | Brevard County Tax Collector, PO Box 2500, Titusville, FL 32781-2500 |
| 32658958 | ^ | MEBN | Nov 19 2026 21:24:48 | Carton Family Trust, c/o McMichael Taylor Gray, LLC, 3550 Engineering Dr., Suite 260, Peachtree Corners, GA 30092-2871 |
| 32674279 | | Email/Text: ar@figadvisors.com | Nov 19 2026 21:58:00 | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 32658960 | + | Email/Text: BNC_Notices@floridarevenue.com | Nov 19 2026 21:41:00 | Florida Department of Revenue, 5050 W. Tennessee St., Tallahassee, FL 32399-0100 |
| 32769413 | + | Email/Text: ipfscollectionsreferrals@ipfs.com | Nov 19 2026 21:58:00 | IPFS Corporation, 30 Montgomery Street, Suite 501, Jersey City, NJ 07302-3821 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| wit | | Deborah Milotte |
| intp | | Michael McPhillips |
| cr | | TAMAMOI, LLC |
| cr | | The Carton Family Trust |
| intp | | United States Of America |
| cr | *+ | Frank Amodeo, 1311 Hoffner Avenue, Orlando, FL 32809-3515 |
| ptcrd | *+ | TIERED CAPITAL, INC., 4409 Hoffner Avenue #348, Orlando, FL 32812-2331 |
| 32197632 | *+ | CTO Holdings, Inc., 4409 Hoffner Avenue, Orlando, FL 32812-2331 |
| 32013006 | *+ | Elizabeth Wulff, McMichael Taylor Gray, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32093641 | *+ | Elizabeth Wulff, McMichael Taylor Gray, LLC, 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092-2871 |
| 32658964 | *+ | Horton Johnson, 10226 Curry Ford Rd., Suite 107, PMB 1036, Orlando, FL 32825-8735 |
| 32658966 | *+ | IMQA Investments, Inc., 4409 Hoffner Ave. #348, Orlando, FL 32812-2331 |

TOTAL: 5 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Annalise Hayes DeLuca | on behalf of Creditor TAMAMOI LLC adeluca@mtglaw.com |
| Annalise Hayes DeLuca | on behalf of Creditor The Carton Family Trust adeluca@mtglaw.com |
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL Audrey.M.Aleskovsky@usdoj.gov |
| Brian D Horwitz | on behalf of Witness Deborah Milotte bhorwitz@floridalawyer.com |
| Brian D Horwitz | on behalf of Creditor Frank Amodeo bhorwitz@floridalawyer.com |
| Christopher J Emden | on behalf of Interested Party United States Of America christopher.emden@usdoj.gov shelby.hill@usdoj.gov;Uriah.Oden@usdoj.gov;CaseView.ecf@usdoj.gov |
| Cole Branson | on behalf of Creditor Pedixon LLC cole@bransonlaw.com tammy@bransonlaw.com;shelly@bransonlaw.com;amanda@bransonlaw.com;deanna@bransonlaw.com;cole@ecf.courtdrive.com ;service@bransonlaw.com;nataly@bransonlaw.com |
| Elizabeth A Wulff | on behalf of Creditor The Carton Family Trust ewulff@mtglaw.com |
| Elizabeth A Wulff | on behalf of Creditor TAMAMOI LLC ewulff@mtglaw.com |
| Heidi Mitchell | on behalf of Creditor Brevard County Tax Collector hmitchell@whww.com mquallio@whww.com |
| J Christopher Crowder | on behalf of Interested Party Michael McPhillips JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| J Christopher Crowder | on behalf of Creditor Cape Crossing Condominium Ass'n JCrowder@Farolaw.com ahinkley@farolaw.com;crowderjr68510@notify.bestcase.com |
| James Timko | on behalf of Debtor Homemakers Real Estate LLC jtimko@deanmead.com, mgodek@deanmead.com |
| Jeffrey Ainsworth | on behalf of Creditor Pedixon LLC jeff@bransonlaw.com shelly@bransonlaw.com;tammy@bransonlaw.com;jennifer@bransonlaw.com;amanda@bransonlaw.com;cole@bransonlaw.com;l isa@bransonlaw.com;tammy@ecf.courtdrive.com;deanna@bransonlaw.com;service@bransonlaw.com;email@ |
| Jeffrey Ainsworth | on behalf of Creditor ZPD LLC jeff@bransonlaw.com shelly@bransonlaw.com;tammy@bransonlaw.com;jennifer@bransonlaw.com;amanda@bransonlaw.com;cole@bransonlaw.com;l |

