**[noftrns]** [Notice Regarding Filing of Transcript]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:25−bk−05570−GER
Chapter 11

Homemakers Real Estate, LLC
2875 S. Orange Ave, Suite 500
#6409
Orlando, FL 32806

Debtor(s) /

NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding held on November 13, 2026 has been filed on November 21, 2026 , by the court reporter in the above captioned matter.

Pursuant to Local Rule 5077−1, within seven (7) calendar days of the date of service of this notice, the parties shall file with the court a local form "Notice of lntent to Request Redaction of Transcript." Parties timely filing the local form "Notice of lntent to Request Redaction of Transcript" shall, within 21 calendar days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested. Since the "Statement" once filed, will appear as a public document on the docket, the "Statement" should be worded so as not to contain unredacted personal identifiers.

Parties to the case who are (or represent) persons whose personal data identifier may appear in the transcript and who wish to review the unredacted transcript may either purchase a copy of the transcript from the court reporter or view a copy of the transcript at no charge in any of the clerk's three divisional offices.

If a "Notice of Intent to Request Redaction of Transcript" has not been filed by the deadline indicated above, absent further order of the court, the transcript will be made available on the docket as a publicly accessible document, subject to applicable access charges.

DATED on November 23, 2026 .

FOR THE COURT
Jose A Rodriguez , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

Copies Furnished to All Parties to the Hearing