**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**HOMEMAKERS REAL ESTATE, LLC**

**CASE NO. 6:25-bk-05570-GER**
**CHAPTER 11**

**Debtor.**

_______________________________________/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN THAT:**

A preliminary hearing in this case will be held before the Honorable Grace E. Robson, United States Bankruptcy Judge on **Thursday, the 3rd day of December 2026 at 11:30 a.m., at the George C. Young Courthouse, 400 W. Washington Street, Orlando, Florida, Courtroom 6D, 6th Floor** to consider and act upon the following and transact such other business that may come before the court:

1. **Joint Motion to Sell Property Free and Clear of Liens (Doc No. 493)**

The hearing may be continued upon announcement made in open Court without further notice.

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson . Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 not later than 3 p.m. one business day before the date of the hearing to arrange to participate.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at the Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

**RESPECTFULLY SUBMITTED** this 24th day of November 2026.

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0037131
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**CASE NO.: 6:25-bk-05570-GER**

**HOMEMAKERS REAL ESTATE, LLC,**

**CHAPTER 11**

**Debtor.**
**______________________________________/**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing, has been furnished by electronic or First Class U.S. Mail postage prepaid to Debtor, **Homemakers Real Estate, LLC**, 2875 S. Orange Ave., Suite 500, #6409, Orlando, Florida 32806; and to all parties entitled to receive notice via CM/ECF and all interested parties as per the attached matrix, this 24th day of November 2026.

*/s/ Justin M. Luna*
**Justin M. Luna, Esq.**