| | |
|---|---|
| | isa@bransonlaw.com;tammy@ecf.courtdrive.com;deanna@bransonlaw.com;service@bransonlaw.com;email@ |
| Jennifer L Morando | on behalf of Creditor Pedixon LLC jennifer@bransonlaw.com jmorando_service@ecf.courtdrive.com,service@bransonlaw.com,tammy@bransonlaw.com,amanda@bransonlaw.com |
| Jennifer L Morando | on behalf of Creditor ZPD LLC jennifer@bransonlaw.com jmorando_service@ecf.courtdrive.com,service@bransonlaw.com,tammy@bransonlaw.com,amanda@bransonlaw.com |
| Justin M Luna | on behalf of Creditor Mainstreet Community Bank of Florida NA jluna@lathamluna.com, bknotice1@lathamluna.com |
| Justin M Luna | on behalf of Debtor Homemakers Real Estate LLC jluna@lathamluna.com, bknotice1@lathamluna.com |
| Lara Roeske Fernandez | on behalf of Trustee Lara Roeske Fernandez lrfernandez@trenam.com mmosbach@trenam.com,mwoods@trenam.com |
| Lara Roeske Fernandez | lrfernandez@trenam.com mmosbach@trenam.com,mwoods@trenam.com |
| Lawrence M Kosto | on behalf of Creditor Lawrence CTO HOLDINGS INC. lkosto@kostoandrotella.com, lmksec@kostoandrotella.com |
| Lawrence M Kosto | on behalf of Creditor Lawrence IMQA INVESTMENTS INCORPORATED lkosto@kostoandrotella.com lmksec@kostoandrotella.com |
| Lindsey A Savastano | on behalf of Creditor The Carton Family Trust lindsey.savastano@mccalla.com mccallaecf@ecf.courtdrive.com |
| Lindsey A Savastano | on behalf of Creditor TAMAMOI LLC lindsey.savastano@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew Leibert | on behalf of Interested Party Horton Johnson leibert@urbanthier.com |
| Michael A Paasch | on behalf of Interested Party Horton Johnson michael.paasch@dinsmore.com nancy.darville@dinsmore.com |
| Phil A D'Aniello | on behalf of Interested Party Michael McPhillips pdaniello@fassettlaw.com tsadaka@fassettlaw.com |
| Rhys P Leonard | on behalf of Accountant Larry S. Hyman rleonard@trenam.com mmosbach@trenam.com;rleonard@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com |
| Rhys P Leonard | on behalf of Trustee Lara Roeske Fernandez rleonard@trenam.com mmosbach@trenam.com;rleonard@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com |
| Scott R Rost | on behalf of Debtor Homemakers Real Estate LLC srrost@bmdpl.com, dakallas@bmdpl.com |
| Scott R Rost | on behalf of Attorney Brennan Manna & Diamond, P.L. srrost@bmdpl.com, dakallas@bmdpl.com |
| United States Trustee - ORL | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 33

**ORDERED.**

**Dated: November 19, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re

Homemakers Real Estate, LLC,

Debtor.

Case No. 6:25-bk-05570-GER
Chapter 11

**ORDER ON (1) FRANK AMODEO'S REQUEST TO COMPLY WITH SECTION 502(d) AND DISALLOW CLAIMS 65 AND 66, (2) FRANK AMODEO'S MOTION FOR LEAVE TO OBJECT TO CLAIMS 65-1 OF TAMAMOI, LLC AND CLAIM 66-1 OF THE CARTON FAMILY TRUST OF 1992, AND (3) FRANK AMODEO'S MOTION FOR LEAVE TO OBJECT TO CLAIMS 63-1 AND 64-1 OF MAINSTREET COMMUNITY BANK OF FLORIDA**

THIS CASE came before the Court on November 19, 2026 at 9:30 a.m. (the "Hearing"). While not set for hearing, the Court addressed *Frank Amodeo Requests This Court Comply with Section 502(d) and Disallow Claims 65 and 66* (Doc. No. 444), *Frank Amodeo's Motion for Leave to Object to Claims 65-1 of Tamamoi, LLC and Claim 66-1 of the Carton Family Trust of 1992* (Doc. No. 449), and *Frank Amodeo's Motion for Leave to Object to Claims 63-1 and 64-1 of Mainstreet Community Bank of Florida* (Doc. No. 448) (collectively, the "Motions") filed by Creditor Frank L. Amodeo ("Mr. Amodeo"). At the Hearing, Mr. Amodeo stated that he would withdraw the Motions without prejudice. Accordingly, it is

**ORDERED** that the Motions (Doc. Nos. 444, 448, and 449) are considered **WITHDRAWN** without prejudice.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.